UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YULISA ROMERO,         )
                         )
        Plaintiff,   )
                         )   Case No. 2:14-cv-09952-
   vs.                 )        DMG-PJW
                         )
BRIGHT HORIZONS FAMILY  )
SOLUTIONS dba BRIGHT     )
HORIZONS CHILDRENS CENTER,)
a Delaware Corporation;  )
MATTEL CHILD DEVELOPMENT  )
CENTER, a business entity )
form unknown; and DOES 1   )
through 100, inclusive,   )
                         )
        Defendants.  )
_____)

DEPOSITION OF YULISA EDITA ROMERO

Irvine, California

Tuesday, September 15, 2015

REPORTED BY:  Michelle Milan Fulmer
                CSR No. 6942, RPR, CRR, CLR

1

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3

 4   YULISA ROMERO,              )
                                 )
 5              Plaintiff,       )
                                 )   Case No. 2:14-cv-09952-
 6      vs.                      )            DMG-PJW
                                 )
 7   BRIGHT HORIZONS FAMILY      )
     SOLUTIONS dba BRIGHT        )
 8   HORIZONS CHILDRENS CENTER,  )
     a Delaware Corporation;     )
 9   MATTEL CHILD DEVELOPMENT    )
     CENTER, a business entity   )
10   form unknown; and DOES 1    )
     through 100, inclusive,     )
11                               )
                Defendants.      )
12   _____)

13

14

15        Deposition of YULISA EDITA ROMERO, taken before

16   Michelle Milan Fulmer, a Certified Shorthand

17   Reporter for the State of California, with principal

18   office in the County of Orange, commencing at

19   9:51 a.m., Tuesday, September 15, 2015, in the law

20   offices of Littler Mendelson, 2050 Main Street,

21   Suite 900, Irvine, California.

22

23

24

25
```

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR PLAINTIFF:

 4         JML LAW
           BY:  Denisse Lopez C., Esq.
 5         21052 Oxnard Street
           Woodland Hills, California 91367
 6         TEL:  (818) 610-8800
           FAX:  (818) 610-3030
 7         E-MAIL:  denisse@jmllaw.com

 8

     FOR DEFENDANTS:
 9
           LITTLER MENDELSON
10         BY:  Alaya B. Meyers, Esq.
                Rachael Lavi, Esq.
11         2050 Main Street, Suite 900
           Irvine, California 92614
12         TEL:  (949) 705-3000
           FAX:  (949) 724-1201
13         E-MAIL:  ameyers@littler.com

14
     THE VIDEOGRAPHER:
15
           Julio Pena
16

17

18

19

20

21

22

23

24

25
```

3

```
         1       Q    Do you recall approximately when in July?

         2       A    The date, no.  I don't recall that.

         3       Q    Do you remember if it was beginning, middle

         4   or end of July, approximately?

10:23:37 5       A    I think it was the middle.

         6       Q    And where was this particular center that

         7   you were hired for?  Where was it located?

         8       A    It was located in El Segundo.

         9       Q    And what was the specific job that you were

10:23:59 10  hired for?

         11      A    I was hired to be an infant -- infant

         12  teacher.

         13      Q    And what age generally does that involve

         14  for infants?  What ages were they at that center?

10:24:18 15      A    About three months to eighteen months.

         16      Q    And were the infants assigned to a

         17  particular room or perhaps more than one room at the

         18  time you started working there?

         19      A    They were assigned in one room.

10:24:39 20      Q    Okay.

         21      A    I mean, there were two different infant

         22  rooms.  There were two, but I was assigned to one

         23  room.

         24      Q    Okay.  And did your job change at all?  Did

10:24:56 25  you become something else at any point other than an
```

31

1    A    How many babies that were in the classroom

2  total or --

3    Q    Well, let's start with that.

4         How many were in the classroom total?

10:26:20  5    A    How many babies were in the classroom?   In

6  the infant one classroom, there were -- if I'm not

7  mistaken, there were nine babies when I started

8  working there.   Nine babies.

9    Q    And then I think you mentioned that there

10:26:37 10  was another teacher that had had a group of babies,

11  and then when she left you got that group --

12    A    Yes.

13    Q    -- is that right?

14         And how many -- how many were in that

10:26:45 15  group?

16    A    Three.

17    Q    And as part of taking care of these babies

18  every day, did you have to lift them?

19    A    Yes.

10:26:58 20    Q    Pick them up?

21    A    Yes.

22    Q    How often would you do that, if you can

23  approximate?

24    A    All the time.

10:27:05 25    Q    Would you ever have to get down on the

33

| | | |
|---|---|---|
| | 1 | floor to play with the babies? |
| | 2 | A    Yes. |
| | 3 | Q    How often? |
| | 4 | A    All the time. |
| 10:27:16 | 5 | Q    Would you have to kneel or squat -- |
| | 6 | A    Yes. |
| | 7 | Q    -- to play with them? |
| | 8 | And how often would you have to do that? |
| | 9 | A    Maybe -- maybe 90 percent of the time. |
| 10:27:31 | 10 | Q    In this -- were they called infant one and |
| | 11 | infant two?  Were those the names of the |
| | 12 | classrooms? |
| | 13 | A    Yes. |
| | 14 | Q    Did you work just in infant one or did you |
| 10:27:39 | 15 | ever work in infant two? |
| | 16 | A    I had to work in infant -- in both |
| | 17 | classrooms.  Well, each year they would move me -- |
| | 18 | Q    I see. |
| | 19 | A    -- and switch between those two classrooms. |
| 10:27:56 | 20 | Q    But was your job essentially the same in |
| | 21 | each classroom or was there anything different |
| | 22 | about the classrooms? |
| | 23 | A    It was different. |
| | 24 | Q    And what was different about it? |
| 10:28:07 | 25 | A    The babies in the infant two classroom were |

34

```
           1   a little bit older.

           2        Q    About how old were they?

           3        A    They were older than one year old.

           4        Q    And when you worked in that infant two

10:28:26   5   classroom, about how many babies would be in your

           6   group, the ones that you took care of?

           7        A    Okay.  You're saying at the beginning or

           8   later when I left?  Because it changed.

           9        Q    How did it change?

10:28:38  10             So how did it start and then how did it

          11   change?

          12        A    Okay.  When I just got hired, it was three

          13   babies still.  You know, three babies per teacher.

          14        Q    And how did that change as you started

10:28:59  15   working there?

          16        A    After a while, they expanded the classroom.

          17   They made the classroom bigger.  So instead of

          18   having, I think, nine babies -- instead of having

          19   nine babies, we had a total of 16.  If I'm not

10:29:26  20   mistaken, it was 16.

          21        Q    And would the number of teachers increase,

          22   also, or did it stay the same?

          23        A    It stayed the same.  We each had four

          24   babies each.

10:29:45  25        Q    Do you recall --
```

35

1    A    I'm sorry.

2    Q    That's okay.

3    A    I don't remember if it was 12, either 12 or

4    16.

10:29:52  5    Q    Okay.

6    A    I would remember we had -- instead of three

7    babies each, we had four babies each.

8    Q    Okay.  Do you recall approximately when

9    that change happened, what year or around when that

10:30:02 10  happened?

11    A    When that happened?  Maybe it was 2009.

12    I'm not remembering exactly the date, that year,

13    but I think it was 2009.

14    Q    All right.  And taking care of the babies

10:30:25 15  each day, including the lifting and being down on

16    the floor and the kneeling and squatting that we

17    talked about, was that true throughout the time you

18    worked there, both in infant one and in infant two?

19    A    Yes.

10:30:39 20  Q    And did you ever work in any classroom

21    other than infant classrooms or were you just in

22    infant one and infant two?

23    A    Mainly infant one and infant two.

24    Q    Would there be occasions that you worked in

10:30:55 25  other classrooms?

36

```
 1      A    Very -- very seldom.  It wasn't -- it was

 2  rare if I was sent working in other classroom.

 3      Q    When you first started working there, did

 4  you have a supervisor, someone who was sort of your

10:31:17 5  manager or supervisor that you reported to?

 6      A    Yes.

 7      Q    And what was that person's name?

 8      A    The supervisor was Amy Fogin.

 9      Q    And did that change during the time you

10:31:32 10  worked there?  Did you ever have a different

11  supervisor?

12      A    Yes.

13      Q    And who -- who became your supervisor after

14  Amy?

10:31:40 15      A    Orema, I think her last name is Megan.

16      Q    And anyone else after Orema that was the

17  supervisor?

18      A    No.

19      Q    Did Amy leave or --

10:32:01 20      A    She got a new position.

21      Q    I see.

22      A    Uh-huh.

23      Q    Do you have any idea what Amy's job title

24  was, did you know?

10:32:10 25      A    I don't remember.
```

37

1      Q     Okay.   Same with Orema?

2      A     Excuse me?

3      Q     Do you remember what Orema's job title was?

4      A     Was a supervisor.   She was a supervisor for

10:32:19  5   infant room and toddlers, too.

6      Q     Do you have --

7            The infants that you took care of in infant

8   one and infant two, do you have any idea about how

9   much they weighed?   Obviously some are smaller than

10:32:51 10   others, but --

11      A     Yes.

12      Q     -- sort of the range of how much they might

13   weigh, do you have any idea?

14      A     It all depends.   I don't know.   Between --

10:33:01 15   between 10 pounds to -- I've never weighed it, you

16   know, so I don't know exactly how much they weighed,

17   but --

18      Q     Sure.   Just approximately.

19      A     About maybe 40 pounds, 30 pounds.

10:33:16 20   Something like that.

21      Q     Do you recall how much you were paid at the

22   time that you left Bright Horizons, how much you

23   were making?

24      A     How much I was making?

10:33:48 25   Q     Yes.

38

1       A     About 15, I think it was 15.08, but I'm not

2   sure.

3       Q     Okay.  Per hour?

4       A     Per hour.

10:34:00   5    Q     And you mentioned that you were working ten

6   hours.

7             Was that four days a week working ten

8   hours?

9       A     It was four days a week.

10:34:21  10    MR. MEYERS:  I'll have this next document

11   marked as Exhibit 2.

12             (Whereupon, Defendants' Exhibit 2 was

13   marked for identification by the Certified Shorthand

14   Reporter, a copy of which is attached hereto.)

10:35:07  15   BY MR. MEYERS:

16       Q     Please take some time to look through this;

17   and then after you have, let me know if you

18   recognize it.

19       A     I do recognize it.

10:35:43  20    Q     What do you recognize it to be?

21       A     It's the handbook.

22       Q     And is that something that you received

23   when you worked for Bright Horizons?

24       A     Yes.

10:35:57  25    Q     Did you ever -- strike that.

39

```
              1        A     Did I ever?

              2        Q     Never mind.

              3        A     Oh.

              4        Q     Did you have a copy of the handbook, do you

10:36:09      5    recall?

              6        A     If I still have it?

              7        Q     Well, were you provided with a copy of the

              8    handbook?

              9        A     Yes.

10:36:13     10        Q     Okay.  Do you recall ever having occasion

             11    to look through the handbook during the time you

             12    worked there?  In other words, did you ever want to

             13    look something up or have questions about something?

             14        A     I looked at it the first day they gave it

10:36:33     15    to me.

             16             MR. MEYERS:  We'll have this next document

             17    marked as Exhibit 3.

             18             (Whereupon, Defendants' Exhibit 3 was

             19    marked for identification by the Certified Shorthand

10:37:12     20    Reporter, a copy of which is attached hereto.)

             21    BY MR. MEYERS:

             22        Q     Can you take a moment to look at this and

             23    then tell me if you recognize it?

             24        A     Yeah, I do recognize it.

10:37:37     25        Q     What do you recognize it to be?
```

                                                                    40

```
 1      A     It's like a paper that I have to sign so I
 2   can let them know that I received the handbook.
 3      Q     Do you --
 4            You mentioned that you looked at the
10:37:53  5   handbook the day they gave it to you.  Do you
 6   remember how long after you started work that was?
 7      A     How long after?
 8      Q     Uh-huh.  Was it the day you started work or
 9   was it --
10:38:02 10     A     Oh, no.
11      Q     -- a few days later?
12      A     I don't think it was the day.  I think it
13   was a few days later.
14      Q     And does this appear to be your handwriting
10:38:14 15   and signature on this acknowledgement?
16      A     It looks to be, yes.  It looks to be my
17   handwriting.
18      Q     And did you --
19            At the time that you signed it, you
10:38:25 20   reviewed the statement that appears above your
21   signature?
22      A     Yes.
23      Q     In the handbook itself, going back to
24   Exhibit 2, did you ever review any of the leave of
10:38:46 25   absence policies in the employee handbook?  Do you
```

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626

**15**                                                          **Exhibit U**

1    remember ever doing that?

2         A    I remember reading the whole thing.

3         Q    Okay.  And that was the day you received

4    it?

10:38:57  5         A    The day that I received it.

6         Q    Do you remember whether you asked questions

7    of anyone after reviewing it or discussed it with

8    anyone?

9         A    No.

10:39:06 10         Q    And other than that first day when you

11   reviewed the whole thing, did you ever have occasion

12   to look through it again, if you recall?

13         A    I don't recall.  No.

14              MR. MEYERS:  I'll have this next document

10:39:34 15   marked as Exhibit 4.

16              (Whereupon, Defendants' Exhibit 4 was

17   marked for identification by the Certified Shorthand

18   Reporter, a copy of which is attached hereto.)

19   BY MR. MEYERS:

10:40:04 20         Q    Please take a moment to look at this and

21   then tell me if you recognize it.

22         A    I do recognize it.

23         Q    And what do you recognize this to be?

24         A    It's a form that was given to me that I

10:40:14 25   needed to read and sign regards to, you know,

42

1    this -- it needed to be known that I could lift,

2    that I had to lift 35 pounds or more.

3         Q    Okay.  And that appears to be your

4    signature and handwriting?

10:40:33  5         A    Yes.

6              MR. MEYERS:  I'll have this next document

7    marked as Exhibit 5.

8              (Whereupon, Defendants' Exhibit 5 was

9    marked for identification by the Certified Shorthand

10:40:52 10   Reporter, a copy of which is attached hereto.)

11   BY MR. MEYERS:

12        Q    Please take a minute to look through this

13   and let me know if you recognize it.

14        A    I do recognize it.

10:41:26 15        Q    And what do you recognize this to be?

16        A    This is a job description.

17        Q    And on the very last page, does that appear

18   to be your signature and handwriting?

19        A    My signature looks different again, but I

10:41:43 20   recognize the paper.

21        Q    Okay.  So you're not sure about your

22   signature, but this is a paper that you would have

23   received at some time?

24        A    Yes.

10:41:51 25        Q    And do you recall why or how it was that

43

1    this document was provided to you, this job

2    description?

3        A    If I recall when it was given to me?

4        Q    If you recall the circumstance in which it

10:42:11  5    was given to you.  In other words, did someone

6    explain to you why they were giving it to you?

7        A    Oh, when I got hired they gave me a lot of

8    papers, including this.

9        Q    And was it your understanding that this was

10:42:27 10   supposed to be a job description for the teacher

11   position that you were hired for?

12       A    Yes.

13       Q    And on Page 3 of the document, do you see

14   there's a section about halfway down the page

10:42:50 15   titled, "Physical Demands"?

16       A    Yes.

17       Q    And were you aware of these either at the

18   time you were hired or after reviewing this

19   document?

10:42:58 20       A    Yes.  I was aware.

21       Q    When you were -- we'll do this in reverse.

22            At the time that you --

23            The last day that you worked for

24   Bright Horizons, do you remember who your coworkers

10:43:31 25   were in your classroom?

44

1    for the infant rooms.

2         Q    At some point in time when you were working

3    at Bright Horizons, did you start experiencing any

4    pains or injuries?

10:47:11  5         A    After I started working at Bright Horizons,

6    yes.

7         Q    And about when did you first experience

8    that?

9         A    It was about late 2008.

10:47:27  10        Q    And what was it that you began

11   experiencing?

12        A    Neck pain.

13        Q    And for about how long did that neck pain

14   continue?

10:47:47  15        A    For about how long?  Maybe a month or two.

16        Q    Did you see any -- any doctors for your

17   neck pain at that time?

18        A    Yes, I did.

19        Q    Do you recall who, which doctors you saw or

10:48:08  20   doctor?

21        A    I -- I recall where I went, but the name of

22   the doctor, I think it was Gustavo, but I'm not

23   sure.

24        Q    Okay.  How about where you went?  Where was

10:48:21  25   that?

47

1        A      For about maybe two months.

2        Q      And did the pain go away at any point or

3   what happened next?

4        A      It got better, but it didn't go completely.

10:50:09 5      Q      Did anything about this neck pain you were

6   experiencing, did it interfere with your job at all

7   or did it make it hard for you to do your job at

8   all?

9        A      It was -- it made it hard, yeah.

10:50:26 10     Q      And did you --

11              Did you discuss that with anyone at work?

12       A      If I discussed -- I'm sorry?

13       Q      The fact that it was making your job hard,

14   is that something you discussed with anyone at

10:50:40 15  work?

16       A      Yeah.

17       Q      Who did you discuss that with?

18       A      I told my supervisor about it.

19       Q      And was that Amy at the time?

10:50:48 20     A      Yes.

21       Q      And do you recall what Amy said?

22       A      You know, just take it easy with it and I,

23   including myself, didn't think it was some type of

24   thing -- I thought it was going to go away in a

10:51:09 25  matter of days.

49

1      Q    And so we talked about this neck pain that

2    started in late 2008.

3          Any other pain or injuries that you started

4    experiencing while you were working for

10:51:31  5    Bright Horizons?

6      A    Yes.  As time went by, I started

7    experiencing back pain, lower, lower back pain.

8      Q    And approximately when did you start

9    experiencing that?

10:51:50 10    A    About early 2009.

11     Q    And about how long did that last?

12     A    That lasted a very long time.  It was hard

13    to get rid of that.

14     Q    And when you say it lasted a long time, did

10:52:18 15    it last through the time that you left

16    Bright Horizons?

17     A    Throughout the time, on and off.

18     Q    And are there --

19          Do you recall what doctors you saw for that

10:52:36 20    lower back pain?

21     A    Yeah.  I saw several doctors because I -- I

22    saw different doctors.

23     Q    Okay.  Can you -- can you list for me the

24    ones that you remember seeing?

10:52:49 25    A    I don't remember the name of the doctors.

50

1    Q    Do you remember any -- where they were

2    located or the names of their clinics or anything

3    like that?

4    A    I remember seeing one doctor in Long Beach.

10:53:07  5    Q    But you don't remember the name of his

6    clinic or where it was located exactly?

7    A    The name of the clinic, HealthCare

8    Partners.  That's just one of the doctors that I've

9    seen.  I've seen many doctors.

10:53:32 10    Q    At HealthCare Partners?

11    A    No.  HealthCare Partners and other doctors,

12    too, that had nothing to do with --

13    Q    I see.

14    A    -- with that insurance.

10:53:44 15    Q    Okay.  Let me -- I'll come back to that.

16         The doctors that you saw for your lower

17    back pain, do you recall them ever discussing with

18    you what they thought it was caused by or where it

19    came from?

10:54:06 20    A    Yeah.

21    Q    What did they discuss -- what did they

22    discuss with you?

23    A    Some they wouldn't say anything, but one

24    doctor told me that if I keep doing that I was

10:54:20 25    doing -- if I kept doing what I was doing, I would

51

1    never recover, fully recover.

2        Q    And what --

3             Kept doing what you were doing meaning

4    what, to your understanding?

10:54:36 5    A    Lifting babies.

6        Q    Do you recall which doctor that was?

7        A    That was an orthopaedic doctor that I went

8    to see for my knee pain.

9        Q    Do you recall his name or what the name of

10:54:57 10   his clinic or hospital was?

11       A    He was in Long Beach on Pacific Coast, on

12   Pacific Coast Highway.  I think his last name was

13   Phillip.

14       Q    Okay.  And you just mentioned knee pain.

10:55:23 15   Is that something that you also started experiencing

16   at some point while you were --

17       A    Yes.

18       Q    -- working for Bright Horizons?

19       A    Uh-huh.

10:55:29 20   Q    About when did you start experiencing that?

21       A    About 2010 or late 2009 actually, I think.

22       Q    Okay.  Approximately late 2009 or early

23   2010?

24       A    Yes.  Approximately, yeah.

10:55:52 25   Q    And what sort of knee pain did you start

52

 1    discuss either of those with Amy?

 2        A    The back, yes.

 3        Q    And what did you discuss with her?

 4        A    Before my knees were hurting, my back was

10:58:52  5    hurting.  So I discussed that with Amy and she told

 6    me to just be careful and just lift with my knees

 7    instead of just bending my back, just lift with

 8    my --

 9        Q    Anything else, excuse me, that you ever

10:59:11 10    discussed with Amy with regard to either your knees

11    or your back?

12        A    I'm sorry.  I couldn't hear the question.

13        Q    Sure.

14             Anything else you ever discussed with Amy

10:59:20 15    with regard to either your knee pain or your back

16    pain?

17        A    Anything else that I discussed with Amy?

18        Q    Yes.

19        A    Besides my back pain and knee pain?

10:59:30 20        Q    Yes.

21             No.  Anything else other than what you just

22    told me you talked to her about?

23        A    About my knees.  Well, she knew, also, that

24    I wanted to move classrooms because I had discussed

10:59:47 25    that before with my -- with my director.

55

1     Q     Okay.  And about when was that,

2  approximately?

3     A     When was that?  I don't know.  When my back

4  started to hurt.

11:00:09  5     Q     So that would have been back in late 2009

6  or early 2010?

7     A     Yeah.

8     Q     And who was your director?

9     A     My director at the moment was Hawani.

11:00:26 10     Q     And what had you discussed with Hawani

11  about moving classrooms, what specifically had you

12  discussed?

13     A     That I was having a hard time doing my job

14  because of my condition and that I wanted to move

11:00:39 15  classrooms to work with the older children.

16     Q     And why was it that you thought it would be

17  better to work with older children?

18     A     Because with the older children, I didn't

19  have to pick them up.

11:01:00 20     Q     Any other reasons?

21     A     I didn't have to kneel so much, squat.

22     Q     And what did you --

23           What did Hawani say when you discussed this

24  with her?

11:01:19 25     A     That she was going to move me as soon as

56

1    she could, as soon as a position was open.

2         Q    And did you have any further conversations

3    with Hawani about that, about moving classrooms?

4         A    Not that I remember.

11:01:40 5    Q    Is there --

6              Throughout this time was there anything you

7    ever --

8              Other than moving classrooms, was there

9    anything else you ever asked for to help you with

11:02:06 10   your job to help make your job easier?

11        A    Yes.  I remember one day I asked Hawani if

12   she could add to the changing table, if she could

13   change the changing table for another one in which

14   it would have like stairs so children could just

11:02:26 15  walk up the stairs to the changing table instead of

16   me picking them up.

17        Q    I see.

18             So the children could get themselves up

19   onto the table?

11:02:37 20   A    Yes.

21        Q    And what did Hawani say?

22        A    That she was going to look into that.

23        Q    Were there --

24             In your classrooms, in your infant one and

11:02:50 25  infant two classrooms, were there stepstools in

57

1   those classrooms?

2       A    Stepstools?

3       Q    Yes.

4       A    Stepstools.  They had little chairs,

11:03:00   5   cubicle chairs for the children and for us.

6       Q    So just little chairs, no stools of any

7   type or stepstools?

8       A    Stepstools.  I'm trying to remember.

9   Probably they did, yeah.

11:03:25   10      Q    Anything else that you remember ever asking

11   Hawani for to help with your job or help make your

12   job easier besides the stairs?

13      A    I didn't ask her personally, but to my

14   coworker I said that it would be nice if they

11:03:43   15   didn't remove the cribs that had this rail that you

16   could lower.  It had this rail that you could lower,

17   right, so we could put the baby down to sleep.  They

18   were removing these cribs from the infant two

19   classroom and they were bringing these cribs with

11:04:05   20   rails that wouldn't move at all.

21      Q    Is that called --

22           Are you familiar with the term drop-down

23   crib?  Do you know if that's what it was called

24   where it would lower or have you heard that term?

11:04:16   25      A    No.

1      Q     Okay.  Never mind then.

2            Did anyone ever tell you that the reason

3      they removed the cribs with the rail is that they

4      were not -- they were not legal anymore, it was not

11:04:27  5   legal to have those kind of cribs?

6      A     Like I said, I didn't discuss that with

7      my -- with my director.

8      Q     Okay.

9      A     I just made a comment to my coworker.

11:04:37 10   Q     Anything else that you ever asked Hawani or

11     anyone else for to help with your job or help make

12     it easier?

13     A     Maybe I did, but I just don't remember at

14     the moment.

11:04:58 15   Q     The conversation that you had with Hawani

16     about having stairs for the changing table, do you

17     recall approximately when that was, what year that

18     was?

19     A     2010.

11:05:23 20   Q     These various pains you've described for

21     me, the neck pain and back pain and knee pain, were

22     there certain things you would do at work that would

23     make them worse, where you felt the pain more or

24     made it worse?

11:05:56 25   A     For my -- for my back pain?

59

```
            1      Q     For all of that.  For your back pain or
            2   your knee pain or your neck pain.
            3      A     Oh, yeah.
            4      Q     And what --
11:06:05    5      A     For my back pain, of course, by the
            6   lifting, bending because the children were on the
            7   floor, were lying on the floor, and squatting,
            8   sitting on the floor.  A lot of things.
            9      Q     What about your knee pain?  Would the same
11:06:37   10   things make it worse or different?
           11      A     Yes.
           12      Q     Same things?
           13      A     Uh-huh.
           14      Q     Do you remember whether prior to the time
11:06:58   15   you went on medical leave, which we'll get to later,
           16   did you ever have to miss work for short periods of
           17   time?  Did you ever take a few -- a few days or
           18   something like that because of your knees or your
           19   back or your neck?
11:07:11   20      A     Yes.
           21      Q     And about how many times do you recall
           22   doing that?
           23      A     Several times.
           24      Q     And was that ever --
11:07:26   25            Did anyone at Bright Horizons ever indicate
```

60

1  that was a problem or that they did not want you to

2  take those days off?  Was there ever any issue with

3  it?

4      A    No, because I would request it like in

11:07:40  5  advance.

6      Q    You requested it in advance?

7      A    In advance, yeah.  It's not that I called

8  the day before, no.

9      Q    I see.

11:07:47  10      A    Uh-huh.

11          MR. MEYERS:  I'll have this next document

12  marked as Exhibit 6.

13          (Whereupon, Defendants' Exhibit 6 was

14  marked for identification by the Certified Shorthand

11:08:06  15  Reporter, a copy of which is attached hereto.)

16  BY MR. MEYERS:

17      Q    And I'm just going to ask you about this

18  one that's on the top of the page that looks like

19  it's from Long Beach Advanced Orthopaedics Medical

11:08:42  20  Center.

21          Do you see that?

22      A    Long Beach Advanced Orthopaedics Medical

23  Center, uh-huh.

24      Q    Do you recall this note or what it was for?

11:08:53  25  It looks like it was around December of 2011.

61

```
           1      A    Yes.

           2      Q    And what do you recall it being for?

           3      A    This is -- this was my doctor, the

           4    orthopaedic doctor I went to see is Phillip.  See,

 11:09:15  5    that was his first name, Phillip.

           6      Q    Okay.  So the Dr. Phillip you were telling

           7    me about earlier in Long Beach is this one?

           8      A    Yeah.  That's the one, he told me that if

           9    I kept doing what I was doing, that I would never

 11:09:28 10    recover.

          11      Q    And do you have any recollection as to in

          12    December of 2011 specifically what it was you saw

          13    him for or what this doctor's note was for?

          14      A    Knee pain.

 11:09:55 15      Q    And it looks like -- it looks like the

          16    doctor wanted you to, in the restrictions at the

          17    bottom, it says, "Avoid kneeling and squatting

          18    12/7/11 to 2/1/12."

          19           Do you see that?

 11:10:12 20      A    Yes.

          21      Q    And is that something that you discussed

          22    with anyone at Bright Horizons that you needed to

          23    avoid that during that time period?

          24      A    Of course.  Yes.

 11:10:20 25      Q    And what happened?
```

```
         1      A      Nothing that I remember.  I just needed to

         2   avoid doing what was said here.

         3      Q      Okay.  And were you able to avoid doing

         4   that?

11:10:33 5      A      No, because I was still in the infant room.

         6   In the infant room, we have to do this.

         7           THE VIDEOGRAPHER:  Can you please do me a

         8   favor and raise your microphone a little bit higher?

         9           THE WITNESS:  Oh, sorry.

11:11:00 10          THE VIDEOGRAPHER:  Thank you.

        11           THE WITNESS:  Uh-huh.

        12   BY MR. MEYERS:

        13      Q      Do you recall whether at the time

        14   Bright Horizons had anyone come and assist you in

11:11:08 15  the room or offer any help or anything like that?

        16      A      I don't recall that.

        17      Q      Do you recall whether you specifically gave

        18   this note to someone at Bright Horizons?

        19      A      Probably gave it to one of my supervisors.

11:11:31 20     Q      I want to make very sure you remember.  I

        21   don't want you to guess.

        22           Do you remember giving this to someone at

        23   work?

        24      A      I don't remember.

11:11:50 25     Q      Sometime in 2011 were you involved in a car
```

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626

```
 1              (Recess taken.)

 2              (Off the record at 11:13 a.m.  Back on the

 3      record at 11:29 a.m.)

 4              THE VIDEOGRAPHER:  The time is 11:29 and

11:29:35  5      we're back on the record.

 6      BY MR. MEYERS:

 7          Q    I just wanted to clarify a couple of things

 8      from this morning.

 9              Was Hawani the center director the whole

11:29:49 10      time you worked there?

11          A    Yes.  She was always the director.

12          Q    Okay.  And then Amy and Orema, were they

13      lead teachers, do you know?  Is that what they were

14      referred to as?

11:30:03 15          A    Yeah.  Probably.

16          Q    Okay.

17          A    I knew them as lead teacher/supervisor.

18          Q    And did they actually assist in the

19      classrooms?  Did they assist with the babies or did

11:30:21 20      they just monitor what was going on?

21          A    If we needed help, they would come and

22      assist.

23          Q    At -- excuse me.

24              At some point in time, did you file a

11:30:54 25      workers' comp claim?
```

65

1       A    Yes, I did.

2       Q    And did you tell anyone at the center that

3  you were going to be doing that?

4       A    No.

11:31:04  5       Q    And is there a reason that you didn't tell

6  anyone?

7       A    Because everything happened so quickly, I

8  didn't think about doing that.

9            MR. MEYERS:  We'll have this next document

11:31:21  10  marked as Exhibit 7.

11            (Whereupon, Defendants' Exhibit 7 was

12  marked for identification by the Certified Shorthand

13  Reporter, a copy of which is attached hereto.)

14  BY MR. MEYERS:

11:31:54  15       Q    There may be a lot of this that you don't

16  recognize or haven't seen, but if you could just

17  take a minute to look through it and then tell me if

18  you do recognize any of it.

19       A    I recognize some papers, but not all of

11:32:59  20  them.

21       Q    Okay.  Why don't we go through the ones you

22  do recognize.  You can tell me what page you're on

23  and then we can make sure we're looking at the same

24  thing.

11:33:32  25       A    I don't recognize the first three pages.  I

66

1    may recognize the third -- the fourth page and the

2    fifth one, the sixth page, and the seventh page and

3    this one is not my handwriting.

4        Q    Okay.  Here, why don't we just -- let's

11:34:34    5    back up for a minute.

6            So the first three pages you do not

7    recognize.

8        A    Right.

9        Q    Those are a letter from a law firm named

11:34:48   10    Barkhordarian Law Firm on Wilshire Boulevard in

11    Los Angeles.

12        A    Uh-huh.

13        Q    Do you recall ever speaking with attorneys

14    from that firm?

11:34:52   15        A    Yes.

16        Q    And was that in regard to filing your

17    workers' comp case?

18        A    Yes.

19        Q    And, again, I don't want to ask you about

11:35:02   20    any conversations you had with any attorneys, but do

21    you remember how it was that you came to speak to

22    these attorneys about filing a workers' comp case,

23    what prompted you to do that?

24        A    How I was introduced to them?  That's the

11:35:21   25    question?

67

1   document?

2        A        Probably I've seen it because, like I said,

3   I didn't fill this out.

4        Q        Right.

11:39:14  5        A        I didn't fill it out.  I just sign it.

6        Q        Okay.  So the signature is yours, but the

7   handwriting is not yours; correct?

8        A        Correct.  Uh-huh.

9        Q        And do you recall whether this is one of

11:39:25 10   the documents you described for me that someone

11   brought you some paperwork and you signed?  This was

12   one of those documents?

13        A        It could be.

14        Q        Okay.  All right.  And then you said that

11:39:52 15   your director told you that she had received a

16   letter.

17             Did she have a conversation with you about

18   it?

19        A        It was the last day I was there.  We were

11:40:04 20   having CPR training and she said that she wanted to

21   talk to me about something.  So everybody left and

22   my director stayed and Amy stayed and she -- they

23   asked me to stay and she asked me that she had

24   received a letter from my -- from a lawyer in

11:40:29 25   regards to a workers' comp case with me and then she

71

1    said that why did I do that, why did I look for a

2    lawyer.

3         Q    And what did you say?

4         A    That I had no other choice.  I need help.

11:40:56  5    That I felt that I wasn't getting the help at the

6    company.

7              I don't remember word by word that I said,

8    but it was mainly.

9         Q    And do you remember if you told her what

11:41:14 10   help it was that you weren't getting, do you

11   remember?

12        A    No.

13        Q    Okay.  Do you remember what she said then

14   after that?

11:41:24 15        A    I don't remember.

16        Q    Was there a discussion of what should

17   happen next, of what you wanted to do next?

18        A    That I wasn't coming back.  I mean, I

19   was -- I was put on medical leave.  I wasn't coming

11:41:44 20   back for a while, I think.

21        Q    And do you remember whether you asked to be

22   put on medical leave or whether you were told you

23   were being put on medical leave or how exactly was

24   that discussed?

11:41:58 25        A    Actually, I don't remember if I tell her

72

1    right there or it was the following day that I came

2    back because I remember coming back to give her a

3    form the doctor gave me.

4         Q    Okay.  So you may have come back the

11:42:15  5    following day and given her --

6         A    I think it was the following day that I

7    told her that I wasn't coming back for a while, for

8    four or five days.

9         Q    Okay.

11:42:22 10    A    Uh-huh.

11         Q    And what did she say when you told her

12    that?

13         A    Well, she was okay.

14         Q    And this is Hawani, right, that you were

11:42:31 15    having this --

16         A    Yes.

17         Q    -- conversation with?

18         A    Uh-huh.

19         Q    And then you gave her the form, you told

11:42:36 20    her you weren't coming back for 45 days, and then

21    was there any further discussion or did you just

22    leave at that point?

23         A    I asked about a position they were having

24    available for the preschool classroom.  They had a

11:42:51 25    position open for a preschool teacher in the

73

1    preschool classroom and I asked about that position.

2        Q    And what did she say?

3        A    That I couldn't apply for that position

4    because I was on medical leave.

11:43:16  5        Q    How did you find out that there was a

6    position open for preschool?

7        A    I knew about it before I left.

8        Q    Had you discussed it with Hawani before

9    then or was this the first time that you told her

11:43:32 10    about that opening and whether you could --

11        A    No.  We discussed about it before then.

12        Q    And what did you discuss about it before

13    then?

14        A    You know, because she knew from -- she knew

11:43:42 15    for a very long time that I wanted a position in the

16    preschool classroom, and before she told me that she

17    was going to move me, transfer me to another

18    classroom as soon as she could.  So I was assuming

19    she was going to give it to me.

11:43:58 20        Q    Okay.  But she didn't tell you that;

21    correct?

22        A    No.

23        Q    That's correct?

24        A    Yes.  That's correct.  She didn't -- she

11:44:06 25    didn't give it to me.

74

1          A      Yeah.

2          Q      Okay.

3          A      Like I said, everything happened so

4     quickly.

11:45:58  5      Q      Going back to, we had talked about in

6     December 2011 you had this -- you saw Dr. Phillip

7     and he wanted you to avoid kneeling and squatting.

8     Remember we talked about that before the break?

9          A      Yes, I remember.

11:46:15  10     Q      Was there ever a time where Bright Horizons

11    would have you sit in the room and either the lead

12    teacher or some other teacher would come in and

13    would actually lift the children for you?

14         A      No.

11:46:28  15     Q      Do you ever remember that happening?

16         A      I don't remember that happening.

17         Q      Did you and Hawani ever discuss formally

18    applying for a -- either a toddler or preschool

19    position, actually submitting an application for a

11:46:49  20    toddler or preschool position?

21         A      Formally?

22         Q      Yes.

23         A      Formally applying?

24         Q      Yes.

11:46:54  25     A      No.  If I was given an application you

76

|  |  |
|---|---|
| 1 | mean? |
| 2 | Q    Yes. |
| 3 | A    No. |
| 4 | Q    Okay.  And did you ever discuss whether |
| 11:46:59 5 | that was something you should do, whether you should |
| 6 | fill out an application for one of those positions? |
| 7 | A    I remember something like that.  I remember |
| 8 | we were having a meeting, a group staff meeting, and |
| 9 | she announced this position to everybody.  So if |
| 11:47:19 10 | anybody was interested in that position, that was |
| 11 | going to be available to everybody. |
| 12 | Q    And which position was that? |
| 13 | A    For the preschool teaching position. |
| 14 | Q    And that was -- that was shortly before |
| 11:47:41 15 | this all happened with your workers' comp claim and |
| 16 | your -- |
| 17 | A    Right. |
| 18 | Q    -- medical leave? |
| 19 | A    It was maybe a week, days before. |
| 11:48:14 20 | MR. MEYERS:  I'll have this next document |
| 21 | marked as Exhibit 8. |
| 22 | (Whereupon, Defendants' Exhibit 8 was |
| 23 | marked for identification by the Certified Shorthand |
| 24 | Reporter, a copy of which is attached hereto.) |
| 11:48:17 25 | /// |

77

BY MR. MEYERS:

1   BY MR. MEYERS:

2       Q    Please take a look at this and then tell me

3   if you recognize it.

4       A    I do recognize it.

11:48:44 5    Q    And what do you recognize this to be?

6       A    This is the paper the doctor would give me

7   after an examination.

8       Q    Okay.  And at the very bottom right above

9   the signature, it lists the doctor as Edward Opoku.

11:49:02 10    A    Opoku, uh-huh.

11      Q    Do you see that?

12      A    Yes.

13      Q    Was that a doctor you started seeing after

14  you filed your workers' comp claim?

11:49:08 15    A    Yes.

16      Q    All right.  And do you recall if this

17  was --

18           It looks like the date here was July 7th,

19  2012.  Do you recall if that was the first time you

11:49:17 20  saw Dr. Opoku or if you had seen him before then?

21      A    No.  I think that was the first time and I

22  think this was on a Saturday because they sent me to

23  see a doctor on a Saturday.

24      Q    And when you were talking earlier about

11:49:39 25  meeting with Hawani and giving her a note, medical

78

1  note that you would be out for 45 days, do you

2  remember if it was this one or a different one?

3      A    I think it was this one.

4      Q    And then was Dr. Opoku someone that you saw

11:49:55 5  for all the issues we talked about, your knee pain

6  and back pain and neck; is that right?

7      A    Right.  And, also, like depression.  I was

8  kind of depressed back then.

9      Q    When had you started experiencing that

11:50:15 10  depression?

11      A    Maybe mid 2009.

12      Q    And what -- describe it for me, what you

13  were experiencing.

14      A    Yes.  Sadness.  Sadness, not being able to

11:50:49 15  fall asleep or wake up in the middle of the night

16  just thinking, turning over, anxious, anxiety.

17      Q    Do you --

18          Either from your own personal perspective

19  or from what doctors told you, do you have any

11:51:20 20  understanding of what that depression may have been

21  caused by that you started experiencing in 2009?

22      A    I think, personally I think it was because

23  of my injuries, that I wasn't the same person.

24      Q    And did you ever discuss that with any of

11:51:35 25  your doctors?

79

1    asked me to come back to the office.  He gave me an

2    appointment to come back to the office to see this

3    doctor.  This doctor was going to -- he was going to

4    see me on that date.

11:56:36  5          Q    And did you see that psychologist?

6          A    Yes, I saw the psychologist.  Well, not

7    person to person.  He was on the computer.  So it

8    was like video.

9          Q    Oh, I see.

11:56:49 10          A    It was like --

11          Q    So you --

12               So you were in Dr. Opoku's office viewing

13    the psychologist on the computer?

14          A    Right.

11:56:57 15          Q    Okay.  Did you ever see that psychologist

16    again after that or was that the only time?

17          A    That was the only time.

18          Q    And just to confirm, when you submitted

19    this note to Hawani and indicated you needed to be

11:57:24 20    out 45 days, she did that; right?  In other words,

21    she said that was okay that you took your medical

22    leave or took your time?

23          A    Yes.

24               MR. MEYERS:  And then I'll have the next

11:57:37 25    document marked as Exhibit 9.

84

```
 1              (Whereupon, Defendants' Exhibit 9 was
 2   marked for identification by the Certified Shorthand
 3   Reporter, a copy of which is attached hereto.)
 4   BY MR. MEYERS:
 5      Q     Sorry.  For some reason, I don't have an
 6   extra copy of that one.
 7              Can you take a minute to look through this
 8   and tell me if you recognize it?
 9      A     Yeah.  I recognize it.
10      Q     What do you recognize it to be?
11      A     This is that paper, the forms that Hawani
12   gave me that I need to fill out and submit it to the
13   main office.
14      Q     Okay.  I'm sorry.  Did you say that Hawani
15   gave you?
16      A     Yes.
17      Q     Okay.  To fill out and submit?
18      A     To the main office.
19      Q     And so the handwriting on this first page,
20   is that your handwriting?
21      A     That's my handwriting.
22      Q     And you filled this out?
23      A     Yes.
24      Q     Did anyone help you fill this out?
25      A     No.
```

11:58:23  5
11:58:44 10
11:59:03 15
11:59:14 20
11:59:22 25

85

|   |   |
|---|---|
| 1 | Q    Do you remember whether Hawani gave you |
| 2 | this form before you went out on leave; in other |
| 3 | words, she gave it to you in person? |
| 4 | A    Before? |
| 11:59:34  5 | Q    Right.  I'm trying -- I'm wondering if she |
| 6 | gave you the form or if she -- or if someone mailed |
| 7 | it to you, in other words. |
| 8 | A    No.  She gave me the form. |
| 9 | Q    Okay. |
| 11:59:43  10 | A    I think.  I don't remember. |
| 11 | Q    If you could look at -- |
| 12 | Do you remember reviewing this form?  At |
| 13 | the time that you filled it out, did you go through |
| 14 | and review it? |
| 11:59:59  15 | A    Yes. |
| 16 | Q    And then on the last page, at the top where |
| 17 | it lists your name, is that your handwriting? |
| 18 | A    Yes. |
| 19 | Q    And these various checkmarks, as far as you |
| 12:00:13  20 | know, is that yours? |
| 21 | A    Yes. |
| 22 | Q    And then the signature, does that appear to |
| 23 | be yours? |
| 24 | A    It looks like mine, yes. |
| 12:00:21  25 | Q    Okay.  And the date that's written there, |

86

1   it looks like July 12th, 2012, is that your

2   handwriting?

3        A    Yes.

4        Q    And you understood and reviewed these

12:00:29  5   various acknowledgements at the time that you signed

6   this?

7        A    Yes.

8        Q    Do you recall whether you asked questions

9   either of Hawani or anyone else about this form when

12:00:40 10   you filled it out?

11       A    I don't recall.

12            MR. MEYERS:  Okay.  We'll have the next

13   document marked as Exhibit 10.

14            (Whereupon, Defendants' Exhibit 10 was

12:00:54 15   marked for identification by the Certified Shorthand

16   Reporter, a copy of which is attached hereto.)

17   BY MR. MEYERS:

18       Q    Can you please look through this document

19   and then tell me if you recognize it?

12:01:34 20       A    Yes, I recognize it.

21       Q    And what do you recognize it to be?

22       A    I recognize it when I read the first part

23   that -- that it was a family medical leave absence.

24       Q    And is this something that you received

12:02:26 25   from Bright Horizons?

87

```
 1      A     Yes.
 2      Q     And then the -- do you know about --
 3            If you could turn to the second page,
 4   there's a name listed there of Melissa Aupperlee,
 5   A-u-p-p-e-r-l-e-e.
 6            Do you know who Melissa is?
 7      A     I'm assuming somebody from the main office
 8   from HR.
 9      Q     Okay.  So not from -- not from your office
10   in El Segundo; right?
11      A     No.  I don't know her personally.
12      Q     Okay.  The various --
13            On the pages that follow, there's some
14   checkmarks and some dates written and then some
15   amounts?
16            None of that is your handwriting; correct?
17   This is something that you received; is that
18   correct?
19      A     Correct.
20      Q     And in the --
21            Again, on the second page down towards the
22   bottom, it indicates that some additional
23   certification is requested by August 4th, 2012.
24            Do you recall being aware of that, that
25   that was being requested?
```

12:02:43  5
12:02:56 10
12:03:13 15
12:03:25 20
12:03:45 25

88

```
 1        A    Yes.

 2             MR. MEYERS:  Okay.  We'll have the next

 3   document marked as Exhibit 11.

 4             (Whereupon, Defendants' Exhibit 11 was

 5   marked for identification by the Certified Shorthand

 6   Reporter, a copy of which is attached hereto.)

 7   BY MR. MEYERS:

 8        Q    Can you take some time to go through this

 9   document and then tell me if you recognize it?

10        A    I do recognize it.

11        Q    And what do you recognize it to be?

12        A    That's paperwork that my doctor filled out

13   for Bright Horizons.

14        Q    Okay.  And is any of the handwriting on

15   this document yours?

16        A    My name, it says "Yulisa Romero," and my

17   name on the top, too, infant teacher, the hours, the

18   schedule.

19        Q    Okay.  So just so we have it clear on the

20   record, so on the first page, the employer name and

21   contact, employee's job title and regular work

22   schedule, those three are filled out in your

23   handwriting; is that correct?

24        A    Yes.

25        Q    And then the middle of the page where it
```

12:04:06   5
12:04:47  10
12:05:14  15
12:05:29  20
12:05:40  25

89

We'll have the next document marked as Exhibit 12.

(Whereupon, Defendants' Exhibit 12 was marked for identification by the Certified Shorthand Reporter, a copy of which is attached hereto.)

12:09:46

BY MR. MEYERS:

Q Could you take a moment to look through this and then tell me if you recognize it?

A I recognize it.

12:10:00

Q And what do you recognize this to be?

A This is the paperwork that, again, my company needed my doctor to fill out.

Q And this time it looks like it is filled out by Dr. --

12:10:19

A Yes.

Q -- Opoku; is that correct?

A Yes.

Q Do you --

And, again, on the --

12:10:26

Is any of the handwriting on the first page yours?

A Where it says, "Bright Horizons Children Center," that's mine; the employee's job title, that's mine; the schedule is mine; and my name is mine.

12:10:42

1    Q    Your name down in the next section is

2  yours?

3    A    That's my handwriting.

4    Q    And then the rest of the document -- well,

12:10:50  5  actually, hold on.

6         The bottom section of the document where it

7  lists the doctor's name and so forth, is that --

8  that is not your handwriting; is that correct?

9    A    That is not my handwriting.

12:11:00  10   Q    Okay.  And then the following page, this

11  document titled, "Certification by Physician for

12  Employee to Return to Work," is any of that your

13  handwriting?

14    A    Where it says my name and then where it

12:11:16  15  says the job title.

16    Q    Okay.  And, again, it looks like this is

17  filled out by Dr. Opoku, as far as you know?

18    A    Yes.  As far as I know, yes.

19    Q    Okay.  And it indicates in the middle of

12:11:31  20  the page, "The employee is unable to perform the

21  essential functions of the employee's position as

22  listed on the attached form until 9/4/2012."

23         Do you see that?

24    A    Yes.

12:11:43  25   Q    And as far as you know, did Bright Horizons

94

1    allow that?  In other words, they extended your

2    leave to September 4th, 2012?

3         A    Yes.

4         Q    The following page, there's a signature and

12:11:56  5    date.

6              That is not your handwriting; correct?

7         A    Correct.

8         Q    Actually, I think I figured this out.

9              If you go to the very last page of the

12:12:07 10   document, there's a fax cover sheet.

11             Do you see that?

12        A    Yes.

13        Q    Is that your handwriting?

14        A    Yes, that's my handwriting.

12:12:16 15        Q    And does it look like this might have been

16   something that you faxed to Hawani?

17        A    Yes.

18        Q    And it looks to me like the pages might be

19   backwards; right?

12:12:24 20             So that's the last page, and then if you go

21   to the page before it, that's actually the second

22   page.  So the documents are backwards.

23             Do you see what I mean?

24        A    Uh-huh.  This one is the second page.

12:12:37 25   Uh-huh.

95

1    Q    Right.

2         Does that look to be right to you?

3    A    Yes.

4    Q    Okay.  And then so this page that we're

12:12:45  5  both looking at that says "November 15, 2008" at the

6    top, do you see that?

7    A    Yes.

8    Q    Again, this all appears to be your doctor's

9    handwriting, not yours; correct?

12:12:55 10  A    Correct.

11   Q    And is it something that you recall

12   Dr. Opoku discussing specifically with you at this

13   time?  Did he go over this form with you or explain

14   anything to you, anything of that nature?

12:13:12 15  A    I don't recall.

16   Q    Do you recall whether -- it looks like, on

17   August 18th, 2012, whether you actually visited him

18   when this form was prepared or whether this was just

19   something that you asked him to fill out?

12:13:29 20  A    No.  That was the day that I visited him.

21   Q    Okay.  But, again, you didn't discuss the

22   contents of this --

23   A    No.

24   Q    -- with him?

12:13:37 25       Okay.  We'll have the next document marked

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626

53                                      Exhibit U

1   as Exhibit 13.

2          (Whereupon, Defendants' Exhibit 13 was

3   marked for identification by the Certified Shorthand

4   Reporter, a copy of which is attached hereto.)

12:13:43 5   BY MR. MEYERS:

6      Q    Can you tell me if you've seen this

7   document before?

8      A    It looks familiar.

9      Q    And it appears to indicate that you were

12:14:29 10   placed on total temporary disability until

11   September 29th, 2012.

12          Do you see that?

13      A    Yes.

14      Q    And Bright Horizons accommodated that?  In

12:14:43 15   other words, they extended your leave until at least

16   September 29th, 2012?

17      A    Yes.

18          MR. MEYERS:  We'll have the next document

19   marked as Exhibit 14.

12:14:57 20          (Whereupon, Defendants' Exhibit 14 was

21   marked for identification by the Certified Shorthand

22   Reporter, a copy of which is attached hereto.)

23   BY MR. MEYERS:

24      Q    Please take a look through this, then tell

12:15:41 25   me if you recognize it.

97

```
 1      A    I recognize it.

 2      Q    What do you recognize this to be?

 3      A    Isn't this -- I filled this paper out for

 4  Melissa.

12:15:59  5      Q    Okay.  For Melissa.

 6           It looks like the same Melissa we were

 7  talking about --

 8      A    Yes.

 9      Q    -- before; right?  Aupperlee.

12:16:08 10      A    Uh-huh.

11      Q    And is this your handwriting on this fax

12  cover sheet on the first page?

13      A    No.

14      Q    I want you looking at the -- I think we're

12:16:19 15  looking at different pages -- the first page.

16      A    Oh, sorry.

17      Q    That's okay.  The fax cover sheet page.

18      A    Yes, it is my writing.

19      Q    All of that is your handwriting?

12:16:28 20      A    Uh-huh.

21      Q    Yes?

22      A    Yes.

23      Q    And then the next page, the patient status

24  form, that is not your handwriting; correct?

12:16:35 25      A    Correct.
```

98

1     Q    And that looks like that's from Dr. Opoku

2  again; correct?

3     A    Correct.

4     Q    And here it indicates that you're unable to

12:16:42  5  return to work until October -- for another 45 days,

6  until October 16th, 2012.

7          Do you see that?

8     A    Yes.

9     Q    And, again, Bright Horizons continued your

12:16:54 10  medical leave until at least that date?

11    A    Correct.

12         MR. MEYERS:  I'll have the next document

13  marked as Exhibit 15.

14         (Whereupon, Defendants' Exhibit 15 was

12:17:21 15  marked for identification by the Certified Shorthand

16  Reporter, a copy of which is attached hereto.)

17  BY MR. MEYERS:

18    Q    Can you please tell me if you recognize

19  this?

12:17:29 20    A    Yes, I do.

21    Q    And what do you recognize this to be?

22    A    This one is another patient status.

23    Q    It looks like this one was filled out by a

24  Dr. Nourian.

12:17:52 25    A    Yes.

99

1    Q    N-o-u-r-i-a-n.

2    A    Uh-huh.

3    Q    Was that someone in Dr. Opoku's office?

4    A    Yes.

12:17:59  5    Q    Okay.  And here it indicates you're unable

6  to return to work for another 45 days; correct?

7    A    Correct.

8    Q    And, again, Bright Horizons continued your

9  leave for at least that long?

12:18:10 10    A    Yes.

11    Q    It also indicates --

12         Do you see down towards the bottom of the

13  form there's some checkmarks?  It looks like it

14  indicates either physical therapy or chiropractic

12:18:23 15  care twice a week.

16    A    Treatment, yes.

17    Q    Treatment.

18         And then it also indicates acupuncture.

19    A    Yes.

12:18:30 20    Q    Is that something you did, the acupuncture?

21    A    Yes.  Uh-huh.

22    Q    For about how long did you do that?

23    A    For probably about a year.

24    Q    Do you remember where you went for that?

12:18:47 25    A    To the same office.

100

1    Q    Oh, the same office.  Okay.

2    A    Uh-huh.

3    Q    And what about the physical therapy?  Was

4  that at the same office?

12:18:53  5    A    Same office.

6    Q    Did you do the physical therapy for about a

7  year as well or a different amount of time?

8    A    Yes, for about a year.

9         MR. MEYERS:  Okay.  We'll have the next

12:19:11 10  document marked as Exhibit 16.

11         (Whereupon, Defendants' Exhibit 16 was

12  marked for identification by the Certified Shorthand

13  Reporter, a copy of which is attached hereto.)

14  BY MR. MEYERS:

12:19:34 15    Q    Can you tell me if you recognize this?

16    A    Yes.

17    Q    What do you recognize this to be?

18    A    Same thing.  Another patient status.

19    Q    Okay.  And it looks like this one is

12:19:55 20  Dr. Opoku again?

21    A    Yes.

22    Q    And this one is dated November 17th, 2012,

23  and is indicating another -- another 45 days unable

24  to return to work; correct?

12:20:07 25    A    Correct.

101

```
 1      Q     And, again, Bright Horizons continued your
 2   leave for at least that long?
 3      A     Yes.
 4            MR. MEYERS:  Okay.  We'll have the next one
12:20:16  5  marked as Exhibit 17.
 6            (Whereupon, Defendants' Exhibit 17 was
 7   marked for identification by the Certified Shorthand
 8   Reporter, a copy of which is attached hereto.)
 9   BY MR. MEYERS:
12:20:43 10     Q     Can you tell me if you recognize this
11   document?
12      A     This one is a document that Melissa sent me
13   in regards to, I think, my medical leave was
14   expired.  Something like that.
12:20:58 15     Q     And so you recall receiving this document?
16      A     Yes.
17      Q     It indicates in this letter that
18   Bright Horizons is requesting some additional
19   information from your healthcare provider and that
12:21:18 20  it's requesting a response by December 7th, 2012.
21            Do you see that?
22      A     Yes.
23      Q     And it also indicates that it's looking for
24   an estimated date of return to work.
12:21:31 25           Do you see that?
```

102

1    this letter and then when you met with Dr. Opoku and

2    gave him the form, did you have any discussion with

3    him about how much longer you might be on leave?

4        A    I don't recall.

12:23:03  5        MR. MEYERS:  Okay.  All right.  We'll have

6    this next document marked as Exhibit 18.

7            (Whereupon, Defendants' Exhibit 18 was

8    marked for identification by the Certified Shorthand

9    Reporter, a copy of which is attached hereto.)

12:23:27 10  BY MR. MEYERS:

11        Q    Can you please take a look at this, which

12    is three pages, and tell me if you recognize it?

13        A    Yeah, I recognize it.

14        Q    Okay.  What do you recognize it to be?

12:23:49 15        A    This one is what Dr. Opoku filled out.

16    This is the form that they sent; right?

17        Q    Okay.  And just so the record's clear,

18    you're referring to the second page, what starts on

19    the second page which is titled, "Bright Horizons

12:24:04 20  Accommodation Request"?

21        A    Yes.  It looks like this is the form that

22    they gave me with this letter.

23        Q    Okay.

24        A    The previous letter.

12:24:12 25        Q    And so that's what you had Dr. Opoku fill

104

```
 1   out --
 2       A    Yes.
 3       Q    -- at your visit?
 4       A    Uh-huh.
 5       Q    And then the first page is another status
 6   report; correct?
 7       A    Correct.
 8       Q    And it looks like it's from Dr. Opoku?
 9       A    Yes.
10       Q    And that one is on December 22nd indicating
11   another 45 days of unable to return to work.
12            Do you see that?
13       A    Yes.
14       Q    And, again, Bright Horizons extended your
15   leave by at least 45 days at that time?
16       A    Yeah.
17       Q    And then turning to the second page, this
18   accommodation request form, this form was all filled
19   out, as far as you know, by Dr. Opoku; correct?
20       A    Yes.   Correct.
21       Q    Did he discuss it at all with you?
22       A    I don't remember.
23       Q    Okay.   So, for example --
24            I'm sorry.   Go ahead.
25       A    I'm sorry.   He would ask me questions.
```

12:24:16   5
12:24:24  10
12:24:37  15
12:24:53  20
12:25:02  25

105

```
 1    When he was filling this out, he would just ask me
 2    if I could do certain things.
 3         Q    I see.
 4              So, as far as you could tell, he was
 5    looking at this form and then asking you
 6    questions --
 7         A    Right.
 8         Q    -- from it?
 9         A    Uh-huh.
10         Q    At the very bottom in the handwriting, it
11    looks like it says, "Patient unable to complete job
12    duties."
13              Is that something you specifically remember
14    discussing with him, that you still could not
15    perform your job duties at that time?
16         A    The second page?
17         Q    Yes, at the bottom.
18         A    Right.
19         Q    And then on the last page, it looks like in
20    the first section of handwriting it lists some
21    various restrictions -- limited standing/walking
22    no more than one hour with breaks, limited
23    bending/squatting, no lifting objects greater than
24    25 pounds.
25              Do you see all that?
```

12:25:14 (line 5)
12:25:26 (line 10)
12:25:37 (line 15)
12:26:10 (line 20)
12:26:24 (line 25)

106

1        A     Yes.

2        Q     And then two sections down from that it

3   says, "Leave of absence for 45 days until further,"

4   I think that's, "evaluation."

12:26:37  5        Do you see that?

6        A     Yes.

7        Q     And, again, at this time do you recall any

8   discussion with Dr. Opoku about how much longer you

9   might have these limitations or how much longer it

12:26:48 10   would be before you could work?

11       A     I don't remember exactly, but I think I

12   asked him, you know, if I was going to ever recover,

13   and they needed to know -- they needed to do some

14   more tests on me, like what is it called, MRIs.

12:27:07 15   They were waiting on MRIs or CT scan.  Something

16   like that.  They needed some more tests.

17       Q     That's what Dr. Opoku told you?

18       A     I think that he said that.

19       Q     Okay.  And do you remember if that was on

12:27:23 20   this visit or on a different visit?

21       A     I don't remember.

22             MR. MEYERS:  I'll have the next document

23   marked as Exhibit 19.

24             (Whereupon, Defendants' Exhibit 19 was

12:27:45 25   marked for identification by the Certified Shorthand

107

```
 1   Reporter, a copy of which is attached hereto.)

 2   BY MR. MEYERS:

 3        Q    Can you please take a look at this and tell

 4   me if you recognize it?

 5        A    I recall -- I remember the document.

 6        Q    Okay.  And, again, you recall receiving

 7   this from Bright Horizons?

 8        A    From Melissa, yes.

 9        Q    Yes.

10             And it indicates at the bottom of the first

11   paragraph that your request for additional time off

12   is being approved through February 5th, 2013, but

13   that, again, they're requesting some information as

14   to your estimated date of return.  Then in the -- a

15   little further down, it says that they're requesting

16   that information by February 5th, 2013.

17             Do you see that?

18        A    Yes.

19        Q    And did this --

20             It looks like this one, also, had an

21   accommodation request form included with it;

22   right?

23        A    Yes.

24        Q    This letter, a blank one?

25        A    Uh-huh.
```

12:28:06  5
12:28:38  10
12:29:04  15
12:29:12  20
12:29:18  25

108

1      Q      And is this something that you discussed

2  with Dr. Opoku?

3      A      Yes.

4      Q      And other than providing him the form, is

12:29:26  5  there anything further you discussed with him about

6  it?

7      A      Not that I remember.

8             MR. MEYERS:   I'll have this next document

9  marked as Exhibit 20.

12:29:45 10             (Whereupon, Defendants' Exhibit 20 was

11  marked for identification by the Certified Shorthand

12  Reporter, a copy of which is attached hereto.)

13  BY MR. MEYERS:

14      Q      Can you please take a look at this and tell

12:30:17 15  me if you recognize it?

16      A      Yeah, I do recognize it.

17      Q      And what do you recognize this to be?

18      A      This one is the fax cover that I filled

19  out.

12:30:27 20      Q      Okay.  And then the next page?

21      A      Is the patient status.

22      Q      Okay.  And, again, this one looks to be

23  filled out by Dr. Opoku; is that correct?

24      A      That's correct.

12:30:41 25      Q      And it's dated February 2nd, 2013; correct?

109

```
 1      A    Yes.
 2      Q    And this one, again, is indicating unable
 3 to return to work for 45 days?
 4      A    Yes.
12:30:51 5   Q    And, again, Bright Horizons continued your
 6 leave for 45 days; is that right?
 7      A    Yes.
 8      Q    At any point during this time as you were
 9 receiving these letters from Melissa, did you
12:31:10 10 discuss this request for additional information
11 with anyone from Bright Horizons?  Did anyone
12 contact you about it?
13      A    What I recall, no.
14      Q    Okay.  Do you remember an individual named
12:31:23 15 Sally in the company's benefits department?
16      A    Sally?
17      Q    Yes.
18      A    I don't remember.
19      Q    Okay.
12:31:30 20   A    I don't recall that name.
21      Q    Okay.  So you don't recall receiving a
22 phone call from her about your medical documents?
23      A    From Sally, no.
24      Q    Okay.  Do you recall receiving a phone call
12:31:40 25 from anyone at Bright Horizons about your medical
```

110

```
 1   documents or about more information that was needed?
 2        A    I don't recall.
 3        Q    Do you recall any conversation with someone
 4   from Bright Horizons where they spoke in Spanish to
 5   you, someone called you and spoke to you in Spanish
 6   about any of these issues, your medical leave or
 7   your -- how long it would continue, anything of that
 8   nature?
 9        A    I don't recall.
10             MR. MEYERS:  Okay.  We'll have the next
11   document marked as Exhibit 21.
12             (Whereupon, Defendants' Exhibit 21 was
13   marked for identification by the Certified Shorthand
14   Reporter, a copy of which is attached hereto.)
15   BY MR. MEYERS:
16        Q    Could you please take a minute to look
17   through this and then tell me if you recognize it?
18        A    Yeah, I recall.  I remember.
19        Q    Okay.  What do you recall or remember this
20   to be?
21        A    This one is from Melissa.  They needed more
22   information about my limitations, if it was
23   permanent or not.
24        Q    And, again, it looks like there was an
25   accommodation request form, a blank one, included;
```

12:32:00 — 5
12:32:13 — 10
12:32:16 — 15
12:33:24 — 20
12:33:39 — 25

111

1    is that right?

2        A    Yes.

3        Q    And is this something that you discussed

4    with Dr. Opoku or did you present him with the

12:33:47  5    accommodation form or --

6        A    I presented him with the accommodation

7    form.

8        Q    Okay.  And at that time do you recall

9    having any discussion with Dr. Opoku about how long

12:33:56 10    your leave might last?

11        A    Well, actually I think that's when he told

12    me that I was able to go back with limitations.

13        Q    And I just want -- I just want to make sure

14    you're not guessing.  I want to make sure you're

12:34:17 15    remembering specifically.

16            So let's do this.  Was there some point in

17    time where he told you that you were able to go back

18    to work with limitations?

19        A    Yes.

12:34:26 20        Q    And do you remember if that was around this

21    time, March 4th, 2013, or at some different time?

22        A    Around this time.

23        Q    And did he explain to you what those

24    limitations were?

12:34:41 25        A    Yes, he explained to me, but I don't

112

1   remember right now.

2       Q     Okay.  Do you remember if he explained or

3   gave you any indication of how long those

4   limitations would last?

12:34:54  5       A     I remember him saying about my knees, they

6   were permanent.

7       Q     What about your -- any of your other

8   conditions, either your back or neck or your

9   depression?

12:35:17 10      A     I don't remember what he wrote.

11          MR. MEYERS:  Okay.  We'll have the next

12  document marked as Exhibit 22.

13          (Whereupon, Defendants' Exhibit 22 was

14  marked for identification by the Certified Shorthand

12:36:14 15  Reporter, a copy of which is attached hereto.)

16  BY MR. MEYERS:

17      Q     Please take a look through this and tell me

18  if you recognize it.

19      A     Yeah.  That's my handwriting on the first

12:36:30 20  page.

21      Q     Okay.  And it looks like you are saying

22  that you're attaching a patient status that states

23  that you're now able to return to work with

24  restrictions.

12:36:49 25      A     Uh-huh.

113

1    Q    To the best of your memory, is that

2   referring to the restrictions that you were just

3   talking about that you had discussed with Dr. Opoku?

4    A    Yes.

12:36:57 5    Q    And did anyone help you write this fax

6   cover sheet or was this --

7    A    No.  I did it on my own.

8    Q    Okay.  And then the next page, the patient

9   status, it looks like that's completed by Dr. Opoku;

12:37:15 10   correct?

11    A    Yes.

12    Q    And here we have some specific limitations

13   listed.

14         Do you see that?

12:37:27 15    A    Yes.

16    Q    So, for example, limited walking to 30

17   minutes, limited standing to 30 minutes, limited

18   bending, stooping, kneeling less than 10 percent of

19   the workday, and limited lifting to 10 pounds.

12:37:42 20    A    Yes.

21    Q    Is that -- we had just talked a couple

22   minutes ago about he gave you some restrictions, but

23   you didn't remember what they were.

24         Are these those --

12:37:50 25    A    Yes.

114

```
 1      Q    -- restrictions?

 2      A    Those are the restrictions.

 3      Q    And this is also the time that he told you

 4  that your knees would be permanent --

 5      A    Correct.

 6      Q    -- the restrictions to your knees?

 7      A    Uh-huh.

 8      Q    Did you --

 9           Do you recall having any discussions

10  with -- telephone conversations or in-person

11  conversations with anyone from Bright Horizons at

12  this time?

13      A    Right at this time?

14      Q    Yes.

15      A    Or after?

16      Q    Well, let me try it this way.

17           So it looks like you sent this in on

18  March 18th, 2013; is that right?

19      A    Yes.

20      Q    Do you recall whether you had any

21  communications with Bright Horizons by telephone or

22  in person within the next couple of weeks after that

23  date?

24      A    I don't recall.

25      Q    Do you --
```

12:37:58 (line 5)
12:38:06 (line 10)
12:38:20 (line 15)
12:38:32 (line 20)
12:38:44 (line 25)

115

```
 1          Are you aware of any jobs at
 2   Bright Horizons that you could have performed with
 3   these restrictions?
 4       A    I wasn't aware of any jobs.
 5          MR. MEYERS:  Okay.  Let's have the next
 6   document marked as Exhibit 23.
 7          I'll just do a couple more of these, and
 8   then we'll break for lunch.  I know we've been going
 9   for a while.
10          (Whereupon, Defendants' Exhibit 23 was
11   marked for identification by the Certified Shorthand
12   Reporter, a copy of which is attached hereto.)
13   BY MR. MEYERS:
14       Q    Please take a minute to look through this
15   and then tell me if you recognize it.
16       A    I recognize it.
17       Q    What do you recognize it to be?
18       A    This is the paper documentation that
19   Melissa sent me after I sent this.
20       Q    So after you sent in Exhibit 22 --
21       A    22.
22       Q    -- you received Exhibit 23 --
23       A    Right.
24       Q    -- is that right?
25       A    That's correct.
```

Timestamps: 12:38:58 (line 5), 12:39:09 (line 10), 12:39:38 (line 15), 12:39:52 (line 20), 12:40:00 (line 25)

116

1      Q      And, again, Exhibit 23 also had a blank

2   accommodation request form with it?

3      A      Correct.

4      Q      Okay.  And did you understand when you

12:40:11  5   received Exhibit 23 that it was asking for how long

6   these restrictions would last?

7      A      Yeah.  They needed to be more specific.

8      Q      Okay.  And is that something you discussed

9   with Dr. Opoku or did you just take him the form

12:40:24 10   or --

11      A      I took him the form and he gave me an

12   evaluation.

13           MR. MEYERS:  Okay.  So I think that is --

14   strike that.

12:40:54 15           Before we do that, let's have this marked

16   as Exhibit 24.

17           (Whereupon, Defendants' Exhibit 24 was

18   marked for identification by the Certified Shorthand

19   Reporter, a copy of which is attached hereto.)

12:41:16 20   BY MR. MEYERS:

21      Q      Can you tell me if you recognize this

22   letter?

23      A      Yes.

24      Q      And what do you recognize it to be?

12:42:03 25      A      This was a letter she sent me after she

117

1   sent this one, Exhibit 23.

2       Q    Okay.  And it looks like Exhibit 24 is

3   saying that they still have not received the

4   information requested in Exhibit 23.

12:42:21  5       Was that your understanding?

6       A    Correct.

7       Q    Okay.  And, again, at some point

8   thereafter, you did give Dr. Opoku the form and he

9   gave you an evaluation --

12:42:32 10       A    Yes.

11      Q    -- at some point during this time?

12      A    Uh-huh.

13          MR. MEYERS:  Okay.  And now we'll get to

14  Exhibit 25.

12:42:39 15          (Whereupon, Defendants' Exhibit 25 was

16  marked for identification by the Certified Shorthand

17  Reporter, a copy of which is attached hereto.)

18  BY MR. MEYERS:

19      Q    Can you please take a look through this and

12:43:11 20  tell me if you recognize it?

21      A    I recognize it.

22      Q    And what do you recognize this to be?

23      A    This is the accommodation request that

24  Bright Horizons was requesting.

12:43:22 25      Q    Okay.  And is this --

118

```
 1              As far as you know, Dr. Opoku filled this
 2   out?
 3        A    Yes, he did.
 4        Q    About halfway down the first page it
 5   indicates that the -- where it says, "how long will
 6   the limitation last," it indicates, "Unknown.
 7   Patient has restrictions for 45 days, then she will
 8   be reevaluated."
 9              Do you see that?
10        A    Right here, yes.
11        Q    Is that something that Dr. Opoku
12   specifically discussed with you in this particular
13   visit in terms of how long these restrictions would
14   last, do you recall?
15        A    I don't recall.
16        Q    The various restrictions that are lifted --
17   listed in here in terms of lifting and bending and
18   prolonged standing and so forth, did he discuss
19   those with you specifically or, again, was it just
20   he was -- he was reading you questions from the
21   form?
22        A    He was discussing it with me.
23        Q    Okay.  And other than what's written on the
24   form, do you remember specifically what you and he
25   talked about?
```

12:43:38 5
12:43:51 10
12:44:04 15
12:44:20 20
12:44:31 25

Exhibit U

1          A      I don't remember.

2          Q      Do you know --

3                 Are you aware at this time of whether there

4     were any jobs that you could have performed at

5     Bright Horizons with these restrictions?

6          A      I wasn't aware.

7                 MR. MEYERS:  Okay.  We've been going for a

8     while.  Why don't we take a break.

9                 THE VIDEOGRAPHER:  The time is 12:45 and we

10    are going off the record.

11                (Off the record at 12:45 p.m.  Back on the

12    record at 12:45 p.m.)

13                THE VIDEOGRAPHER:  The time is 12:45 and

14    we're back on the record.

15                MR. MEYERS:  We've just agreed that it

16    appears Ms. Lopez is doing just fine with

17    understanding and responding to questions and that

18    we no longer need our interpreter to stand by.  Is

19    that agreed?

20                MS. LOPEZ:  You mean Ms. Romero.

21                MR. MEYERS:  I'm sorry.  Ms. Romero.

22                MS. LOPEZ:  Because I'm doing fine.

23                MR. MEYERS:  I'm sorry.

24                MS. LOPEZ:  Yes.  Agreed.

25                MR. MEYERS:  Okay.  Thank you.

120

1    sort of money you received from any source after

2    leaving Bright Horizons.

3        A    Well, there's my IRS refund.

4        Q    Okay.

02:08:08    5        A    And my workers' comp case that was settled.

6        Q    Okay.  Any other sources you can recall?

7        A    I don't recall any other.

8        Q    Do you have any recollection of how much

9    your workers' comp case settled for?

02:08:33   10        A    It was settled for, I think it was, 60

11    something.

12            THE COURT REPORTER:  60, six zero?

13            THE WITNESS:  60, 60 something, 60 plus, no

14    more than 70, I think.

02:08:49   15    BY MR. MEYERS:

16        Q    And are you referring to thousand?

17        A    Excuse me?

18        Q    Thousand?  60- to 70,000?

19        A    Right.  Yes.

02:09:06   20        Q    How did you find out that you were going to

21    be terminated from Bright Horizons?

22        A    How did I find out?  I received a letter.

23        Q    And what did the letter say?

24        A    It said that my leave of absence had

02:09:39   25    expired and that I had limitations in which they

138

```
 1    could not accommodate.
 2            MR. MEYERS:  I'll have this marked as
 3    Exhibit 27.
 4            (Whereupon, Defendants' Exhibit 27 was
02:10:18  5    marked for identification by the Certified Shorthand
 6    Reporter, a copy of which is attached hereto.)
 7    BY MR. MEYERS:
 8        Q    Can you please take a look at this and tell
 9    me if you recognize it?
02:10:27 10        A    I do recognize it.
11        Q    What do you recognize it to be?
12        A    That's the letter I received.
13        Q    Okay.  So this is the letter you were just
14    telling me about?
02:10:36 15        A    Uh-huh.
16        Q    Do you recall --
17            The letter is dated April 15th, 2013.  Do
18    you recall approximately when you actually received
19    it?
02:10:46 20        A    I received it like approximately like a
21    week after.
22        Q    Okay.  And did you contact either Hawani or
23    anyone else at Bright Horizons after you received
24    the letter?
02:11:02 25        A    After I received it?
```

HAHN & BOWERSOCK 800-660-3187 FAX 714-662-1398
151 KALMUS DRIVE, SUITE L1 COSTA MESA, CA 92626

78                                                    Exhibit U

1    Q    Yes.

2    A    No, I didn't.

3    Q    Do you have any idea who at Bright Horizons

4    made the decision to terminate you, do you know?

02:11:32  5    A    I don't know.

6    Q    Do you believe that anyone at

7    Bright Horizons discriminated against you or treated

8    you unfairly because of your medical issues?

9         MS. LOPEZ:  Objection.  Vague and

02:12:05  10    ambiguous, calls for a legal contention, compound.

11         THE WITNESS:  Yes, I do.

12    BY MR. MEYERS:

13    Q    And who do you believe did?

14    A    Who?

02:12:17  15    Q    Yes.

16    A    Who do I think discriminated me --

17    Q    Yes.

18    A    -- against me?

19         Well, the company.

02:12:28  20    Q    But any -- any specific individuals?

21    A    Well, because the letter was signed by

22    Hawani, I would say Hawani, my director.

23    Q    And how do you believe that either Hawani

24    or the company discriminated against you?

02:12:43  25    A    How do I -- how do I believe it?

140

1    Q    Yes.

2    A    Well, they treat me differently because I

3  had a condition.

4    Q    How did they treat you differently?

02:12:55   5    A    They didn't find options.  I mean, I was

6  expecting for them to call me to the office and give

7  me some options on what to do next.

8    Q    So you were waiting for them to contact you

9  about that?

02:13:12  10    A    Right.

11         MS. LOPEZ:  Objection.  Misstates the

12  witness's testimony.

13  BY MR. MEYERS:

14    Q    Any other reasons that you believe either

02:13:20  15  the company or Hawani discriminated against you?

16    A    Like I said, I had a condition, limitations

17  that I think they could accommodate if they wanted

18  to, but they chose not to do it.

19    Q    Okay.  Any other reasons?

02:13:40  20    A    Not that I think of at the moment.

21    Q    Do you have any understanding, apart from

22  what your attorneys have told you, of what punitive

23  damages are?  Do you know that term?

24    A    I don't know that term.

02:13:54  25    Q    Okay.  Do you know what it means for

Exhibit U

1    someone to act maliciously?  Have you heard that

2    word before?

3         A    No.

4         Q    Okay.  What about -- what about if I said

02:14:10  5    somebody went out of their way, did everything they

6    could to try to cause harm to you, do you think that

7    anybody at Bright Horizons did that with you?

8         A    I don't want to say yes or no because I

9    don't know.

02:14:27 10         MR. MEYERS:  Okay.  I'm going to have the

11    next document marked as Exhibit 28.

12         (Whereupon, Defendants' Exhibit 28 was

13    marked for identification by the Certified Shorthand

14    Reporter, a copy of which is attached hereto.)

02:14:34 15    BY MR. MEYERS:

16         Q    Can you take a minute to look through that,

17    please?

18         A    Yes.

19         Q    Do you recognize this document?

02:15:52 20         A    I believe this is the document that I

21    needed to fill out online.

22         Q    Okay.  Do you recall if you did that or if

23    your attorneys did that, do you know?

24         A    I remember this, the second page --

02:16:06 25         Q    Yes.

142

1        A      -- where it says, "Statement of Facts" --

2        Q      Yes.

3        A      -- I did it myself.

4        Q      Okay.  So what's listed her under

02:16:14  5   "Statement of Facts" on Page 2 is something that you

6    did online; is that right?

7        A      Yes.

8        Q      You mentioned that Melissa Aupperlee, whose

9    name has come up a few times, you think she was in

02:17:07 10   HR for the company?

11       A      That's my understanding.

12       Q      Okay.  Before you went out on this medical

13   leave, had you ever dealt with HR before?  Had you

14   ever had any reason to deal with HR before?

02:17:20 15       A      No.  Not directly, no.

16       Q      Did you know how to contact HR if you

17   needed to?  Would you have known how to get that

18   information?

19       A      Well, I never -- I never did, but there's a

02:17:33 20   phone number on the letter that I could contact.

21       Q      Okay.  Do you recall approximately when

22   your workers' comp case settled or at least when you

23   found out it had settled?

24       A      If I remember when it was settled?

02:17:55 25       Q      Yes.

143

```
1               CERTIFICATION OF COURT REPORTER

2                        FEDERAL JURAT

3

4          I, the undersigned, a Certified Shorthand

5   Reporter of the State of California do hereby

6   certify:

7          That the foregoing proceedings were taken

8   before me at the time and place herein set forth;

9   that any witnesses in the foregoing proceedings,

10  prior to testifying, were placed under oath; that a

11  verbatim record of the proceedings was made by me

12  using machine shorthand which was thereafter

13  transcribed under my direction; further, that the

14  foregoing is an accurate transcription thereof.

15         That before completion of the deposition,

16  a review of the transcript was requested.

17         I further certify that I am neither

18  financially interested in the action nor a relative

19  or employee of any attorney of any of the parties.

20         IN WITNESS WHEREOF, I have this date

21  subscribed my name

22

23              Dated:  September 28, 2015

24              Certificate Number 6942

25
```

146



UNITED STATES

# Employee Handbook

Bright Horizons

EXHIBIT

2

PENGAD 800-631-6989

BH000007

Exhibit U

## Acknowledgment Statement

I have received the Bright Horizons® Employee Handbook and any location-specific policies, if applicable. I understand and agree that it is my responsibility to read and familiarize myself with the provisions of the Bright Horizons Employee Handbook. Also, I understand that this handbook reflects company-wide policies and that supplemental location-specific policies may apply. I acknowledge that I have received all applicable location-specific policies and agree to follow them.

In the event I leave the company with a negative sick and/or vacation time balance, I understand I will be required to repay any outstanding balance. The outstanding balance will be deducted from my final paycheck, unless superseded by state wage and hour regulations.

I agree that I will not disclose any confidential information concerning either the company's proprietary information or any of its clients' either during my employment or for one year after leaving the company. Disclosure of this confidential information is a serious matter and may result in discipline up to and including termination, or other legal remedies.

Also, I understand that the Employee Handbook is designed to be a guide to employee conduct — it is not to be considered a contract either expressed or implied — and that my employment is at-will. As a result, my employment with the company can be terminated by the company or by me at any time and for any reason, with or without cause, and with or without notice. Moreover, Bright Horizons may amend these policies, except for the employment-at-will status, without notice.

**(Please complete the adjacent page, detach, and return it to your supervisor. Retain this page for your records.)**

## Acknowledgment Statement

I have received the Bright Horizons® Employee Handbook and any location-specific policies, if applicable. I understand and agree that it is my responsibility to read and familiarize myself with the provisions of the Bright Horizons Employee Handbook. Also, I understand that this handbook reflects company-wide policies and that supplemental location-specific policies may apply. I acknowledge that I have received all applicable location-specific policies and agree to follow them.

In the event I leave the company with a negative sick and/or vacation time balance, I understand I will be required to repay any outstanding balance. The outstanding balance will be deducted from my final paycheck, unless superseded by state wage and hour regulations.

I agree that I will not disclose any confidential information concerning either the company's proprietary information or any of its clients' either during my employment or for one year after leaving the company. Disclosure of this confidential information is a serious matter and may result in discipline up to and including termination, or other legal remedies.

Also, I understand that the Employee Handbook is designed to be a guide to employee conduct — it is not to be considered a contract either expressed or implied — and that my employment is at-will. As a result, my employment with the company can be terminated by the company or by me at any time and for any reason, with or without cause, and with or without notice. Moreover, Bright Horizons may amend these policies, except for the employment-at-will status, without notice.

_____

Employee Name (please print)

_____

Employee Signature

_____

Date

**Bright Horizons**
FAMILY SOLUTIONS®

BH000008

Exhibit U





# Welcome to Our Family

We are proud to have you join our family and mission to provide the highest-quality care and education services to children and working families. Our reputation for excellence is built by each member of our family every day doing their very best to delight those we serve. We hope you find satisfaction in your work, take pride in being part of an organization committed to the highest quality, and experience the joy and fun of working together to create great work environments.

It is our goal to create an environment that recognizes each employee's unique contributions and fosters growth and development — a place where you feel appreciated and listened to. We value input from our colleagues and are all responsible for creating an atmosphere of honesty and trust by openly communicating with one another. We are counted on by those we serve, and while it may not always be easy work, it is always rewarding.

This handbook will help to familiarize you with Bright Horizons' philosophy of service, acquaint you with our policies, and help you navigate the company so you know where to turn with questions, ideas, or concerns. After you read your handbook, please feel free to discuss it with your supervisor.

Together, we make Bright Horizons a leader in our field; we work to create a company where employees' ideas and differences are welcomed and where they can thrive and grow. We are committed to making an impact on those we serve and in the communities where we live and work, and to building strong partnerships with our clients. We strive to meet the highest standards of personal and professional conduct in all we do as collectively we build the Bright Horizons standard for excellence. We hope that you will find joy and pride in your work each day as part of the Bright Horizons family.

Sincerely,

David Lissy
Chief Executive Officer

Mary Ann Tocio
President  and Chief Operating Officer

BH000009

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 2





# Mission Statement

The Bright Horizons mission is to provide innovative solutions that help children, families, employees, and employers work together to be their very best. We are committed to providing the highest-quality child care, education, and work/life solutions in the world.

**WE STRIVE TO:**

Nurture each child's unique qualities and potential

Support families through strong partnerships

Collaborate with employers to promote employee well-being

Create a work environment that encourages professionalism, growth, and diversity

Grow a financially strong organization

We aspire to do this so successfully that we make a difference in the lives of those we serve.

BH000010

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 3

# Table of Contents

Joining Bright Horizons . . . . . . .1
Introduction . . . . . . . . . . . . . . . . . . . . . .2
Handbook Guidelines . . . . . . . . . . . . . .2
As Things Change . . . . . . . . . . . . . . . . . .2
At-Will Employment . . . . . . . . . . . . . . .2

Our Environment . . . . . . . . . .3
HEART Principles . . . . . . . . . . . . . . . . . .4
Code of Conduct and
Business Ethics . . . . . . . . . . . . . . . . . . .5
Community Involvement . . . . . . . . . . . .6
Supporting Well-Being . . . . . . . . . . . . .7
4Ps . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
Growth and Learning Process . . . . . . . . .8
Better Together . . . . . . . . . . . . . . . . . . .9
Commitment to Inclusion . . . . . . . . . . .9
Equal Employment Opportunity . . . . . .10
Accommodations for
Equal Opportunity . . . . . . . . . . . . . . . .10
Our Work Environment . . . . . . . . . . . . .11
Workplace Violence Prevention . . . . . .12
Drug-Free Workplace . . . . . . . . . . . . . .12
Complaint Resolution . . . . . . . . . . . . .13

Getting Started . . . . . . . . . .14
Record Checking . . . . . . . . . . . . . . . . .15
Hire Date . . . . . . . . . . . . . . . . . . . . . . .15
Initial Employment Period . . . . . . . . . .15
Orientation and Training . . . . . . . . . . .15
Job Description . . . . . . . . . . . . . . . . . .16
Employee Status . . . . . . . . . . . . . . . . .16
Benefit Eligibility . . . . . . . . . . . . . . . . .16
Outside Employment . . . . . . . . . . . . . .17
Personnel Records . . . . . . . . . . . . . . . .17
Career Development . . . . . . . . . . . . . . .17
Job Opportunities . . . . . . . . . . . . . . . .17

General Policies . . . . . . . . . .19
Attendance – Maintaining
Consistency of Care . . . . . . . . . . . . . .20
Daily Schedule . . . . . . . . . . . . . . . . . .21

Breaks . . . . . . . . . . . . . . . . . . . . . . .21
Confidentiality . . . . . . . . . . . . . . . . . .22
Custody Issues . . . . . . . . . . . . . . . . .22
Disclosure of Information . . . . . . . . . .23
Electronic Communication . . . . . . . . .23
Telephone and Electronic Devices . . .23
Photography . . . . . . . . . . . . . . . . . . . .24
Social Networking . . . . . . . . . . . . . . .24
Information Security . . . . . . . . . . . . . .25
Professional Appearance . . . . . . . . . .25
No Solicitation . . . . . . . . . . . . . . . . . .25
Open-Door Policy . . . . . . . . . . . . . . . .26
Company Travel . . . . . . . . . . . . . . . . .26
Emergency Conditions . . . . . . . . . . . .26
Research . . . . . . . . . . . . . . . . . . . . . . .27
Visitors . . . . . . . . . . . . . . . . . . . . . . . .27
Interns . . . . . . . . . . . . . . . . . . . . . . . .28

About Your Pay . . . . . . . . .29
Pay Procedures . . . . . . . . . . . . . . . . .30
Salary Classifications . . . . . . . . . . . . .30
Time Records . . . . . . . . . . . . . . . . . . .31
Job Performance Appraisal . . . . . . . . .32
Training Pay . . . . . . . . . . . . . . . . . . . .33
Travel Time . . . . . . . . . . . . . . . . . . . . .34

Expectations and
Accountability . . . . . . . . .35
Positive Guidance . . . . . . . . . . . . . . .36
Job Performance . . . . . . . . . . . . . . . .36
Mandated Reporting . . . . . . . . . . . . . .37
Progressive Counseling . . . . . . . . . . .38
Disciplinary Action . . . . . . . . . . . . . . .38
Communication . . . . . . . . . . . . . . . . .40
Nepotism . . . . . . . . . . . . . . . . . . . . . .40
Conflict of Interest . . . . . . . . . . . . . . .40
Babysitting . . . . . . . . . . . . . . . . . . . . .40
Administrative Leave . . . . . . . . . . . . .41
Leaving the Company . . . . . . . . . . . . .41
Final Pay/Return of Property . . . . . . . .41
Insurance Termination . . . . . . . . . . . .42

iii

BH000011

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 4

Exit Interview Process .........42
Employment References .........42

## Your Health and Safety ..........43

Commitment to Safety ..........44
Safety Responsibilities ..........45
Personal Property ..............45
Hazardous Items ..............45
Health Appraisals ..............45
Serious Disease Notification .....46
Smoking .....................46
Universal Precautions .........46
Hepatitis B Vaccine ............46
First Aid/CPR Training ..........47
Emergency Preparedness .......47

## Time Away from Work ............48

Time-Off Requests ............49
Paid Time Off ................49
Holidays .....................49
Jury Duty ....................50
Voting ......................50
Family and Volunteer Leave ......51
Bereavement Leave ............51
Leave of Absence ............51
Requesting a Leave of Absence ..52
Types of Leave of Absence .......53
Breastfeeding Period ...........60
Workers' Compensation ........61



iv

BH000012

Exhibit U

# Joining
# Bright Horizons

Introduction
Handbook Guidelines
As Things Change
At-Will Employment

BH000013

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 2



## Handbook Guidelines

The policies, benefits, and operating procedures in this handbook are not intended to create or be construed to create any contract, agreement, or legally-binding obligation between the company and you. The highlights of benefits contained in this handbook are not intended to take the place of more detailed benefit plan documents and the plan documents will supersede the handbook.

## As Things Change

The company may, at any time, without having to consult anyone and without anyone's agreement, change, suspend, or discontinue any or all such handbook policies, benefits, or procedures (except the company's at-will employment policy), in whole or in part, with or without notice, and shall make all final decisions as to their meaning and application. Authority for establishing new or revised procedures rests with the company. From time to time, revised handbooks may be issued.

## At-Will Employment

All employees of the company are employed "at-will." As a result, either you or the company may terminate your employment at any time, for any reason, with or without cause.

## Introduction

Bright Horizons' Employee Handbook is designed to acquaint you with the company and provide you with information about our work environment, the benefits you enjoy, and our policies and procedures. You are encouraged to familiarize yourself with each of the policies in the Employee Handbook. These policies are designed as guidelines for employees and will answer many of the questions you may have concerning working at Bright Horizons. You may also receive copies of location-specific policies that apply where you work. These policies supplement, and may supersede, those covered in the Employee Handbook.

Bright Horizons' personnel policies cannot anticipate every situation you may encounter, or answer every question about your employment at the company. As a result, your best source of information concerning your employment with Bright Horizons is your supervisor and the company's human resources team. If you have questions, please discuss them with your supervisor, and you may always feel free to contact the human resources team at 800-324-4386.

2       Joining Bright Horizons

BH000014

Exhibit U

# Our Environment

HEART Principles

Code of Conduct and
Business Ethics

Community Involvement

Supporting Well-Being

4Ps

Growth and Learning Process

Better Together

Commitment to Inclusion

Equal Employment Opportunity

Accommodations for
Equal Opportunity

Our Work Environment

Workplace Violence Prevention

Drug-Free Workplace

Complaint Resolution

BH000015

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 4



Honesty   Excellence   Accountability   Respect   Teamwork

# HEART
## Principles

- Communication is at the heart of all we do. We are engaged in the moment, giving each employee, child, family, colleague, and client our full attention.

- We give explanations, not orders. As we lead and inspire, we use every opportunity to teach, not just tell.

- We value input from our colleagues. We are interested in and respect the opinions of those with whom we work — we want to know what others think.

- We celebrate diversity and inclusion in our community. We strengthen our organization by respecting individuality, embracing diversity, and never allowing acts of non-acceptance.

- We create an atmosphere of honesty and trust by openly communicating with one another. We resolve our conflicts within the Bright Horizons family. When we are upset with an individual we do not complain to others; we have the courage to speak to the subject of our concern.

- We are accountable for our actions. We admit and learn from our mistakes; we do not dwell on them.

- As leaders in our field, we are committed to continuous learning and improvement. We challenge ourselves to ask questions, seek solutions, and embrace new ideas.

- We are problem solvers, not problem dodgers. Whoever receives a question or concern owns it until it is resolved. When the dirty diaper hits the fan, some people run for cover; we break out the cleaning supplies.

- We ask the question, "Why not?" before we say "no" to employees, families, and clients, with the understanding that an unconditional "yes" is not always the appropriate answer.

- Our clients, colleagues, and the families we serve count on us. We listen to their needs and concerns and then respond with a sense of urgency.

- "Quality" is a description we earn and maintain every day by attending carefully to the small tasks. Quality carries through to how we perform, how we present ourselves, how we maintain our facilities, and how we rally together as a team to respond to new challenges.

  - We cannot afford to develop solutions that cause us to be profitable at the expense of quality, nor can we afford to have quality at the expense of profit. Profit is our oxygen line, a life-giving element without which we could not continue to fulfil our mission.

  - Growth is our security. To sustain our growth, people must also grow professionally. We embrace new ideas and are committed to developing our future leaders.

  - We recognize each other's efforts in achieving our goals and find ways to celebrate our successes. We consider each other's contributions, time, and feelings by acknowledging each other and saying, "thank you."

- We are doing serious and important work. We take pride in what we do, and we must never lose sight of the joy and fun in our work.



THE BRIGHT HORIZONS MISSION IS TO PROVIDE INNOVATIVE SOLUTIONS THAT HELP CHILDREN, FAMILIES, EMPLOYERS, AND EMPLOYEES WORK TOGETHER TO BE THEIR VERY BEST. EACH ONE OF US HAS AN IMPORTANT ROLE TO PLAY IN FULFILLING THAT MISSION. WE CARE PASSIONATELY ABOUT WHAT WE DO AND WE ARE COMMITTED TO BUILDING AN ORGANIZATION THAT WILL MAKE A DIFFERENCE FOR GENERATIONS TO COME. MANY WILL COME AFTER US TO COMPLETE THE WORK. WE HAVE BEGUN. OUR HEART PRINCIPLES ARE A GUIDE TO HELP US SUPPORT ONE ANOTHER AND REFLECT THE SPIRIT OF OUR COMPANY IN THE IMPORTANT WORK THAT WE DO EACH DAY.



**Bright Horizons**
FAMILY SOLUTIONS

BH000016

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 7



Throughout our entire organization, we believe in the value of service. We encourage you to become involved in your community, and we welcome any suggestions you may have for how we can make a difference. Currently, the Foundation has several national programs that have been established to improve our communities:

### Bright Spaces®

The Bright Horizons Foundation for Children's signature program, Bright Spaces, establishes play areas in which employees of Bright Horizons join with local homeless shelters and community agencies to create warm, enriching environments that give children and families in crisis a place to play, learn, and have fun. Client partners often participate in this program to improve the communities where we live and work.

### Gleason Grants

Bright Horizons employees who volunteer at least 40 hours a year with a qualified nonprofit organization may apply for an operating grant for the agency.

### Founders' Grants

Qualified nonprofit organizations that serve children and have Bright Horizons employee involvement are eligible for operating grants.

### Community Service Grants

Each year at our Awards of Excellence recognition celebration, employees who greatly impact their communities are honored with a Community Service Award. Each award-winner can then designate a Community Service Grant made in their name to the charity of their choice.

### Community Champions

We are committed to volunteering. Outstanding volunteers are recognized as Community Champions and receive a special plaque honoring their commitment to helping others.

### Annual Information and Giving Campaign

Each year, Bright Horizons employees receive information about the Foundation and are invited to become involved in its work for children.

For more information at any time during the year, visit our website at www.brighthorizonsfoundation.org or call the Foundation office at 615-256-9915 x1828.

## Supporting Well-Being

All of us at Bright Horizons are committed to creating environments that allow you to bring your whole self to work each day. We deeply value our people and recognize the importance of fulfilling life outside of work. We believe in your well-being and encourage you to utilize the many programs and resources available on BrightWeb through the Well-Being area. We respect our employees and endeavor to support your individuality while providing the tools and resources that enable everyone to fully contribute to the Bright Horizons family.



*Our Environment*      7



BH000019

**Exhibit U**



# 4Ps

People, Partnerships, Performance and Programs/Position define the vital areas of performance that are critical to Bright Horizons' success as an organization. By defining performance in the 4P areas, we can align our efforts to contribute to our company mission and support our continued growth. Every member of the Bright Horizons family has responsibilities in each area:

- **People (HEART)**
  Living the HEART Principles, verbal and written communication, team relationships, professionalism, supervision, and leadership

- **Partnerships (World-Class)**
  Internal/external customer service, responsiveness, and flexibility

- **Performance (Financial/Growth)**
  Budget management, purchasing procedures, enrollment, and branding

- **Programs/Position**
  Core job function, providing safe, quality care, overall job performance, time management, and technology



*Our Environment*

# Growth and Learning Process

The Growth and Learning Process (GLP) is a roadmap to support growth and learning in your current job and to prepare you for potential future roles at Bright Horizons. Our process includes goal setting, performance feedback, and career planning. This comprehensive growth and learning process assesses your performance against goals and supports you in developing skills and behaviors that you need to make your unique contribution to the overall success of our organization. The GLP, like our educational programs for children, is individualized to help each one of us embrace appropriate learning objectives and link our individual efforts to company goals in each of the 4P areas.

**Goal Setting: What is expected?**
Identifies goals for performance and skill development in each of the 4P areas; states what will be accomplished. Goals are linked to program, department, or company goals, your job description or to learning objectives. Goals are SMART -- Specific, Measurable, Attainable, Realistic, and Timed.

**Performance Feedback: How am I Doing in My Role?**
Reviews what and how the work is accomplished in each of the 4P areas. Individual performance is measured against goals and an assessment is done of key skills and behaviors identified for success in your position at Bright Horizons. Performance feedback is given in a formal way at the annual Job Performance Appraisal (JPA). This may include feedback gathered from team leaders or colleagues with whom you work.

**Career Planning: Matching Organizational Needs to Career Goals**
Supervisors and employees are encouraged to discuss career plans throughout the year, including at the time of the annual JPA. Career planning may include lateral moves or transfers to different programs or departments.  Each year we conduct a comprehensive review, called the 9-Block process, to identify the future needs of the organization and plan for individual development and growth of leaders who can confidently manage across all 4Ps. The results are recorded on our company Future's List.



BH000020

**Exhibit U**

2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 9

# Better Together

Achieving excellence in care and education services depends on open communication and strong partnerships among employees, leaders, customers, and clients, based on mutual respect and a shared commitment to children and families. This partnership is nurtured and sustained through collaboration, communication, and joint problem solving.

Better Together is a program that encourages members of the Bright Horizons family to contribute to making their work environment a great place to work. Each group consists of volunteer members who form a team that contributes to creating a positive work environment by addressing challenges, engaging colleagues through programs or projects, and planning special events. In addition, these teams bring our HEART Principles to life by building pride in what we do and encouraging joy and fun in our work.

**What is the purpose of Better Together?**

**Partnership -** Better Together helps to develop partnerships where we can join together to become better problem solvers. Together, we can create an inclusive environment where everyone's ideas are valued and where information is shared.



**Recognition -** Every day, we strive to recognize those individuals who make a difference in the lives of children, families, customers, and their colleagues. Better Together helps us celebrate one another, build a culture that recognizes individual and team efforts, and encourage respect for every Bright Horizons employee.

**Leadership -** Employees develop as leaders by taking initiative, listening to their colleagues' input, and joining with their leadership teams to address concerns and make positive changes. Together, we keep the organization moving in the right direction and strive to constantly improve.

**Sharing Best Practices -** Better Together groups help to recognize and communicate the wonderful and creative

ideas that are being developed every day throughout Bright Horizons. By focusing on innovation and celebrating what is working well, we are constantly moving in a positive direction.

# Commitment to Inclusion

The Bright Horizons community is a vibrant tapestry made of children, families, and employees who represent many different cultures, backgrounds, and experiences. We strive to create a culture that values and includes every individual and celebrates unique differences. Our commitment to inclusion is fundamental to supporting the success of our company, so that we may understand and respond to the challenges of our clients, the needs of the families whom we serve, and the evolving goals of our employees.

We commit to:

- Act deliberately to embrace diversity at all levels of the organization and encourage inclusion and respect by providing continuing diversity education and ongoing support to our employees.

- Celebrate and value all people by expanding our understanding of diversity to include all races, cultures, religions, abilities, sexual orientations, ages, family structures, genders, ethnicities, economic status, gender identity or expression, and appearance.

- Help our clients around the world — who have increasingly diverse workforces — achieve their business objectives and have our locations honor the diversity of those we serve.

*Our Environment*   9

BH000021

Exhibit U



# Equal Employment Opportunity

Bright Horizons has an overall objective to help create a work environment where differences are encouraged and valued. We are a diverse family serving diverse families. We aim to develop a shared understanding and a common approach that enables Bright Horizons to succeed. We create an environment of honesty and respect as we work to achieve workplace excellence.

It is the policy of Bright Horizons to:

- Recruit, hire, and promote in all job classifications without regard to race, color, religion, gender, national origin, age, sexual orientation, gender identity or expression, disability, veteran status, or any other category protected by local, state, or federal government in all aspects of employment.

- Base all employment decisions on furthering the principle of equal employment opportunity.

- Be certain that promotion decisions are in accordance with the principles of equal employment opportunity by imposing only valid requirements for promotional opportunities.

- Be certain that all other personnel actions, including compensation, benefits, transfers, layoffs, return from layoffs, company-sponsored training, education, tuition assistance, and social and recreational programs will be administered without regard to race, color, religion, gender, national origin, age, sexual orientation, gender identity or expression, disability, genetic disposition, veteran status, or any other category protected by local, state, or federal government.

- Conduct analysis of personnel actions annually to ensure that the policy of equal opportunity is being carried out.

Bright Horizons is committed to taking affirmative action to increase the representation of all protected groups in all areas of its workforce when they are underrepresented. In affirming this policy, Bright Horizons pledges its continued support of equal employment opportunity. The federal labor law poster titled "Equal Opportunity is the Law" is displayed at all Bright Horizons locations. Each year, Bright Horizons prepares affirmative action plans to meet federal contract requirements. A copy of the plan is available at each participating establishment and at the home office in Watertown.

# Accommodations for Equal Opportunity

Bright Horizons provides equal employment opportunities to qualified individuals with a disability by making reasonable accommodations. Accommodations are considered reasonable if they do not pose undue hardship on the operations of the company. Qualified applicants or employees with a disability must be able to perform the essential functions of the job, with or without reasonable accommodation. Such accommodation may include, but is not limited to, a leave of absence as further explained in the leave of absence section of this handbook.

If you would like to request an accommodation in order to fulfill your essential job functions, please inform your supervisor. Your supervisor will work collaboratively with you and, if necessary, your physician to assess the current job responsibilities and any reasonable accommodations you may request to perform the essential functions of the position.



10   Our Environment



BH000022

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 11

# Our Work Environment

Bright Horizons is committed to providing a work environment free of unlawful harassment and discrimination. Bright Horizons' policy prohibits sexual harassment and harassment or discrimination on the basis of race, gender, religious creed, color, national origin or ancestry, age, physical or mental disability, medical condition, marital status, gender identity or expression, and sexual orientation, or any other basis protected by federal, state, or local law or ordinance or regulation. Bright Horizons' equal employment opportunity and harassment policies apply to all persons involved in the operation of the company, including supervisors and employees. Company policy also prohibits discrimination or unlawful harassment as provided in our policy of employees by contractors or customers of Bright Horizons.

### Definition

Prohibited harassment includes, but is not limited to, harassment because of race, gender, national origin or ancestry, color, religion, physical or mental disability, medical condition, marital status, age, sexual orientation, gender identity or expression, or any other protected basis.

Sex harassment, which includes sexual harassment, gender harassment, and harassment based on pregnancy, childbirth, or related medical conditions, may also include the following:

- Sexual innuendos, suggestive comments, jokes of a sexual nature, propositions, threats

- Sexually suggestive objects or pictures, graphic commentaries, suggestive or insulting sounds, staring, leering, whistling, obscene gestures

- Unwanted physical contact, including touching, pinching, brushing, accosting, or impeding someone's physical movement or progress

- Repeated requests for a date, telephone calls, letters, or messages which are unwelcome or intimidating in nature

- Discussion of sexual activities or inquiries into one's sexual experiences

### Complaint Process

If you believe you have been subjected to discrimination or harassment, or have witnessed it, you should report these acts immediately, verbally or in writing, to a supervisor, human resources manager, or to the vice president of human resources. Your complaint should include details of the incident or incidents, names of the individuals involved, and names of any witnesses. We take these reports very seriously, and an investigation will result in all cases.

### Disciplinary Action

If a violation of our policy is substantiated, appropriate discipline will be imposed, up to and including termination of employment.

### Retaliation

Both the law and Bright Horizons forbid retaliation against any individual who makes a complaint or participates in an investigation.

Bright Horizons encourages you to report any incidents of discrimination or harassment immediately so that complaints can be quickly and fairly resolved. You are encouraged to promptly report any incidents to your supervisor, your human resources manager, or the vice president of human resources at Bright Horizons, 200 Talcott Avenue South, Watertown, MA 02472, or at 800-324-4386. You may also file a complaint with the Federal Equal Employment Opportunity Commission (EEOC), or your local civil rights organization. These organizations investigate and prosecute complaints of prohibited discrimination and harassment in employment, including sexual harassment. Complaints may be filed with either the EEOC or the state agency. The telephone number for the EEOC in Washington, DC is 202-663-4900, TTY 202-663-4494, and is located at 1801 L Street, NW, Washington, DC 20501. You can be automatically connected to your nearest field office by calling: 800-669-4000, TTY 800-669-6820.

Bright Horizons completely prohibits any conduct constituting harassment. Any individual who makes unwelcome advances, threatens, or in any way harasses a Bright Horizons employee may be held personally liable for such actions and their consequences.

*Our Environment* 11



BH000023

Exhibit U



# Workplace Violence Prevention

Bright Horizons strives to maintain a safe and supportive workplace that fosters the health and growth of its employees, families, and clients. We do not tolerate violent acts, threats (direct or implied), verbal or physical abuse, stalking, intimidation, or any other behavior that interferes with providing a safe and caring environment for children or employees. In support of this commitment, we have established this policy with the goal of:

- Providing a safe and healthy work environment, in accordance with company and state licensing safety policies and guidelines.

- Investigating violations and taking prompt remedial action up to and including termination against any employee found to have violated this policy and, if appropriate, notifying law enforcement authorities.

- Taking appropriate action when dealing with customers, former employees, families, or visitors at Bright Horizons facilities who engage in such behavior.

- Prohibiting employees, families, or any other visitors from carrying firearms or other weapons into Bright Horizons premises, facilities, or parking areas, regardless of a valid permit to carry such weapon.

- Establishing viable security measures to secure the safety and security of facilities.

You have a duty to inform your supervisor or security personnel immediately of any possible safety or security threats that you observe. This includes threats or acts of violence, aggressive behavior, acts of intolerance or hatred, and threatening or disrespectful comments or remarks. Employee reports are confidential and will not be shared with others except on a need-to-know basis.

Domestic violence affects the health and safety of many individuals and is a serious workplace issue. Bright Horizons is committed to supporting its employees who are experiencing domestic violence and will not discriminate against them. For the safety of the workplace, if you obtain a protective or restraining order from a court, you must notify your supervisor and provide a copy. In addition, if you are afraid for your safety or feeling unsafe at the workplace or if a protective order has been taken against you for actions that may affect your ability to care for children, immediately notify your supervisor. Bright Horizons will honor employees' confidentiality and only inform others on a need-to-know basis. Help is available 24 hours a day by contacting the National Domestic Violence Hotline at 1-800-799-SAFE (7233).

# Drug-Free Workplace

Bright Horizons is committed to providing family-centered programs and excellent care and education services. In doing so, it is important to provide a safe, productive, and quality-conscious work environment. Consistent with that commitment, Bright Horizons has established a drug- and alcohol-free work environment.

**Pre-employment**
Some locations require a pre-employment drug screen. You must be drug free to be employed by Bright Horizons.

**Drug/Alcohol Screens**
Drug/alcohol screens may be required as necessary to promote the goal of having a work environment free from the illicit use, possession, or distribution of controlled substances or alcohol.



12        Our Environment

BH000024

Exhibit U



### Testing

You are required to be drug and alcohol free when reporting to work and while on company premises (including parking lots and the clients' grounds). If there is "reasonable suspicion" that you may be impaired, using, or have used illegal drugs and/or alcohol you may be requested to immediately submit to testing by a certified testing facility. Failure to submit to a screening test may be grounds for termination.

### Results

Should you require such testing, you may be provided transportation to the testing facility. You will be placed on an unpaid administrative leave until the company receives the screening test results from the drug/alcohol test. Positive test results are grounds for disciplinary action up to and including termination of employment.

### Rehabilitation

If you admit to drug use or test positive, you may be referred to rehabilitation treatment. Bright Horizons will determine, at its sole discretion, if rehabilitation is an option. If you are referred for treatment, you must follow the recommended treatment plan and Bright Horizons may require evidence of compliance with such plan. Failure to comply with the recommended treatment plan will result in immediate termination. Upon completion of the treatment plan, certification of suitability to return to work by a healthcare provider will be required prior to returning to work. Upon returning to work, you may be subject to random drug or alcohol screenings. If, after successful completion of a treatment plan, the outcome of a drug or alcohol screening is positive, you will be immediately terminated.

## Complaint Resolution

Bright Horizons values the important feedback of each individual. In an organization that is continually developing, feedback from our employees has provided the basis for many significant changes. We ask that you share your ideas, suggestions, or concerns directly with your supervisor. In some circumstances, you may wish to raise a concern regarding your employment or practices at your location.

Usually it is most effective to raise these concerns directly with your supervisor; however, if you are not satisfied with the outcome of these discussions, you may follow Bright Horizons' internal complaint-resolution policy by bringing that concern to the next level of management. Should you then feel a need to further pursue a complaint, you may submit a written request to the appropriate supervisor or division vice president, whose decision will be final.

You should feel free to discuss any issue with the human resources team (800-324-4386) at any point in this process. Please understand that your job status will not be adversely affected by utilizing the complaint resolution procedure. At Bright Horizons, our primary concern is to provide child and family centered services. While employees have the right to speak with other people about working conditions, we encourage you to voice your concerns according to our complaint resolution policy. Complaining to families, clients, or customers may cause families, clients, or customers to incorrectly conclude that their child is unsafe or the quality of our services is below standard. Complaints shared with families, clients, or customers that interfere with Bright Horizons' legitimate business interests may result in disciplinary action.

*Our Environment*     13



BH000025

**Exhibit U**

# Getting Started

Record Checking
Hire Date
Initial Employment Period
Orientation and Training
Job Description
Employee Status
Benefit Eligibility
Outside Employment
Personnel Records
Career Development
Job Opportunities

BH000026

Exhibit U



# Record Checking

Bright Horizons is proud of the high-quality care and education services we provide at all our locations, and we employ only those people who meet our standards. To that end, Bright Horizons conducts a background check on all prospective employees to determine suitability for employment.

Bright Horizons requires that all employment offers are contingent on the satisfactory results of the required background check. For our centers and schools, employees must complete the required authorization and release forms and receive satisfactory results from the Bright Horizons background check prior to working with children. Any state licensing regulation or check required by a client contract that exceeds this requirement will supersede it. If you transfer to another Bright Horizons location, you will need to complete a background check at the new location, including both Bright Horizons and state licensing required checks.

Your supervisor is responsible for submitting the necessary request forms and authorization and release documents to complete the Bright Horizons check and any other state and/or federal agency checks that are required. Bright Horizons pays the cost of the Bright Horizons required check. The costs of the state or federal records checks are ordinarily the responsibility of the prospective employee, unless otherwise designated in a location-specific policy.

All offers of employment and continued employment are contingent upon the maintenance of a satisfactory criminal record. Post-employment arrests or convictions for crimes that affect your suitability to care for children or perform your job duties may result in termination of employment. During the course of your employment, it is your responsibility to inform your supervisor of any convictions or arrests on your criminal record as well as any investigations involving child abuse or neglect.

# Hire Date

The first day you report to work is your "official" hire date. Your hire date is used to compute various conditions and benefits described in this handbook.

# Initial Employment Period

If you are a new employee, you will be evaluated at the end of your first three months of employment. The purpose of this review period determines through actual practice:

- If your performance meets the standards for the assigned position.

- If the job meets your needs and expectations.

# Orientation and Training

Bright Horizons values continuing employee education and professional development. In your first few weeks with the company, you will be introduced to our organization and our policies by participating in a new employee orientation program. Your orientation will include online coursework, discussions with your supervisor, and group training. Within the first six months of your employment, you may participate in facilitator-led sessions, including diversity awareness and other orientation programs.

When you join Bright Horizons, you have immediate access to Bright Horizons University — a comprehensive resource of online courses, documents, and webinars available to help you perform your job effectively and develop both professionally and personally.

Bright Horizons provides training programs to support your professional growth. In our centers and schools we also provide special training programs for safety and health procedures that meet state and national regulations. You are strongly encouraged to participate in continuing development opportunities and to provide documentation of this training for your training record. Bright Horizons regularly offers training opportunities, including those to satisfy state requirements.

*Getting Started*                     15



BH000027

Exhibit U



For center and school employees, it is your responsibility to obtain the required training hours established in your state. In addition, in some states Bright Horizons requires training that exceeds the state requirements. If you are required by your supervisor to attend or participate in a course, workshop, meeting, or training program, your time will be considered hours worked and will be paid. Your attendance or participation in voluntary programs is unpaid and will not be considered as time worked, unless the program occurs during your normal working hours. Please refer to our Training Pay Policy for more information.

## Job Description

A job description is written for each position at Bright Horizons. During the hiring and orientation process, you will receive a copy of your job description detailing the job requirements and physical demands of your position.

You are expected to familiarize yourself with the requirements of your position and to meet the performance guidelines outlined in the job description. If you have any questions regarding these requirements or desire any reasonable accommodation to meet the essential requirements of your position, please inform your supervisor.

## Employee Status

### Full-Time
If you work a regular schedule of 30 or more hours each week, you are considered a full-time employee. All full-time employees are eligible to participate in Bright Horizons' benefit program according to the provisions of the plan.

If your status changes from full-time to part-time, you will be paid out for any unused, accrued vacation time. You will forfeit any unused accrued sick time. In the event that you have a negative vacation and/or sick balance, it will be deducted from your check. All full-time benefits end on the last day of full-time employment.

### Part-Time
If you are scheduled to work less than 30 hours per week on a consistent basis, you are considered a part-time employee. If you are a part-time employee scheduled to work more than 20 hours per week, you may be eligible to participate in the part-time benefit program according to the provisions of the plan.

### Temporary
Temporary employees are not eligible for benefits regardless of the number of hours worked. You are considered temporary if you meet one or both of the following definitions:

#### Occasional
You are hired to fill a position created by a temporary need or arising from a temporary vacancy in an established position for less than four months.

#### Substitute
You work intermittently on an as-needed basis, such as providing substitute coverage for another employee.

## Benefit Eligibility

On occasion, the hours you actually work as a full-time employee may drop below 30 hours per week and affect your eligibility for benefits. Whether you or your supervisor initiates the reduction in hours, the following guidelines will apply:

- If you are a full-time employee and are scheduled but do not work a minimum of 30 hours per week for two consecutive payroll periods, your status will be changed to part-time, and you will become ineligible for full-time benefits. Exceptions may be made only when you qualify under the Family Medical Leave Act.

- If you are a full-time employee and your scheduled hours drop below 30 hours but not less than 20 hours per week due to enrollment or call-volume decline, you will continue to be eligible for full-time benefits for up to 90 days following the initial schedule change.

16      Getting Started



BH000028

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 17

# Outside Employment

Bright Horizons requires that your activities and conduct away from your job must not compete, conflict, or adversely affect your job performance and your ability to fulfill all responsibilities as a Bright Horizons employee. Absences due to schedule conflicts with outside employment will be considered unexcused. Bright Horizons assumes no responsibility or liability regarding your outside employment. Nothing herein shall be construed or interpreted to constrain the employee from exercising any right or obligation under any state, local, or federal law.

In an effort to maintain the professional status of Bright Horizons' center/school employees and prevent any potential conflict of interest, babysitting for children in our care is strongly discouraged and prohibited in some cases by location-specific policies. You are required to notify your supervisor if you engage in a babysitting relationship with a family enrolled in a Bright Horizons program and the family must complete the required Babysitting Release Form.

# Personnel Records

Each location maintains personnel records for each employee to document employment information and to meet licensing and government requirements.

It is very important for you to keep the personal information section of your personnel record up to date. This information includes, but is not limited to: name, address, telephone number, marital status (for benefits and tax-withholding purposes), number of dependents, addresses and telephone numbers of dependents, spouse or former spouse (for insurance purposes), beneficiary designations, and persons to be notified in case of an emergency. Please notify a member of the administrative team of any changes in your personal information by submitting the change in writing or through employee self-service on Employee Express.

Personnel files are the property of Bright Horizons. Upon request, you may view the contents of your file with your supervisor. If you wish to obtain a copy of a document from

your personnel file, please ask your supervisor. Original documents, unless otherwise required by state law, will remain the property of Bright Horizons.

# Career Development

Bright Horizons considers employee development a critical component of individual and company success and encourages internal promotion and transfer opportunities. This philosophy is reflected in our Growth and Learning Process (GLP), which provides every employee the opportunity to pursue ongoing professional development, set job performance goals, and access learning opportunities through Bright Horizons University and tuition assistance and advisory benefits. You are encouraged to take an active role in your career development by participating in the annual Job Performance Appraisal (JPA) and discussing your specific interests, abilities, and goals with your supervisor. Through the GLP process Bright Horizons offers the opportunity to design and achieve a fulfilling career path.

# Job Opportunities

Available positions are posted on our BrightWeb Careers Opportunity site. The site allows you to search for jobs that interest you and apply using the online application tool. This process lets the organization learn about your interests and abilities. Bright Horizons makes every effort to identify internal candidates for promotion and offer them support through our Growth and Learning Process (GLP). Internal candidates are identified for promotion through our annual succession planning process as well as through the internal application process. Candidates are evaluated based on their application, and by reviewing their current job performance reflected by their JPA and their supervisor's evaluation. All components of the GLP, including succession planning, are considered when evaluating internal candidates for job progression or promotion. If a qualified candidate is not identified and selected through the succession planning process, then the position will be posted.

Getting Started          17



BH000029

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 18

Internal candidates are screened through the recruitment process, although only final candidates will be interviewed. External candidates may be included in the candidate pool with internal candidates and be considered for openings that are posted.

**Promotions**

In order to be considered for a promotion opportunity in your own location, please submit your request in writing to your supervisor. You must also complete an online application through our BrightWeb Careers Opportunity site. Candidates are evaluated and selected based on an individual's ability to meet the requirements of the position, previous job performance, references, educational background, and experience. Candidates will be interviewed and screened according to Bright Horizons' Job Opportunities Policy.

**Transfers**

You may want to consider transferring from one location to another or to another position within the same location to pursue a professional growth opportunity or to better meet your personal needs. If you decide to seek employment with another Bright Horizons location or department, you should discuss your career plans with your supervisor, complete an online application through our BrightWeb Careers Opportunity site and follow the steps outlined in the Transfer and Promotion Policy. Candidates will be interviewed and screened according to Bright Horizons' Transfer and Promotion Policy. As part of the hiring process, the hiring manager is responsible for contacting the candidate's current supervisor for a reference, and reviewing the employee's JPA(s) and personnel file.

Although we will try to accommodate requests for transfer, in some situations it may not be feasible. The company reserves the right to delay or deny a transfer based on staffing needs at the originating location or department, or to limit the number of employees eligible to transfer from a particular location or department at the same time. In order to provide consistency for children, families, and customers we ask that you make a commitment of at least one year to a position before applying for a transfer.

If you are offered a transfer, your years of service with Bright Horizons will be recognized. Your employment will be governed by the new location's policies and practices. If you transfer to an equivalent position, receive a promotion, or transfer from an exempt position to a non-exempt position you will carry over your current accrued balance of vacation and sick time. Your sick time will transfer in full; however, if your vacation balance is above the maximum for the vacation plan of the new location, you will be paid out the amount of time over the maximum. All transfers will be subject to the employment needs, local regulations, and wage structure and benefits of the new location. Upon transfer to a different location, you will need to complete the background check(s) required for that location.

**Rehires**

If you leave Bright Horizons in good standing, you may apply and be considered for re-employment. If you resign without proper written notice (see *Leaving the Company*) or are dismissed for cause, you will be considered ineligible for rehire with Bright Horizons.

As part of the hiring process, the supervisor at the desired location will check references and conduct a review of your personnel file from your prior employment with Bright Horizons.

If you are rehired within six months, you will be eligible to be reinstated with your original benefit eligibility date. If you voluntarily separate from Bright Horizons and are rehired, you will be considered a "new hire" if the absence from the company exceeds six months.

18      Getting Started



BH000030

**Exhibit U**



# General Policies

Attendance - Maintaining Consistence of Care

Daily Schedule

Breaks

Confidentiality

Custody Issues

Disclosure of Information

Electronic Communication

Telephone and Electronic Devices

Photography

Social Networking

Information Security

Professional Appearance

No Solicitation

Open-Door Policy

Company Travel

Emergency Conditions

Research

Visitors

Interns

BH000031

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 20

# Attendance – Maintaining Consistency of Care

### Absenteeism

Attendance for employees at Bright Horizons is an important component of an employee's performance and is essential to each classroom/department and to the success of our locations. In a child care, school, or contact center setting, an absence of any length of time requires special adjustments to cover the absent employee's job duties and responsibilities and disturbs the environment of stability we seek to foster for the children that we serve and for families, clients, and customers in need. Therefore, it is your responsibility to maintain a satisfactory attendance record. Attendance and punctuality are considered when determining pay increases, transfers, promotions, and terminations.

Although some unplanned absences are necessary, to minimize disruption, we ask that you make every effort to minimize or avoid them. An unexcused absence includes any reason that hinders an employee from attending work, staff meetings, or mandatory training that cannot be substantiated or that is within the employee's control. Written documentation may be required upon return from an absence.

When you are unable to report to work for any reason, you must notify your immediate supervisor or designee via a live communication, as you are able (see *Accommodations for Equal Opportunity* section). Such notice must be given as soon as possible, but no later than one hour before your scheduled work time. It is unacceptable to leave a message on the voicemail, email, with a colleague, or any other means other than direct, live communication, as this may delay your supervisor or designee being informed of your absence, which would then delay any arrangements needed to cover your position. Your live communication with your supervisor will allow you to confirm that your supervisor is aware of your inability to report for work and will allow your supervisor to arrange for coverage. Location-specific notice requirements may apply.

A "leave request form" is required for all days off, reduced hours, and switching of shifts between colleagues. You must complete the form and submit it to your supervisor for approval at least two weeks prior to your requested day off or schedule change. If an emergency arises that requires you to request leave, please notify your supervisor immediately.

If you leave your assigned position during working hours, you must obtain prior approval from your supervisor. Failure to follow proper procedure for notification may result in loss of compensation during the absence. Frequent or repeated incidents of absenteeism, tardiness, failure to report to assigned location or return from break as scheduled, or departure without prior approval from your supervisor create inconsistency of care or service, which will be considered cause for progressive counseling (see *Progressive Counseling* section).

Excessive absenteeism is defined as having more than one occurrence of unexcused absence. An occurrence is defined as one or more consecutive days of absence. Repeated occurrences of absenteeism may result in progressive counseling. If you fail to report to work for two consecutive work days and fail to follow location procedure for notifying your supervisor, you will be deemed to have voluntarily resigned your position.

### Late Arrivals, Early Departures and Overtime

You are expected to report to the location and be in your assigned location, prepared to work, at your scheduled time, work your scheduled shift, and remain until your shift ends.

If you know that you will be late or must leave early, it is imperative that you notify your immediate supervisor via a live communication, as you are able, no less than one hour before your scheduled start time or early departure. More than three late arrivals or early departures will be considered excessive and may result in progressive counseling.

It is also necessary for you to seek approval in advance if you anticipate the need to come in early or stay beyond the time of your regular schedule. Although every effort will be made to accommodate requests to leave early, leaving your location early or working overtime without prior authorization is not permitted and will be cause for disciplinary action up to and including termination.

20   General Policies



BH000032

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 21

## Mandatory Meetings

In our centers and schools, mandatory paid staff meetings and trainings will be held in the evenings, occasionally on Saturdays, and as otherwise scheduled. Attendance at these meetings is required to provide opportunities for team building, professional development, and communication of essential information about the location's operation. Also, your attendance may be required at conferences, family intakes, open houses, and other location events. Anyone who cannot attend must notify their supervisor or designee both in person and in writing. Determination of whether an absence is excused or unexcused is made according to the criteria outlined below.

You are permitted one excused absence per 12 month period from a mandatory meeting or training. Failure to attend a meeting or training without providing the appropriate notification and documentation will be considered an unexcused absence *(see Progressive Counseling section)*. You are fully accountable for information discussed in a missed meeting.

## Corrective Action

In some instances, absences/tardiness are unavoidable and may be considered excused. The supervisor, at his/her sole discretion, will make the final decision as to whether the absence/tardiness is excused. Possible reasons for not attending work, staff meetings, or mandatory trainings include, but are not limited to, jury duty, bereavement, pre-approved vacation, education classes, medical reasons supported by a doctor's note, or any approved leave of absence.

Frequent or repeated incidents of absenteeism, late arrivals, or early departure without prior approval from your supervisor create inconsistency of care or service and will be considered cause for disciplinary action. Unsatisfactory attendance will lead to progressive counseling *(see Progressive Counseling section)*.

## Daily Schedule

When hired, you are assigned to a location and given an initial schedule and classroom/work area that meet the requirements of the location at that time. Due to the critical importance of proper staffing in our centers, schools, and contact center, supervisors may change your assigned schedule or assignment to meet the requirements of the location. Schedules are not guaranteed, and flexibility is necessary. You may be asked to utilize vacation time during periods of temporary low enrollment/call volume or to work overtime as required during peak times.

Your immediate supervisor must approve requests for time off. When making requests for time off, please give as much notice as possible — but no less than two weeks or as defined by location-specific policy — to allow for proper staffing coverage to be arranged. You must use any accrued sick and vacation time before any unpaid time is approved. If you have a request to permanently change your schedule, the request must be made in writing to your director or designee at least two weeks prior to the requested date. Although we will accommodate requests for schedule changes when possible, they cannot be guaranteed.

## Breaks

Breaks are defined as non-work time when you are not responsible for caring for children, providing coverage, or required to remain on premises. Breaks are unpaid unless required by state law. Employee breaks are scheduled in a way that maintains staff/child ratios or location needs and meets all applicable company or state guidelines. You are required to return to your assigned classroom/location from break as scheduled. Breaks may coincide and run concurrently with lunch breaks unless superseded by state, local, or other legal requirements.

*General Policies*        21



BH000033

**Exhibit U**



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 22

# Confidentiality

In the course of your employment, you may be exposed to confidential information regarding children, families, clients, other employees, and Bright Horizons. Confidential information includes, but is not limited to, the following:

- Names, addresses, telephone numbers, and emails of children, families, clients and other employees.

- Observations, reports, documentation, photographs (both digital and hard copy), and other related information concerning families and children in our care.

- Payment information of families, such as banking or credit card account numbers.

- Information pertaining to a confidential investigation by Bright Horizons, licensing, or a child protective service agency.

- Operational or management issues at Bright Horizons.

- Financial information of or about Bright Horizons.

- Other information that is designated as confidential by Bright Horizons or is not generally known by third parties.

As an employee, it is your responsibility to protect Bright Horizons' confidential information during your employment and after you leave the company. You may only disclose confidential information as required to perform your job or as permitted under law. When discussing or exchanging confidential information with families or colleagues consistent with these obligations, Bright Horizons expects that you do so in a private, sensitive, and professional manner. Even casual remarks can be misinterpreted and repeated, so it is critical that you maintain confidentiality at all times. In addition, you may not remove, destroy, copy, or retain Bright Horizons' confidential information without prior management approval. Disclosure of confidential information is a serious matter and may be considered cause for progressive counseling, up to and including termination or other legal remedies. If someone from outside the company requests information and you are unsure about if and how to respond, contact your supervisor or the human resources department for guidance.

This policy does not prohibit you from having general discussions with your colleagues about wages, hours, and other terms and conditions of employment that are held in common or are otherwise permitted by law. However, you are encouraged either to bring questions or concerns about your work environment, any disciplinary action, or salary/wage information directly to your supervisor or utilize our internal complaint process to address them. By bringing these questions or concerns to the attention of a Bright Horizons resource, such as a supervisor or human resources representative, we can ensure that your questions and concerns will be addressed quickly and directly. Bright Horizons is committed to creating an environment where everyone is treated with respect and fairness. We welcome you to honestly share your opinions, complaints, and concerns directly with your management team or our human resources department. All communication will be taken seriously and will promptly be addressed.

# Custody Issues

The families whom we serve are sometimes faced with conflicts that lead to custody disputes. You may be approached by parents/guardians or their attorneys to provide statements regarding a child in your care or to whom you provide service. Under no circumstances should you give your opinion or make a statement concerning the care of a child to anyone other than the parents/guardians of that child. When speaking with the family, you should not make any statements regarding the suitability or fitness of either parent/guardian. It is the policy of Bright Horizons to remain neutral in all divorce and custody proceedings.

As such, we do not make statements or create documents at the request of either parent/guardian, but we will cooperate and respond consistently with our policies and as may be required by subpoena. You should refer all such inquiries to the legal department through your supervisor. All potential legal matters should be referred to the legal department, since employees are not authorized to speak on behalf of the company on legal matters. Likewise, all calls or inquiries received from an attorney should be directed to the legal department for response.

22    General Policies



BH000034

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 23



# Disclosure of Information

Bright Horizons must balance the disclosure of information to our corporate clients with our obligation to protect our employees' right to privacy. Bright Horizons alone is responsible for making employment and progressive discipline decisions regarding our employees. However, due to the nature of our partnership with our corporate clients, we reserve the right, consistent with applicable laws, to disclose information regarding our employees to our corporate clients if we believe it is important for our corporate client to be aware of that information.

# Electronic Communication

Bright Horizons' policy provides guidelines for the acceptable use of email, voicemail, Internet, texting on devices issued by the company, and other electronic communication and systems applications. All aspects of Bright Horizons' computer, technology, and communication systems are considered company property. Employees are provided with Internet access and electronic communications services as needed to perform and fulfill their job responsibilities. This access is for the primary purpose of helping employees to perform their job responsibilities, not for personal activities. Personal use of electronic communication systems is expected to be incidental and kept to a minimum.

Any connection to the Internet offers the potential opportunity for unauthorized users to view or access company information. Therefore, it is important that all connections be secure, controlled, and monitored. Employees should have no expectation of privacy while using company-owned or company-leased equipment. Bright Horizons reserves the right to periodically review or inspect any employee's email, voicemail, Internet access, or

other such electronic communication technology and to disclose the contents thereof as permitted by law.

Bright Horizons expressly prohibits the use of company equipment to transmit messages or files that contain disrespectful, threatening, or harassing content or any content that is sexually explicit or otherwise deemed inappropriate by the company for any reason, except as protected by law. Electronic communication systems may not be used to broadcast messages or solicit employees for personal or commercial purposes. Employees are required to sign and comply with Bright Horizons' policies regarding electronic communication, which include, but are not limited to, Acceptable Use, Wireless, Managing, and Storing Protected Information, all of which provide greater detail around confidentiality, network, Internet, and email use.

# Telephone and Electronic Devices

Telephones and electronic devices are provided by Bright Horizons to support communication and business needs. The telephone land line is available for business use and in case of an emergency. All incoming calls to the location should be answered promptly, and the staff member should identify himself/herself and the location or department name. Providing a courteous response to incoming calls and prompt follow up is essential.

Personal phone calls or text messages are not allowed while you are caring for children or if they interfere with your job performance. If you receive a personal call while at work on the location telephone, a message will be taken or coverage will be provided in the case of an emergency.

Use of personal cellular telephones or other electronic devices may interfere with job performance, including supervision of children or customer service. Therefore, while working, you are not permitted to use personal cellular telephones or devices to make or receive calls, send or receive text messages, or in lieu of a clock or watch. If working in a center or school, you are not permitted to send or receive text messages to/from families regarding children in your care.

General Policies          23

BH000035

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 24



# Photography

Employees in our centers and schools are encouraged to use photography to document and display children engaged in learning. These photographs are the sole property of Bright Horizons and are considered confidential. Children may not be photographed unless a parent or guardian has provided express written consent. Images must not be reproduced, posted on the Internet, taken or sent via a mobile communications device, or distributed as they are considered confidential.

# Social Networking

As a learning organization, Bright Horizons encourages you to engage in communication that builds a sense of community and supports your personal growth and development. While you may choose to engage in a variety of online social networking sites, it is important to understand that the information posted is public and may be accessible to others outside your intended audience, including Bright Horizons' families, clients, or colleagues. Use of social networking sites during work time is not permitted, unless specifically job related. In addition, the following guidelines are aimed to provide helpful, practical advice and to protect both you and the company.

Bright Horizons fully respects your privacy and personal life. However, activities (other than those that are protected by law) in or outside work that affect your job performance, the performance of others, Bright Horizons' reputation, or our ability to serve our clients and families are addressed by company policy and may be grounds for disciplinary action, up to and including termination. Bright Horizons reserves the right to review social networking sites throughout your employment with us.

**Guidelines**
**Remember confidentiality —** Anything you post online on blogs, social networking sites, and other websites is accessible to anyone with an Internet browser. Although some sites allow restricted content, keep in mind that content is *not* completely secure. Due to the sensitive

nature of caring for young children, company policy prohibits employees from posting pictures of children or posting the names of children from a location on your site. Any personal information about clients, families, or colleagues, as well as any information considered confidential, should not be posted.

**Protect yourself —** People regularly share a lot of personal information on social networking sites, but we advise you to use caution with personal information. You may not want people to know your age, phone number, address, etc. If you do express your views about things that are related to your work, remember to make it clear that you are expressing your own views and not those of Bright Horizons.

**Be professional —** The lines between public and private, personal and professional are blurred in online social networks. When you identify yourself as part of Bright Horizons, you are now connected to your colleagues, supervisors, our clients, and the families we serve. You should ensure that the content you post online is consistent with how you want to be perceived at work. If you have joined Bright Horizons recently, be sure to update your social profiles to reflect our guidelines.

**Be respectful —** Whether in the actual or virtual world, your interactions should be respectful. Make sure that what you post and say online is consistent with what you want others to see and hear.

**Use your best judgment —** Remember that while posting online may seem anonymous, it is actually very public and anything you publish is available to a wide audience. If you are about to post something that you would be uncomfortable sharing with anyone in person, consider these guidelines.

If you are still unsure and your posting is related to Bright Horizons' business, you are encouraged to speak to your supervisor about the content of your posting before you post it on the Internet.

24    General Policies



BH000036

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 25

# Information Security

Bright Horizons' Information Security Awareness guidelines are provided to employees upon hire and annually thereafter through our electronic communication system, BrightWeb. It is your responsibility to review these guidelines and accept their provisions in order to utilize our electronic communication systems. Ensuring the security of Bright Horizons' and our clients' electronic data and information is everyone's responsibility. If you suspect or are aware of any unauthorized access or use of Bright Horizons' or our clients' electronic information, you should immediately report it to your supervisor or use the confidential reporting options listed in our Code of Conduct and Business Ethics policy in this Handbook. All supervisors must report unauthorized access or use of electronic information to dataprivacy@brighthorizons.com.

# Professional Appearance

All employees are expected to represent Bright Horizons as professionals, both in appearance and in your interactions with children and adults. You are required to present yourself in a manner that allows comfort and flexibility and provides safety as you perform your job, while at the same time allowing you to be viewed with credibility by families, client sponsors, or visitors.

Dress that interferes with creating a nurturing environment for children or does not meet location-specific requirements is not allowed. This may include, but is not limited to, apparel that advocates or displays illegal activities, contains slogans of a commercial or promotional nature, or displays messages or images that are lewd, vulgar, or profane or harass, demean, intimidate, or support an individual or group based on race, color, gender, religion, national origin, sexual orientation, political affiliation, disability, or any other affiliation protected by law.

What you wear to work should be professional, clean, in good repair, comfortable, and washable. Your apparel, jewelry, or nail length must not inhibit your choice of activity or job performance, or compromise your own health and safety or the health and safety of the children in your care, or

interfere with your colleagues' job performance. Please use your best judgment. If you are uncertain as to the appropriateness of your apparel, please speak with your supervisor. Location-specific or client-sponsor policies may apply.

Some specific guidelines are as follows:

- Safe, comfortable shoes or sandals that have secure back straps are required when working with children — no flip-flops, slides, platform shoes over two inches, or high heels are permitted; closed-toed shoes are preferred.

- Sweaters, short-sleeved, sleeveless, or long-sleeved shirts — no spaghetti straps, tank tops, tube tops, or shirts that expose the stomach or back.

- Long or short pants, skirts or dresses that are clean with no rips or tears — shorts, skirts, and dress length should fall no higher than midway between the knee and the thigh. Loose-fitting, coordinated sweat suits or knit pants — no sweat pants intended for physical exercise/sports.

- Professional appearance — no clothing, jewelry, attire, nail length, or grooming that is considered inappropriate or unsafe. Attention to personal hygiene is also important as you may be role modeling good personal habits for children and interacting with colleagues, families, clients, and our customers.

- Fragrance and odors may cause sensitivity and allergies in children, colleagues, and families. Therefore, you may be asked to eliminate, reduce, or change fragrance or odors that cause sensitivity (e.g., perfume, cologne, lotions, tobacco products, etc.).

# No Solicitation

To preserve our caring environment, solicitation, trespassing, or distribution of literature, endorsements, advertisements, or products by non-employees is not allowed on location premises. Solicitation and distribution by employees is not allowed while either the employee soliciting or the employee being solicited is on working time. Distribution of



BH000037

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 26

literature, endorsements, and advertisements of any kind is prohibited in working areas at all times.

Supporting company-sponsored charitable initiatives is permissible, and the company may make requests for voluntary employee contributions, such as those for the Bright Horizons Foundation for Children or other charities that benefit children. Sales of products such as books or toys that relate to the Bright Horizons business functions and purposes are also permitted and can be arranged by employee or parent groups, subject to management approval.

Bright Horizons prohibits gambling; however, it does allow for contests or pools designed to promote camaraderie, teambuilding, and fun. Bright Horizons is not responsible for such activities, and participation in such activities is completely voluntary. Company resources are not to be used in connection with such activities. The activity must not interfere with providing care for children, create a conflict of interest, detract from performing your job duties, or be offensive or inappropriate in the workplace.

## Open-Door Policy

Bright Horizons' supervisors have an open-door policy that encourages you to share your ideas, suggestions, and concerns. We seek to listen and respond openly to issues or concerns. Should a problem or concern arise, you are encouraged to use the complaint resolution support structure outlined in this handbook to resolve it. If you have a concern of a personal nature, you may discuss it with any member of management, including your immediate supervisor, their supervisor, or your human resources manager.

## Company Travel

You may drive a company-owned or your own vehicle for business only with the prior approval of your supervisor. Drivers must provide a copy of a current driver's license before driving on business.

If your position requires regular driving for your location as a condition of employment, you must be able to meet Bright Horizons' and state approval standards. For all other jobs, driving is considered an incidental function of the position. You are covered under the Bright Horizons' automobile liability policy while driving a vehicle owned or leased by the company. You must exercise due diligence to drive safely and maintain security of the vehicle at all times. You are responsible for any driving infractions or fines.

If you use your personal vehicle for approved business purposes, you will receive a mileage allowance and reimbursement for parking and tolls actually incurred. You must obtain approval from your supervisor in advance to submit an expense report in order to receive reimbursement. This mileage allowance is for all costs of owning and operating the vehicle (e.g., fuel, repairs, and insurance). If you travel on behalf of the company, you should obtain a copy of the travel policy from your supervisor. You are not permitted to use your personal vehicle to transport children.

If it is necessary to use a cellular phone, pager, two-way communication device, laptop, or other electronic device while traveling, Bright Horizons requires that you do so in a safe manner. This means obeying all applicable laws and refraining from using such a device while operating a vehicle. Bright Horizons requires that a hands-free attachment or device be used if you are using a cell phone for company business while driving.

## Emergency Conditions

Bright Horizons serves working families. Therefore, we rarely close due to weather and environmental conditions. A location follows the opening and closing schedules of its client company, if applicable. All office locations and non-client-sponsored locations will remain open unless you are notified by your supervisor that the location is closed. Each location establishes a plan that provides appropriate staffing.

26      General Policies



BH000038

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 27

Please note the following:

- If your assigned location or work setting is closed, you may be assigned to work in another location or work setting. If you are unwilling to report to work at the alternate location, you will not be paid for the day.

- In the event of a single day or other short-term emergency, if you are scheduled to work but not assigned to an alternate location and your home location does not open, you will be paid for your scheduled work hours.

- If a location closes early, you will be paid for all scheduled hours if you reported for work before the early closing or were scheduled to work later that day.

If a location remains open but enrollment is low:

- Regularly scheduled employees who are needed and who are unable or unwilling to come to work will not have the option of using vacation time and will, therefore, take the day as unpaid.

- Supervisors will contact any scheduled substitutes who are not needed and advise you not to report to work; you will not be paid.

- Supervisors will contact regularly-scheduled employees who are not needed and will offer you the option of taking the day off as unpaid, utilizing a vacation day, providing coverage at another location, or reporting to your usual location to do training or planning.

- Excess employees already in the location may be assigned to a nearby location or to help with other duties, such as curriculum planning, cleaning, etc.

## Research

Research in the child care field increases our collective knowledge of children and their development. The purpose of any research must be consistent with the goals of Bright Horizons, state regulations, and the developmental needs of participating children. Bright Horizons requires the written consent of the parent/guardian of any child participating in each research project. No child is allowed to be with a researcher or any other visitor to the location without a Bright Horizons employee being present at all times. The

regional manager, division vice president, Bright Horizons legal department, and corporate client must approve research projects of any kind, when applicable.

## Visitors

Bright Horizons' locations are welcoming and nurturing places where families are welcomed to visit their children at any time. However, since safety and security are critically important, Bright Horizons has established the following policy regarding visitors.

It is Bright Horizons' policy that only authorized family members, the client sponsor, members of Bright Horizons' management associated with the location, and employees who are scheduled to work at a location are permitted to access that location. All other visitors, including former employees and family members of employees, are not allowed in employee work or common areas during work time. Visitors must be authorized in writing by the parent or guardian to visit a child in our care. These visitors may not be left alone with or be permitted to leave with the child without the written permission of the parent or guardian. Former employees who wish to attend special events at the location, such as graduation ceremonies, may only do so when authorized by the location supervisor. In office locations, visits by family, friends, or former employees must be of limited duration and not disrupt work performance or customer service.

All visitors must follow the visitor sign-in protocol at the location, including signing in and/or obtaining a visitor identification badge, as required by the location-specific policy. Upon entering the building, visitors must obtain management approval and an escort. Visitors must be authorized in writing by the parent or guardian to visit a child in our care. These visitors may not be left alone with or be permitted to leave with the child without the written permission of the parent or guardian.

General Policies    27



BH000039

Exhibit U



Individuals who wish to visit an employee who is at work will be asked to wait in the lobby area or to leave a message for an employee. Social visits with staff should be arranged outside of the location. Only current employees are permitted in common areas, the employee lounge, or resource room. Employees who terminated for cause are not authorized to visit the location at any time.

### Regular Visitors

Regular visitors spend time in a center or school to participate in programs or activities that support educational objectives. Regular visitors must satisfactorily complete a Regular Visitor Authorization Form and a criminal background check in order to be at the location unescorted. Regular visitors include anyone who will have contact with children or who may have access to areas where children may be, such as hallways, lavatories, classrooms, playgrounds, and other areas. This includes persons such as community members who read to the children and client employees (other than parents or guardians), as well as any workers, janitors, enrichment providers, and the like who visit the location during hours of operation and who may have the opportunity to interact with children.

Regular visitors are not considered employees of Bright Horizons and should not be included in teacher-to-child ratio. In addition, regular visitors should:

- Not be in contact with children without direct supervision by a Bright Horizons employee

- Not be responsible for supervising children

- Not be responsible for any caregiving routines, i.e., feeding or diapering

- Direct all questions from families to the location leadership

- Sign in and out each day

## Interns

Bright Horizons supports internships and is committed to programs that advance the professional development of students and staff. In our centers and schools, interns spend time in the classroom on an occasional basis and are not considered employees of Bright Horizons nor should they be counted in staff-to-child ratios. Interns that are unpaid must be receiving course credit towards their degree or academic program. Interns will have supervised interactions with families and should never be left unsupervised when they are in contact with children. In most circumstances, interns in our home and regional office locations must be paid; unpaid interns must be approved by the vice president of recruitment. In addition:

- Interns must meet location pre-employment requirements including sex offender registry check and references. The participating college or high school is responsible for completing required background checks and providing instruction and supervision as defined by the academic program.

- Interns' time spent in the location is evaluated by an external body with input from the Bright Horizons staff.





28    General Policies



# About Your Pay

Pay Procedures
Salary Classifications
Time Records
Job Performance Appraisal
Training Pay
Travel Time

BH000041

Exhibit U

# Pay Procedures

It is our policy and practice to compensate employees accurately and to do so in compliance with all applicable state and federal laws. To be certain that you are paid properly for all time worked and that no improper deductions are made, you must record correctly all work time and review your paychecks promptly to identify and report all errors.

You will normally be paid every other Friday. Each workweek starts on a Monday and ends on a Sunday. A pay period consists of two workweeks. You may request a schedule of pay dates from your supervisor. The amount, method, and timing of such payment will comply with any applicable laws and regulations. Bright Horizons does not provide advances or loans.

On each payday, you will receive your paycheck or direct deposit notice and a statement showing gross pay, deductions, and net pay. Local, state, federal, and Social Security taxes, Medicare, and disability (as required in some states), and court-ordered withholdings are deducted automatically. You may view a copy of your paystub online via Employee Express on BrightWeb.

We make every effort to ensure our employees are paid correctly. Occasionally, however, an inadvertent mistake can happen. When mistakes do happen and are called to our attention, we will make any necessary correction as soon as possible but no later than the next pay date. Please review your pay stub when you receive it to make sure it is correct. If you believe a mistake has occurred or if you have any questions, please contact your supervisor. You may also contact payroll at 888-348-2991, ext. 8038, if you feel that your question has not been resolved.

# Salary Classifications

At the time of hire, you will be classified as either exempt or non-exempt. The terms 'exempt' and 'non-exempt' are defined by the Federal Fair Labor Standards Act and identify whether your job is eligible for overtime pay. It is important to note that the designation is based on the job itself and not on the individual employee. If you are uncertain as to whether your job is exempt or non-exempt, consult your supervisor. The definition of each classification is listed below:

### Salaried/Exempt

Some administrative, professional, managerial, and executive positions are exempt from the overtime pay requirement of the Fair Labor Standards Act. If you are classified as an exempt employee, you receive a salary that is intended to compensate you for all hours worked for the company. Your salary will be established at the time of hire or when you become classified as an exempt employee.

Your salary will be a regular amount and will not be reduced for daily variations in the quantity or quality of the work you perform, but may be subject to periodic review or modification, such as during a salary review. As an exempt employee you are not entitled to overtime, and Bright Horizons does not have a compensatory (comp) time policy. Under federal and state law, your salary is subject to certain deductions. For example, your salary can be reduced for the following reasons (unless superseded by state law or applicable contract):



BH000042

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 31

- Full-day absences for personal reason

- Full-day absences for sickness or disability

- Full-day disciplinary suspensions for infractions of the company's written policies and procedures

- Family and Medical Leave absences (either full- or partial-day absences)

- Offset amounts received as payment of jury and witness fees or military fees

- The first or last week of employment in the event you work less than a full week

- Reduced work schedule as a result of a temporary or long-term schedule modification

Your salary may also be reduced for certain types of deductions, such as your portion of health, dental, disability, or life insurance premiums; federal, state, or local tax; Social Security, Medicare; or voluntary contributions to a 401(k) plan, FSA or DCAP plan.

Exempt employees are paid a weekly salary for work performed. Your salary will not be reduced for the following reasons, but you may use vacation/sick time for these absences.

- Partial-day absences for personal reasons, sickness, or disability

- Absence on the day before or after a paid holiday

- Absence when the facility is closed on a regularly scheduled work day

- Any other deductions prohibited by state or federal law

**Hourly/Nonexempt**

Nonmanagerial and certain administrative employees who are paid an hourly rate are covered by state and federal labor laws. If you are classified as a non-exempt employee, you are eligible for overtime pay if you work more than 40 hours per week, unless superseded by state law. Sick, vacation, jury duty, bereavement, and holiday time are not considered hours worked and, therefore, are not part of the overtime calculation. If you are classified as a non-exempt employee, you must maintain a record of the total hours you work each day, including a record of time in and time out for breaks as well as at the beginning and end of the day. These hours must be accurately recorded on a time card that will be provided to you by your supervisor or through a time and attendance system. You must sign your time card to verify that the time card accurately reflects all regular and overtime hours worked to the nearest 1/4 hour, along with absences, late arrivals, early departures, and meal breaks. At the end of each pay period, you should submit your completed time card to your supervisor for verification and approval. When you receive the pay period's paycheck, please verify immediately if you were paid correctly for all hours.

Unless you are authorized by your supervisor, you should not work any hours that are not scheduled. Do not start work early, finish late, work during meal breaks, or perform any extra/overtime work unless you are authorized to do so. Any time that you do work should be recorded on your time card. You are prohibited from performing any "off the clock" work. "Off the clock" work means work you may perform but fail to report on your time card. Any employee who fails to report or inaccurately reports any hours worked will be subject to disciplinary action, up to and including termination.

## Time Records

You are required to complete an individual time record showing time worked. A time record covers two workweeks. Exempt employees are required to complete a time record showing days worked and days absent. Non-exempt employees must complete their time record each day. The workweek begins on Monday and ends on Sunday. Lunch breaks are unpaid for all employees. You are not permitted to clock in or out for a colleague.

*About Your Pay*          31



BH000043

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 32

The following rules apply to your time record:

**Non-Exempt Employees**

- Your time record shows the following actual in/out times to the nearest 1/4 hour: starting time, out for lunch, in from lunch, quitting time, and total hours worked each day.

- Lunch breaks are unpaid for all employees. In addition, you should use the time clock to record time out/in for any unpaid breaks, as defined by federal, state, or local law.

- You are not permitted to sign/log in or out before scheduled times or stay after hours without the prior approval of your supervisor.

- Management will check and sign time records and approve time for which you are to be paid. This includes paid holidays, bereavement pay, and company-paid time off.

- Overtime is not authorized unless approved in advance by your supervisor.

- Sick days, vacation days, bereavement, jury duty, and holidays are not considered hours worked.

- You are responsible for completing and approving your time record in order to properly process your paycheck. Failure to complete your time record by the payroll deadline could result in a delay in the payment process or a partial paycheck.

**Exempt Employees**

Exempt employees are not required to fill out hourly time records, but must account for daily attendance by submitting a time sheet to the payroll department or clocking into the timekeeper.

You are responsible for completing and approving your time record in order to properly process your paycheck. Failure to complete your time record by the payroll deadline could result in a delay in the payment process or a partial paycheck.

# Job Performance Appraisal

As a full- or part-time employee, you are eligible to receive a Job Performance Appraisal (JPA) once a year, 12 working months after your last appraisal. Salary increases are determined based on your performance and typically coincide with your JPA. The date used to determine your annual JPA is your anniversary date. This date may be the same as the date of hire but may be revised to reflect the following situations:

**Extended Absence**

Because the JPA and salary review are designed to evaluate the achievement of performance goals, it is important that each review include your recent performance. Therefore, any absence that exceeds 30 days will extend the date of the next JPA and salary review by the amount of time equal to the length of absence.

**Promotion or Other Special Circumstances**

The effective date of a promotion will become a new review date. You will be notified if other special circumstances or situations may affect a scheduled review date.

**Increases**

If your performance does not meet the minimum level expected or if your salary exceeds the range appropriate for the position, you may not be granted an increase, and the next review date will be adjusted accordingly.



32    *About Your Pay*



BH000044

**Exhibit U**



# Training Pay

Bright Horizons supports you in your professional development by providing a wide range of education and training resources and opportunities. We encourage you to take advantage of opportunities for your professional and personal growth. For non-exempt employees:

- Courses, workshops, meetings, or training programs assigned and approved by your supervisor or required to meet state licensing requirements will be considered hours worked and are eligible for paid time

- Voluntary participation in training opportunities that have not been assigned and approved by your supervisor will not be eligible for paid time

To ensure that you are properly paid, please confirm that your time is approved by your supervisor and reported accurately and promptly to your supervisor.

### Examples of Paid Training Time

- You attend training apart from regular work hours that is required to maintain licensing credentials and/or is required by Bright Horizons (e.g., CPR, abuse, and neglect).

- Examples of assigned and supervisor approved training: Occupational Safety and Health Administration (OSHA) training, blood-borne pathogen training, first aid, New Employee Orientation, and Bright Horizons Essentials: Caring and Learning at Bright Horizons.

- Examples of training that may be paid if assigned and approved by your supervisor: BHU courses or external training opportunities that are assigned and approved to be accessed outside of your normal work hours and are required on your Growth and Learning Plan or a performance improvement plan.

If you are in doubt as to whether your training time meets the criteria for being paid time, always ask your supervisor before participating in the training.

### Examples of Unpaid Training Time

Time is unpaid if all of the following conditions apply:

- The non-approved training session takes place outside regular working hours.

- Attendance is truly voluntary. (There is no negative consequence at work if you choose not to participate in the course.)

- The course, workshop, or meeting is not assigned for you to perform your job.

- While at the session, you do not provide direct care to children or perform duties directly related to the operation of your location.

- You voluntarily attend or participate in a Bright Horizons sponsored course or workshop that is comparable to training available at another training organization, college, or university (e.g., a course offered by Bright Horizons that could be taken at a community college).

### Bright Horizons University

Bright Horizons University (BHU) is a noncredit-granting university for all Bright Horizons employees. BHU offers self-directed online courses as well as webinars, podcasts, training documents, blogs, and information about enrolling in "classroom" training workshops and some conference sessions. You have access to courses and curriculum to support your professional and personal development and help you reach your full potential at Bright Horizons. Unless a course is designated as assigned and approved by your supervisor, it is your choice whether to participate in the course. Classes you choose to take for your personal or professional enrichment that are not approved by a supervisor for a particular time period and length of participation are not eligible for paid time, much like choosing to read a professional book, watch a video, or go to a publicly available class or conference.

*About Your Pay*     33



BH000045

**Exhibit U**

**The Amount and Timing of Paid Training Time**

The particular amount of training time eligible for compensation and the timing of the training are up to your supervisor. If you need more time to complete an assigned and approved course than allowed, you must request additional time from your supervisor. If you exceed the course time limit without supervisor approval, the time will not be paid.

# Travel Time

There are times when employees may need to travel to attend a meeting, lecture, conference, or training program. Bright Horizons follows all applicable federal and state laws in paying for travel time. Any paid travel time is in excess of any paid training time. Paid travel time is included as hours worked in the overtime calculation. Travel time associated with required training will be paid for non-exempt employees if it is in addition to normal commuting time.

**Non-Exempt Employees**
**Overnight Stay**
If you are traveling for a work-related event and will be staying overnight, you will only be paid for any travel time that takes place during your normally scheduled work hours.

**No Overnight Stay**
If you are traveling to a work-related event that takes place in one day, you will be paid for all travel time in excess of your normal commuting time. For example, if you normally travel 30 minutes to get to work but must travel two hours for training, you should be paid for 90 minutes of travel time.

**Exempt Employees**
As an exempt employee, you are paid your regular salary regardless of any travel time.



BH000046

**121**    **Exhibit U**

# Expectations and Accountability

Positive Guidance
Job Performance
Mandated Reporting
Progressive Counseling
Disciplinary Action
Communication
Nepotism
Conflict of Interest
Babysitting
Administrative Leave
Leaving the Company
Final Pay/Return of Property
Insurance Termination
Exit Interview Process
Employment References

BH000047

Exhibit U



# Positive Guidance

In our centers and schools, Bright Horizons is committed to creating a supportive environment where young children can thrive. Our Guidelines for Positive Guidance reflect this commitment and promote basic respect for children. Positive guidance encompasses all the actions taken by teachers to develop self-fulfilling, productive, and socially acceptable behaviors in children. Adults should view discipline as an important aspect of teaching and learning, but accept children as they are. Development is viewed as a growth process, with each age and stage having its own characteristics, its own challenges, and needs. The following standards have been developed to create a caring environment that teaches children to behave in responsible ways and to feel good about themselves:

- Set realistic expectations for young children's behavior

- Create a "yes" environment that encourages children's positive behavior

- Model appropriate behavior

- Encourage children's efforts to build feelings of self-worth

- Give children alternatives to turn destructive situations into constructive ones

- Use natural and logical consequences to motivate and empower children to make responsible decisions about their behavior

- Encourage behaviors such as cooperating, helping, negotiating, and problem-solving



It is inappropriate to discipline a child using punishment that is inconsistent with the principles of positive guidance. In particular, the following uses of punishment are absolutely prohibited and may result in progressive counseling up to and including immediate termination of employment:

- Corporal punishment, including spanking

- Shaking, jerking, squeezing, or physically indicating disapproval

- Shaming or using humiliation, harsh/inappropriate tone of voice, or verbal abuse

- Labeling ("bad" girl or boy) or otherwise implying that the child, rather than the behavior, is the problem

- Using bribes, false threats, or false choices

- Denial of food or special activities or events as a form of punishment; or force-feeding a child

- Retaliating or doing to the child what he or she did to someone else

- Punishment for soiling, wetting, or not using the toilet

# Job Performance

When you are at work, you are required to give your full attention when supervising children, providing customer service in our contact center, and generally fulfilling your job responsibilities. In our centers and schools, maintaining proper supervision and the health and safety of children is our primary concern. As a Bright Horizons employee, it is your responsibility to be familiar with and implement all applicable job requirements.

- When caring for children you must follow supervision, feeding, diapering or toileting, and other health and safety policies, procedures, and guidelines.

- When providing support to our clients or families, you must follow customer service guidelines and escalation procedures.

36   Expectations and Accountability



BH000048

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 37

☒ In all positions, standards and guidelines for job performance defined in your job description are required.

You must as a minimum requirement:

☒ Give children or customers your full attention, focus on their needs, and refrain from engaging in activities that interfere with providing your full attention, such as:

> ☒ Using your cell phone, texting, or using the location telephone for personal phone calls.

> ☒ Using the computer for personal reasons (i.e. checking email, social networking sites, or searching the internet).

> ☒ Reading a newspaper, magazine, or book.

> ☒ Engaging in lengthy conversations with others/congregating with colleagues while on the playground, in the classroom, or away from your work station.

> ☒ Sleeping or resting (having your eyes closed) while working.

When working directly with children in the classroom, you are required to:

☒ Keep children within sight and sound supervision at all times.

☒ Maintain employee/child ratios set by Bright Horizons and licensing at all times. Never leave a child unattended.

☒ Be aware of the number of children in your care at all times, and implement transition tracking and roll call procedures.

☒ Learn and implement Bright Horizons policies and procedures regarding feeding, diapering, and toileting children.

☒ Secure children's health and safety by learning, following, and implementing individualized feeding, nutrition, allergies, medication, and hygiene requirements and guidelines.

☒ Follow all Bright Horizons, location, and licensing health and safety requirements and guidelines.

# Mandated Reporting

If there is reasonable cause to suspect a child is suffering from abuse or neglect, individuals working with children are mandated reporters and are required by law to report cases of child abuse or neglect to the appropriate authorities. If you have reasonable cause to suspect abuse or neglect has occurred due to any cause (parent/guardian, family member, friend, or employee), you should report the incident to the appropriate authorities within 24 hours (or other time dictated by your state's requirements) and inform your supervisor of your actions. If you make a direct report, your supervisor will support you through the reporting process. The appropriate child protective services agency will determine appropriate actions and may conduct an investigation. Bright Horizons will cooperate fully with the agency's investigation and will conduct an internal investigation to determine appropriate company response. Absolute confidentiality is required concerning any report of child abuse or neglect.

If you do not suspect abuse or neglect but have a concern about a child enrolled in your location, you should immediately discuss your concern with your supervisor.

If you have not already directly made a report and your supervisor determines there is reasonable cause, the supervisor will report the incident to the appropriate authorities and ask you to make a direct report.

## Definitions

☒ **Abuse**
The non-accidental commission of any act by an individual (parent, guardian, babysitter, caregiver, etc.) that causes or creates substantial risk of harm or threat of harm to a child's well-being.

☒ **Neglect**
Failure by an individual, either deliberately or through negligence, to take those actions necessary to provide a child with minimally adequate food, clothing, shelter, medical care, supervision, or other essential care.

Expectations and Accountability    37



BH000049

2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 38 

**Reasonable Cause**
A basis for judgment that rests on specific facts, either directly observed or obtained through reliable sources, that supports a belief that a particular event probably took place or a particular condition probably exists.

**Reportable Condition**
Suspicion of abuse/neglect or that a child is at risk of abuse or neglect, a physical or emotional injury resulting from abuse/neglect, the commission of any act by an individual with a child that constitutes a sexual offense under the local criminal laws of the state, or the physical dependence of a child upon an addictive drug at birth.

**Mandated Reporter**
A professional acting in his/her professional capacity, such as doctors or teachers, who must report if they have reasonable cause to believe a case of abuse or neglect exists. Mandated reporters are protected from possible criminal or civil action that may arise as a result of having made a report. The degree of protection varies by state.

# Progressive Counseling

As an employee of Bright Horizons, you accept responsibility for maintaining a quality work environment and Bright Horizons' reputation in the community. The orderly and efficient operation of our business and the need to provide high-quality services to our families and clients require that you maintain proper standards of conduct and performance at all times. Standards of conduct are also necessary to protect the health and safety of each employee and the children in our care.

Supervisors are to utilize the Employee Conference Memo form as a tool to provide performance coaching and progressive counseling. The goal of the Employee Conference Memo is to communicate performance feedback and to guide performance improvement.

Progressive counseling consists of a three-step process to communicate performance concerns. These steps are documented using the Employee Conference Memo and include:

1. Written counsel
2. Written reprimand
3. Termination

The three-step progressive counseling process provides a general guide to address unacceptable conduct or improper conduct either in or outside the workplace. Although it is implemented in most instances, it is not required, and Bright Horizons reserves the right to discipline an employee in any fashion it deems appropriate under the particular circumstances, including immediate termination.

Adverse employment action by the company in a particular case will depend on the particular circumstances, including the severity of the infraction, the employee's past performance, the impact upon Bright Horizons' business, and other factors as applicable.

# Disciplinary Action

The following are specific examples that may result in disciplinary action up to and including immediate termination of employment. Inappropriate conduct is documented using the Employee Conference Memo or its equivalent. This list is not intended to be all inclusive. Other conduct not specifically mentioned in this list that is inconsistent with company standards or policies may be considered as cause for disciplinary action, up to and including termination of employment.

1. Inappropriate interaction with a child or inappropriate discipline and/or punishment of a child, including but not limited to spanking or other method that is inconsistent with our policies.

2. Failure to report an incident of suspected abuse or neglect to Bright Horizons' management or appropriate state child protective service agency.

3. Carelessness in caring for children.

4. Leaving children unattended or out of ratio or failing to provide proper supervision for children.

38        Expectations and Accountability



BH000050

**Exhibit U**



5. Being arrested, charged or convicted of a criminal offense considered disqualifying by Bright Horizons' policy, or being included on a government sex offender or child abuse/neglect registry list.

6. Using, possessing, distributing, or being under the influence of illegal substances or alcohol during working hours or on the premises.

7. Damage, destruction, unauthorized use, or removal of any property, records, reports, or documents of Bright Horizons, our corporate clients, children, families, employees, or any persons affiliated with the organization.

8. Use of profane, intimidating or demeaning language.

9. Exposing children to potentially hazardous personal items such as adult scissors, keys, choking hazards, known allergens (e.g. nuts), prescription or over-the-counter adult medication, or any other substance; failing to secure such personal items adequately to ensure children's safety and wellbeing.

10. Possession of any type of weapon and/or explosive on or near the premises. A valid license to carry a firearm does not allow you to violate this policy.

11. Failure to follow instructions or directions from a supervisor.

12. Providing incomplete, unsatisfactory, or false employment information or falsifying company documents, including but not limited to employment application information, professional credentials, educational credentials, background/records check information, or licensing documentation.

13. Embezzlement or misappropriation of funds.

14. Conduct other than that protected by law that is detrimental to children or Bright Horizons' reputation in the community.

15. Failure to follow company time-keeping policies, including clocking-in for another employee or falsifying records.



16. Violation of the confidentiality policy.

17. Unsatisfactory attendance or failure to give satisfactory notice to supervisor for absence, tardiness, a change in scheduled hours, or leaving before the end of the shift.

18. Unsatisfactory or inadequate job performance.

19. Actions or behavior that disturb the children in our care or interfere with Bright Horizons' ability to do business, except as allowed by law.

20. Physical violence or threats of violence in the workplace.

21. Threatening, harassing, illegal or inappropriate conduct, including verbal abuse.

22. Improper use of company equipment/property, including but not limited to misuse of the telephone, fax, computer, appliances, etc.

23. Failure to participate in or interference with any company internal investigation.

24. Failure to attend any mandatory company conference, training session, meeting, or engagement.

25. Failure to appropriately handle internal/external calls. This includes hanging up on a caller without due cause.

Expectations and Accountability          39



# Communication

Bright Horizons is committed to creating an environment where everyone is treated with respect and fairness. We believe that two-way communication is critical to our success. Open communication is in the best interest of employees, children, families, and our organization because it promotes a focused, professional network. Therefore, any outside intervention from a third party is not necessary or desirable in our organization. Bright Horizons will oppose any attempt to limit our ability to directly communicate with our employees.

Bright Horizons is proud of its reputation and its commitment to quality child care. We realize that our employees are the key factor that makes high-quality services a reality. Together with the families we serve, Bright Horizons' employees consistently confirm their commitment to exceptional care for young children.

# Nepotism

For the purpose of this policy, the term 'relative' refers to the following relationships as established by blood, marriage, legal action, or any other relationship that may cause a conflict of interest, such as father, mother, son, daughter, brother, sister, husband, wife, grandparent, grandchild, or domestic partner. The policy applies to full- and part-time employees.



- You are not permitted to work in the same homebase or department with a relative.

- You may not be in a position to directly supervise or otherwise influence the employment status of a relative.

# Conflict of Interest

We believe that it is in the best interest of children that employees maintain an appropriate teacher-child relationship with each child in their care. It is Bright Horizons' policy that you must not enter into relationships with parents, family members, employees, or children that may impair your effectiveness in working with children. In addition, your own children may not be enrolled in a homebase where you are assigned. You also must be certain that you do not have a relationship with any customer or vendor in which you or your family members have a personal or financial interest or stake that may interfere with your ability to serve the best interests of the company.

# Babysitting

In an effort to maintain the professional status of Bright Horizons' employees and prevent any potential conflict of interest, babysitting by center/school employees for center/school children is strongly discouraged by Bright Horizons. However, if you choose to babysit, services must be outside the center/school premises and with the understanding that such arrangement and payment for services are solely between you and the child's family. Your arrangements are not sanctioned and no liability is assumed by the center, the client sponsor, or Bright Horizons. If such arrangement is made, the parents/guardians of the children enrolling in the center will be advised of Bright Horizons' babysitting policy via the Parent/Guardian Enrollment Agreement. You and the parent will be required to sign a release confirming that such arrangements are not sanctioned and no liability will attach to the center, the client sponsor, or Bright Horizons. Moreover, babysitting arrangements may not occur during working hours or on company premises. Location-specific policies that prohibit babysitting supersede this policy.

BH000052

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 41

# Administrative Leave

Under some circumstances, Bright Horizons may place an employee on administrative leave. This leave is designed to remove the employee from his/her work location during an investigation. Administrative leave may be used to protect both the company's and the employee's interests. If you are placed on administrative leave during the course of your employment, Bright Horizons requires that you maintain confidentiality and do not make contact with your location or its employees, other than your supervisor, human resources, and/or the assigned investigators, as such contact may interfere with the investigation. Moreover, it is not appropriate to contact children or families of children in our care, formerly in our care, or our clients during your time on administrative leave. The time you are on leave may be paid or unpaid, in accordance with our policy, unless superseded by state, federal, or other applicable law.

# Leaving the Company

In the event that you decide to leave the company, you are asked to give at least two weeks written notice of your resignation to allow for a smooth transition of your responsibilities. Management and professional employees are asked to give at least 30 days written notice. Bright Horizons reserves the right to pay you instead of requiring you to work through this notice period, at its sole discretion. If you leave without giving the requested notice, you forfeit consideration for re-employment with Bright Horizons, which means you will not be eligible for rehire.

A signed letter of resignation addressed to your supervisor is required as written notice. The letter must state your reason for leaving and your intended last day of work.

Bright Horizons considers any one of the following as a voluntary resignation:

- Failure to return to work on the next regularly scheduled workday following the expiration of an approved leave of absence.

- Absence from work for two consecutive scheduled days without approval or proper notice to your supervisor.

- Failure to submit the proper leave of absence forms within the stated time guidelines.

Involuntary termination or dismissal may occur under the following situations:

- Layoff due to lack of available work for employee.

- Employee's inability to meet the minimum standards of job performance.

- Violation of company policy.

Employees who are involuntarily terminated due to inadequate job performance or violation of policy are not eligible for rehire within Bright Horizons and are prohibited from returning to Bright Horizons' property.

# Final Pay/Return of Property

Before leaving Bright Horizons, you must return all property, including but not limited to materials such as manuals, handbooks, ID cards, keys, card readers, credit cards, parking passes, computer equipment, office equipment, cellular telephones, pagers, and club memberships.

If you owe the company money or are responsible for any lost or damaged property, you are obliged to settle your accounts either in cash or by authorizing the appropriate amount to be deducted from your final pay. If Bright Horizons owes you wages for hours worked, you will receive a final paycheck. Employees will be responsible for benefits payments through their last day of full-time employment and, if applicable, deductions will be prorated.

In the event that you are leaving the company with a negative sick and/or vacation time balance, the outstanding balance will be deducted from your final paycheck, unless superseded by state wage and hour regulations.

Expectations and Accountability          41



BH000053

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 42

# Insurance Termination

All benefits end on your last day of employment or on the day that you become ineligible for benefits. Consistent with COBRA requirements, you may elect to continue your medical, dental, or healthcare flexible spending coverage for an additional 18 months when you lose coverage under the plan due to separation from employment (for any reason other than gross misconduct) or because of a reduction in work hours. If you were covered under the company's medical, dental, or healthcare flexible spending plan, you will be notified by Bright Horizons' benefits department of your right to continue coverage under COBRA. Information regarding COBRA will be mailed directly to your home address. Please make certain your supervisor has your current home address, so these materials can be delivered to you properly.

Your covered spouse and/or dependents will be offered the opportunity to maintain continuation of coverage for 36 months if you remain with the company and they lose coverage under the plan because of an event other than your separation from employment or reduction in work hours.

If you were covered under our employer-paid life insurance program or if you contributed to a voluntary life insurance policy through Bright Horizons, you have the option of converting to a non-group policy.

# Exit Interview Process

If you leave Bright Horizons, you will be asked to complete an exit interview. The purpose of an exit interview is to provide you with the opportunity to discuss your reasons for leaving. These questionnaires are collected by the human resources department. Your responses are used to understand why you are leaving the company and to see if you have suggestions for improvement. They are shared with your supervisor and the human resources department. You are welcome to contact your next level supervisor and/or the human resources department to share any issues or concerns regardless of your reason for separation.

# Employment References

It is Bright Horizons' policy to provide verification of employment, job location, job title, and dates of employment in response to requests for employment references.

Bright Horizons, with a written authorization and release signed by you, may disclose factual, non-subjective information to a reference contact. The written authorization and release must state that you release and indemnify Bright Horizons and the individual providing the reference from any liability associated with the reference. If disclosure is mandated by local law, Bright Horizons may, at its sole discretion, elect to share a "do not rehire" designation with a potential employer.

Bright Horizons may release information to cooperate with legal, safety, and medical officials who need to know specific employee information or as law or regulation may require.



42   Expectations and Accountability

BH000054

**Exhibit U**

# Your Health and Safety

Commitment to Safety

Safety Responsibilities

Personal Property

Hazardous Items

Health Appraisals

Serious Disease Notification

Smoking

Universal Precautions

Hepatitis B Vaccine

First Aid/CPR Training

Emergency Preparedness

BH000055

Exhibit U



# Bright Horizons
# Commitment to Safety

## Caring to Keep Our Children and Employees Safe

Bright Horizons is committed to providing safe environments for our employees and those we serve. We are committed to eliminating the causes of workplace accidents and to responding promptly and effectively to all safety issues. We can accomplish this critical company objective when every employee:

- Thinks about working safely and practices safe work habits.

- Reports unsafe conditions and unsafe work habits to a supervisor.

- Promptly reports any injuries, regardless of how minor, to a supervisor.

- Makes suggestions about how to improve safety in the workplace.

- Participates actively in all aspects of our safety program.

Unfortunately, accidents affecting our children, employees, and clients do occur. We will monitor workers' compensation claims to be certain that every employee obtains prompt and appropriate medical care, receives timely and empathetic communication, and can return to work as soon as possible.

If you ever have a question or concern regarding workplace safety, you should contact your supervisor directly, or Bright Horizons' risk manager at 888-348-2991, ext. 8047.



44

BH000056

Exhibit U



# Safety Responsibilities

Each member of the Bright Horizons community has the responsibility to follow safe work practices at all times. This means utilizing safe lifting techniques when lifting children or objects and following all location safety procedures (e.g., safe diaper changing and hygiene practices). If you see a slip, trip, or fall hazard, immediately take corrective action before an accident occurs. Don't hesitate to speak to your supervisor or safety committee representative about safety hazards or concerns regarding your safety or the safety of children.

Our locations are involved in a variety of ongoing internal safety activities in which you will participate. These include conducting safety inspections; reporting, documenting, and investigating child or employee accidents; holding safety meetings; and completing employee safety training as needed. You are responsible for performing daily activities in a safe manner. Willful violations of workplace safety guidelines will result in progressive disciplinary action.

If you would like additional details or information on employee safety responsibilities, please ask your supervisor or refer to the Risk Management Section on BrightWeb or to the Bright Horizons' Commitment to Safety section, which is included in this handbook and posted in your location. You may feel free to contact the Bright Horizons' risk manager any time at 888-348-2991, ext. 8047.

# Personal Property

Bright Horizons is not responsible for personal property (purses, bags, backpacks, briefcases, etc.) and their contents while at the location. Therefore, large sums of money, credit cards, valuables (jewelry), and other important personal information should not be brought to the location. All personal property should be stored in a closet or a locked area, if available. Personal effects should not be left out in the classroom, on your desk, or in any common area within the location. If you experience a theft, please immediately report it to your supervisor, so measures can be taken to investigate the incident.

# Hazardous Items

If you work in a center or school, it is your responsibility to ensure that children are not exposed to potentially hazardous items that may be in your personal effects such as keys, adult scissors, prescription or over-the-counter medication, known allergens (e.g. nuts), or choking hazards. Therefore, these items are not allowed to be used in the classroom or in any common area where children may be. Medication is to be stored in an adult-only area, such as adult restrooms, staff rooms, resource rooms and any other areas designated as adult-only areas in your location, and should only be taken in these areas. This does not include any area in the classroom such as the teacher prep area or closet.

# Health Appraisals

In our centers and schools, to be certain that Bright Horizons' health requirements are maintained, you are required to obtain a pre-employment health appraisal and regular physical examinations as required by state and local licensing authorities after you receive an employment offer. The health appraisal must meet Bright Horizons' and all applicable state licensing requirements. If you are returning from a medical leave of absence or family/medical leave of absence, you will be required to provide documentation from a physician confirming that you are able to return to work. You will be responsible for the cost of your health appraisal.



For Your Health and Safety          45




BH000057

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 46



# Serious Disease Notification

If you have a serious or infectious disease, you may work as long as you are physically and mentally able to perform the duties of your job without undue risk to your own health or that of other employees, children, or families.

If you have an infectious or communicable disease (as defined by your local department of public health) including but not limited to chicken pox, tuberculosis, or hepatitis B, you may work as long as:

- You are physically and mentally able to do so without undue risk to your own health or that of other employees, children, or families

- You have been symptom free for at least 24 hours

- You can provide written clearance from your medical provider or local department of public health (if necessary) to return to work

If there is any concern or suspicion of infectious or communicable disease or if you are diagnosed as having a serious or infectious disease, we require that you inform your supervisor immediately. Restrictions regarding confidentiality of medical information will be followed. Your supervisor will work closely with you, your physician, and the local health department (if necessary) to ensure that you are able to perform job duties safely and according to your job description and will make any and all reasonable accommodations available to allow you to do so in light of any restrictions you may have.

All locations comply with applicable occupational safety regulations concerning employees exposed to blood or other potentially infectious materials. As a Bright Horizons employee, you are responsible for fulfilling your duty regarding all safety regulations. If you have concerns regarding working with or performing services for anyone known or suspected of having a serious disease, you need to discuss those concerns with your supervisor.

# Smoking

Bright Horizons recognizes that smoking and use of tobacco products in the workplace may adversely affect employees and children. Accordingly, smoking or chewing tobacco is prohibited on all Bright Horizons' premises (including all property). This smoking policy applies to all employees, families, and visitors while on the location's premises. Employees are provided scheduled breaks during the day that may be used for smoking or other activities. Additional breaks for smoking will not be provided.

# Universal Precautions

If you provide direct care to children, you will receive initial and annual training on the risks of occupational exposure to blood-borne pathogens and measures to reduce or eliminate risk. Attendance at each blood-borne pathogens training is mandatory. As an employee of Bright Horizons, you must adhere to the company's infection control policies and universal precautions.

Universal precautions require that you consider every person, all blood, and most bodily fluids to be potential carriers of infectious disease. The policy of adherence to the universal precautions is strictly enforced by Bright Horizons for the benefit and protection of every employee and child.

# Hepatitis B Vaccine

If there has been a definite exposure to hepatitis B in your location, Bright Horizons will offer you the hepatitis B vaccine series unless you have proof that you have already received the series or are known to be immune. In many cases, the cost of the series may be covered by your medical insurance. If not completely covered, Bright Horizons will pay the difference or the total cost. You need to provide verification of your vaccination and a bill for the outstanding balance if you are requesting reimbursement.

46   *For Your Health and Safety*



BH000058

Exhibit U


# First Aid/CPR Training

Bright Horizons requires that you complete and maintain approved first aid training. CPR training is required for some employees to meet location-specific and licensing requirements. You are required to maintain current and up-to-date first aid and CPR certifications and to submit certificates of completion to your supervisor for your personnel file.

# Emergency Preparedness

In order to secure the safety of children and employees, standard emergency response procedures have been developed for each location. A copy of the Bright Horizons Emergency Preparedness Plan is available from your supervisor. You are required to follow location policies for emergency response in the event of fire, earthquake, or other natural disaster. You are required to participate in safety training programs and drills as required by state and federal regulations and licensing standards.

Documentation of safety training and emergency response drills is required. Copies of documentation are maintained in location logs and your personnel file as needed.



*For Your Health and Safety*    47

BH000059

Exhibit U



# Time Away From Work

Time-Off Requests
Paid Time Off
Holidays
Jury Duty
Voting
Family and Volunteer Leave
Bereavement Leave
Leave of Absence
Requesting a Leave of Absence
Types of Leave of Absence
Breastfeeding Period
Workers' Compensation

BH000060

Exhibit U

# Time-Off Requests

Bright Horizons provides a variety of time-off options to support employees who may need time away from work to attend to personal, family, medical, or other issues. Requests for time off should be made in accordance with location-specific procedures. Please refer to your location-specific policy for requirements and request forms.

# Paid Time Off

Vacation and sick time are available to all full-time or other classifications of employees, if required by local, state, or federal law. You will start accruing vacation time and may use accrued vacation time only after 90 days of continuous full-time employment. The vacation and sick plans vary by exempt/non-exempt status and may differ slightly by location. You will receive the vacation and sick plan of the location in which you work. Bright Horizons requires that vacation time be used before unpaid vacation time can be granted and that sick time be used before unpaid sick time can be granted, except in the following instances:

- On some occasions, due to low enrollment in a center or school, Bright Horizons may determine that it is necessary to send you home for the day. You may use vacation time or unpaid time in this situation.

- If you are out sick but not on a leave of absence and do not have any sick time left, you may use vacation time upon request, but you will not be required to do so.

Note: Sick time cannot be substituted for vacation time.

For guidance regarding leaves of absence, please refer to Bright Horizons' Leave of Absence Policy. At Bright Horizons, a leave of absence is considered an absence from work of more than two weeks. If you anticipate that you will be out of work for more than two weeks, please complete the Leave of Absence Request form prior to your absence.

Vacation and sick allowances are based on a 40-hour-per-week schedule. If you work between 30 and 40 hours per week, you will accrue vacation and sick time on a prorated basis. Sick time is intended to be used for your own illness

or to care for a family member as defined by state, federal, or other applicable law. (If you take time off due to medical reasons, you may be required to provide a doctor's note upon your supervisor's request when you return to work.)

Vacation and sick time balances may be carried over into the next calendar year. However, if you reach the maximum allowed balance of vacation or sick time (see location-specific vacation and sick policy), you will not accrue additional time until you use some vacation or sick time and the balance drops below the maximum.

Vacation time is accrued through your last day worked. Unused vacation time will be paid upon separation from the company or if you change from full-time to part-time status. Unused sick time will not be paid. In the event you leave the company with a negative vacation or sick balance, the outstanding balance will be deducted from your final paycheck.

# Holidays

Bright Horizons designates and observes certain days each year as holidays. Full-time employees (30 or more hours per week) are eligible upon hire for holiday pay. There is no waiting period before you are eligible to receive holiday pay. Temporary and part-time employees and employees who are on unpaid status, such as a leave of absence, are not eligible for holiday pay.

Except where location-specific policies apply, full-time employees are eligible to receive holiday pay if they are normally scheduled on the day that the holiday is observed. They will be paid for the number of hours they are normally scheduled. Full-time employees who work a five day, 40 hour workweek are  eligible to take a day off with pay for each holiday observed up to a maximum of 72 hours per calendar year. If you are a full-time employee working less than a 40 hour workweek, you will receive a prorated number of holiday hours. If applicable, special provisions, including reaching the 72 hour maximum, will be made if you work a compressed workweek.

*Time Away From Work*          49

BH000061

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 50

To receive holiday pay, you must be at work or on an authorized absence on the days immediately preceding and immediately following the day on which the holiday is observed. If the holiday falls on a scheduled workday, you will receive holiday pay. If you are absent on one of these days due to an illness or injury, your supervisor may reserve the right to verify the reason for the absence and may approve holiday pay. (A doctor's note may be required.) If you are not scheduled to work on the day the holiday is observed, you will not be eligible for holiday pay.

A holiday that occurs on a Saturday or Sunday generally will be observed on either the preceding Friday or the following Monday, typically whichever day of the workweek is closest to the observed holiday.

There are centers/schools with location-specific policies that may provide a different amount of paid holiday time. Each center/school management team is responsible for publishing the schedule of holidays each location will observe during each calendar year. In client-sponsored locations, each location develops its own schedule in consultation with the client.

In some cases, if your assigned location is closed for a holiday, you may be assigned to work in another location. If you are unwilling to report to work at the alternate location, you will not be paid for the day.

If your location observes more or less than nine holidays per year, you will be eligible to be paid for nine holidays, unless a location-specific policy applies. If your location is closed for more than nine holidays, the additional days may be considered as part of your vacation time. If your location observes fewer than nine holidays, you may be eligible for 'equal time off.' Equal time off will be scheduled by your supervisor and must be used within the calendar year. However, there are some instances with client-sponsored locations where you will be paid according to the sponsor's holiday schedule. If you leave the company, you are not eligible to receive pay for unused holiday time.

Bright Horizons recognizes that you may wish to observe certain days not included in the regular holiday schedule, such as periods of worship or commemoration. Please

request time off using the time-off request procedure at your location. Your supervisor will make every effort to accommodate your request based on current staffing requirements. If the time off is approved, it may be taken as a floating holiday, if available, vacation time, or as an unpaid, excused absence.

## Jury Duty

If you are called to serve for jury duty, Bright Horizons will pay up to five working days (up to 40 hours maximum) of jury duty pay per calendar year based on the normally scheduled number of hours worked for full-time and part-time employees working 20 hours or more per week, or as required by state or local law. If you are called for jury duty, you will be paid the difference between your basic salary and any amount received from jury duty pay. To qualify for this supplement, you must:

- Return to work if you are released from jury duty early enough in the day to make returning to work practical.

- Make every reasonable effort to report to work as scheduled if your normal work hours are different than your jury duty schedule.

- Report to work if you are not scheduled for jury duty on any regularly scheduled workday.

- Submit a certification of jury duty (provided by the court) and a copy of the payment voucher to your supervisor. The payroll department will then adjust your pay accordingly.

## Voting

Employees are encouraged to vote outside of work hours if adequate time is available before and after work. If the time is taken during working hours employees must request time off to vote prior to Election Day. Please refer to state-specific laws to determine if voting time is paid or unpaid.

50   Time Away From Work



BH000062

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 51

# Family and Volunteer Leave

Bright Horizons allows excused time away from work without pay for various family, school, or volunteer activities as required by state law. All full-time employees, or other classifications of employees, as required by state or federal law, may schedule such leave with the approval of his or her supervisor. Such leave may include, but is not limited to: school visitation, volunteer service, or to attend medical appointments for family members. The leave is unpaid; however, available sick time may be used for medical appointments and vacation for other purposes. Please refer to state-specific laws for guidance on what applies in your state.

# Bereavement Leave

If you are a full-time employee or part-time employee working 20 or more hours per week, you are eligible immediately upon employment for up to three days with pay to attend to matters relating to the death of an immediate family member. Immediate family members include your parents, spouse, domestic partner, children, brothers, sisters, legal guardian, and spouse's or domestic partner's parents. Your supervisor may request confirmation of your time away from work. A one-day leave without loss of pay will be granted to employees for the death of a grandparent, grandchild, sister-in-law, brother-in-law, niece, or nephew.

With your supervisor's approval, you may take up to one full day without pay to attend funerals of other relatives and friends. If you prefer, vacation time may be used for this purpose. If you are notified of the death of a relative while at work, that day shall not be considered bereavement leave. The purpose of bereavement pay is to reimburse employees for working days lost. As such, bereavement pay will not be granted if you are out on unpaid leave.

# Leave of Absence

Bright Horizons recognizes there are times when you may need to be absent from work for personal, family, medical, or other reasons. If you are absent from work for more than two weeks or anticipate that you may be out of work for more than two weeks, please complete the leave of absence request form prior to your absence. For absences of more than two weeks you are required to apply for an unpaid leave of absence under one of the following categories:

- Personal

- Educational

- Military

- Medical

- Domestic Violence/Sexual Assault

- Family Medical Leave Act (FMLA)

- Intermittent FMLA (IFMLA)

- Military FMLA

- California Pregnancy Disability (PDL)

- California Family Rights Act (CFRA)

- California Paid Family (PFL)

- New Jersey Paid Family

- Extended Medical

- Other leaves of absence — Several states have their own specific laws for leaves of absence. Employees will be subject to the federal FMLA guidelines unless more generous guidelines are permitted under applicable state law.

*Time Away From Work*     51



BH000063

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 52

Leaves of absence are unpaid; however, depending on the type of leave taken, you must use accrued vacation and/or sick time before unpaid time is used, unless you are receiving state or company disability payments. You may reserve up to one week of both vacation and sick time should you elect to do so. Substitution of paid leave time for unpaid leave time does not extend the length of the leave. Accrued vacation and sick time may be used during leave for your own serious health condition or to care for a covered family member with a serious health condition. In addition, you may use vacation time during leave to care for a newborn or newly placed child.

You do not accrue sick or vacation time while on an unpaid leave of absence. However, if you are being paid vacation and/or sick time while on leave, you will accrue on those hours. The length of any approved leave will be determined at the discretion of the company based on individual circumstances and all applicable federal and state regulations. If, during an approved leave, you accept employment outside of Bright Horizons that would conflict with the basis for your leave, be considered a conflict of interest, or affect your ability to return to work, you forfeit any right to re-employment.

Bright Horizons does not permit the "stacking" of leaves of absence or adding two leaves together with the exception of adding a personal leave of absence onto a Medical or FMLA leave (see sections on Medical Leave and FMLA) to care for a newborn child or in instances where federal or state laws require additional leave.



52   Time Away From Work

# Requesting a Leave of Absence

### To Apply
To apply for a leave of absence, you must complete a Leave of Absence Request form and submit it to your supervisor. You should refer to the Leave of Absence Policy on the form for further instructions or requirements that apply to the particular leave you are requesting or any additional forms or documents that may be required. Leaves not governed by state or federal laws must be approved by your supervisor and the benefits department.

### Advance Notice and Medical Certification
If your need for an unpaid leave of absence is foreseeable, you must provide a 30 day advance notice to your supervisor.

If your leave of absence is for a serious health condition for you, your spouse, your child, or your parent, you will need to obtain certification from the healthcare provider. This certification must be received within 15 days from the date of disability. You may be required to provide re-certification from the healthcare provider if additional leave is required.

If the leave is needed for a non-emergency, planned medical treatment, or supervision of a family member, you must provide advance notice and make a reasonable effort to schedule the treatment or supervision to avoid disruption to company operations.

### Return to Work
While on leave, you should keep your supervisor informed of your progress/status. Your JPA is designed to evaluate the achievement of performance goals, and it is important that each review include your recent performance. Therefore, if your absence exceeds 30 days, your date of next review will be extended by the amount of time equal to your time away from work.

If your leave is of a medical nature, in order to return to work, you will be required to provide your supervisor with a signed Certification by Physician for Employee to Return



BH000064

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 53



to Work form indicating that you are able to return to work with or without restrictions, and what accommodations, if any, are requested.

If your benefits are cancelled due to your leave status, you will be offered COBRA for any health-related benefits you were actively enrolled in prior to your leave and information on your conversion options under the life insurance plan. Health-related benefits may include, but are not limited to, medical, dental, vision, and healthcare FSA.

If you do not return to work at the expiration of your leave, Bright Horizons will consider that you have resigned your position, and you will be separated from active employment. In some instances, Bright Horizons may recover premiums paid to maintain health coverage if you fail to return to work following a leave of absence.

# Types of Leave of Absence

## Personal Leave of Absence

A personal leave of absence may be approved, at your supervisor's discretion, for you to attend to matters of a personal nature.

**Eligibility**
If you have completed 90 days of employment with Bright Horizons, you may apply for a personal leave of absence if you need to be away from work more than two weeks.

**Length of Leave**
Up to 12 weeks per rolling 12 month period.

**Benefits**
In order to maintain benefits you must be paid a minimum of 30 hours of vacation time per week. After accrued vacation time has been paid, your benefits will cease. If you are enrolled in any health-related benefit plans prior to your leave, you will be able to continue your coverage through COBRA.

**Return to Work**
Every effort will be made to have you return to work. However, due to the need for precise staffing in our field and other legitimate business needs, a return to work will be subject to the conditions of employment at the time of return. We are not able to guarantee that your position, pay, or schedule will be maintained.



## Educational Leave of Absence

An educational leave of absence may be approved, at your supervisor's discretion, for you to participate in a job-related educational program.

**Eligibility**
If you have completed two years of full-time employment with Bright Horizons, you may apply for an educational leave of absence.

**Length of Leave**
For the period of the program, up to six months per rolling two-year period.

**Benefits**
In order to maintain benefits you must be paid a minimum of 30 hours of vacation time per week. After accrued vacation time has been paid, your benefits will cease. If you are enrolled in any health-related benefit plans prior to your leave, you will be able to continue your coverage through COBRA.

**Return to Work**
Every effort will be made to have you return to work. However, due to the need for precise staffing in our field and other legitimate business needs, a return to work will be subject to the conditions of employment at the time of return. We are not able to guarantee that your position, pay, or schedule will be maintained.



BH000065

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 54

## Military Leave of Absence

A military leave of absence may be approved for you to serve active or reserve duty. Under the Uniformed Services Employment and Reemployment Rights Act (USERRA), employees who voluntarily or involuntarily leave employment for military duty are entitled to an unpaid leave of absence for military service, with reinstatement rights.

Bright Horizons complies with benefit continuation and reinstatement requirements of USERRA.

### Eligibility
Upon hire.

### Length of Leave
Length of duty, up to a cumulative five-year period.

### Benefits
If you take an unpaid leave of absence that is covered under USERRA, you and your dependents may continue medical, dental, vision, or healthcare FSA coverage during your leave for up to 24 months. The 24 month continuation period will run concurrently with the 18 months of coverage continuation provided under COBRA. Please refer to your Summary Plan Description for more details.

Your cost for continuing coverage is based on the length of your leave as follows:

- If your leave is less than 31 days - You may continue coverage, provided you pay your share of the cost of coverage.

- If your leave is 31 days or more - You may continue coverage, provided you pay the COBRA rate.

- While on military leave, you may maintain your non-health-related benefits (excludes medical, dental, vision) for a maximum of 12 weeks. Please note injuries sustained in the line of duty are not covered by our disability and life insurance plans.

You have the right to make up 401(k) deferrals that you would have been able to make had it not been for the period of military service. The time period for you to make up the contributions begins on the date of reemployment and ends in five years or on the last day of three times the military service period, whichever is earlier.

### Return to Work
You must report back to work upon the completion of military service, and you will be reinstated to the same or an equivalent position as long as your military service did not exceed five years and you were not dishonorably discharged.

## Medical Leave of Absence

A medical leave of absence is for medical reasons for which the condition and/or employee status does not qualify you for Family/Medical Leave of Absence (FMLA). Medical leave is for your own illness, not for family members who are ill. A certification from your healthcare provider certifying that a leave is needed for medical reasons is required. This certification must be received within 15 days from the date of disability. You may be required to provide recertification from the healthcare provider if additional leave is required.

### Eligibility
If you have completed 90 days of employment with Bright Horizons or are eligible under state or federal law, you may apply for a medical leave of absence.

### Length of Leave
Up to 12 weeks per rolling 12 month period.

### Benefits
You will be required to use a minimum of 30 hours per week of accrued sick and/or vacation time to maintain your benefits at the start of your leave. After accrued time is paid, you will be allowed to continue your benefits two additional biweekly pay periods by remitting the proper co-payments. If proper payment is not received, your benefits will be cancelled and you will be offered COBRA. After co-payment ends, your benefits will cease. If you are enrolled in any health-related benefit plans prior to your leave, you will be able to continue your coverage through COBRA.

54    Time Away From Work



BH000066

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 55



### Return to Work

Every effort will be made to have you return to work. However, due to the need for precise staffing in our field and other legitimate business needs, a return to work will be subject to the conditions of employment at the time of return. We are not able to guarantee that your position, pay, or schedule will be maintained except in cases where state or federal law mandate otherwise. Upon return to work, you must provide your supervisor with a signed Certification by Physician for Employee to Return to Work form indicating that you are ready to return to work.

## Domestic Violence/Sexual Assault Leave of Absence

A domestic violence/sexual assault leave of absence is available to an employee who is a victim of domestic violence or sexual assault and needs to take time off of work to address issues arising from the domestic violence or sexual assault. Such activities may include but are not limited to:

- Seeking medical attention or mental health counseling

- Obtaining services from a victim services organization, such as a domestic violence shelter or rape crisis center

- Participating in safety planning activities, such as relocation or securing a home

- Seeking legal assistance

### Eligibility

Upon hire, if you are a full-time or part-time employee working 20 hours or more per week, or as required by state or federal law, you are eligible for DV/SA LOA.

### Length of Leave

You may take up to 30 days, or longer if required by law, of unpaid DV/SA LOA within a rolling 12 month period. You

must use accrued vacation and/or sick time before unpaid leave is used. You may reserve up to one week of both vacation and sick time should you elect to do so. However, an employee cannot extend the length of the leave by substituting paid leave time for unpaid leave time. DV/SA LOA will run concurrently with FMLA entitlements, if applicable.

### Benefits

If you are eligible for FMLA, please see benefits applicable to FMLA. If you are not eligible for FMLA, you will be required to use a minimum of 30 hours per week of accrued sick and/or vacation time to maintain your benefits at the start of your leave. After accrued time is paid, you will be allowed to continue your benefits two additional biweekly pay periods by remitting the proper co-payments. If proper payment is not received, your benefits will be cancelled and you will be offered COBRA. After co-payment ends, your benefits will cease. If you are enrolled in any health-related benefit plans, you will be able to continue coverage through COBRA.

### Certification

Bright Horizons will require certification regarding the precipitating incident to establish your eligibility for the DV/SA LOA. You may meet the certification requirement by providing the following:

- A copy of a police report or court record related to the domestic violence or sexual assault situation

- A signed written statement from a victim services organization, attorney, court advocate, doctor, or other professional from whom you sought assistance to address the domestic violence or sexual assault situation

### Return to Work

Under most circumstances, upon return from DV/SA LOA, Bright Horizons will reinstate you to the same job or to an equivalent job with equivalent pay, benefits, and other employment terms and conditions.

*Time Away From Work*    55

BH000067

Exhibit U



# Family/Medical Leave of Absence (FMLA)

Family/medical leave of absence (FMLA) is time permitted for the birth of your child; for placement of a child with you for adoption or foster care; for you to care for a spouse, child, same-sex domestic partner, or parent who has a serious health condition; or for a serious health condition that makes you unable to perform your job. If your leave of absence is for a serious health condition for you, your spouse, your child, or your parent, you will need to obtain certification from the healthcare provider. This certification must be received within 15 days from the date of disability. You may be required to provide re-certification from the healthcare provider if additional leave is required.

### Eligibility

If you have been employed with Bright Horizons for at least 12 months and have worked at least 1,250 hours in the previous 12 months, you are eligible for FMLA.

### Length of Leave

Up to 12 weeks within a rolling 12 month period measured backward from the first day of the leave. The length of leave may vary if greater rights are permitted under applicable state laws. State and federal leave entitlements run concurrently unless excluded by state law.

### Connecticut, Washington, DC

16 weeks in a 24 month period.

### Tennessee

Four months in a 24 month period.

### Rhode Island, Colorado

13 weeks in a 12 month period.

### Massachusetts

Full-time employees who have worked three months are entitled to eight weeks for the birth of a child or the adoption of a child younger than 18 or a disabled child younger than 23. Leave will run concurrently with FMLA if qualified. If not, then same guidelines as MLOA will apply for benefit co-pays.

### New Jersey

12 weeks for care of a newborn or family member with a serious health condition. Benefits will be maintained as long as the leave runs concurrently with FMLA. Also, see separate New Jersey Paid Family Leave explanation.

### California

See separate California Family Rights Act and Pregnancy Disability Leave explanations.

### Washington State

Pregnancy disability leave (period of time employee is deemed as disabled by a physician) runs concurrent with FMLA, if applicable. Once a woman's disability due to pregnancy or childbirth has ended, she is entitled to 12 weeks of Washington Family Leave to care for her newborn. Benefits will be maintained as long as the leave runs concurrently with federal FMLA leave.

# Intermittent FMLA (IFMLA)

You may request intermittent FMLA (IFMLA) for your own serious health condition or that of your spouse, qualifying child, or parent. IFMLA can be taken in segmented periods of time or as a temporary reduction in your normal weekly or daily work schedule. IFMLA can be taken in increments to the shortest period of time that the payroll system allows. IFMLA will count towards your total FMLA entitlement.

### Eligibility

If you have been employed with Bright Horizons for at least 12 months and have worked at least 1,250 hours in the previous 12 months, you are eligible for IFMLA.

### Length of Leave

Up to 12 weeks within a rolling 12 month period measured backward from the first day of the leave. The length of leave may vary if greater rights are permitted under applicable state laws. State and federal leave entitlements run concurrently unless excluded by state law.



56   Time Away From Work



BH000068

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1 4/24/2012 10:55 AM Page 57

### Benefits

If you are taking FMLA or IFMLA, you can continue to participate in all benefit plans in which you were enrolled prior to the first day of the leave for up to a maximum of 12 weeks. Bright Horizons and you will co-pay insurance premiums during this 12 week period.

To continue health insurance coverage during leave, you may pay your share of co-pay insurance premiums in advance of your leave or submit payment coupons with your portion of the payment, which is due after receipt of the last payroll check for paid time. Coupons will be sent with your leave of absence notification letter. If payment is not received, your benefits will be cancelled for nonpayment. When the co-payment period expires, Bright Horizons will notify you of your conversion options under the life insurance program, and Bright Horizons' third party COBRA administrator will notify you of your eligibility to continue health insurance coverage under COBRA. In some instances, Bright Horizons may recover premiums paid to maintain health coverage if you fail to return to work following FMLA.

### Return to Work

If you are taking FMLA or IFMLA, in order to return to work, you must provide your supervisor with a signed Certification by Physician for Employee to Return to Work form indicating that you are able to return to work. Under most circumstances, upon return from FMLA, you will be reinstated to the same job or to an equivalent job with equivalent pay, benefits, and other employment terms and conditions. In addition, your use of FMLA will not result in the loss of any employment benefit that you earned or were entitled to before using FMLA.

## Military FMLA

### Military Caregiver Leave (Covered Servicemember Leave)

You may be eligible if you are the spouse, son, daughter, parent, or next of kin of an eligible service member who is recovering from a serious illness or injury sustained in the line of duty. Military caregiver leave will run concurrently with all other types of FMLA.

### Qualifying Exigency Leave

Any covered military member serving in the National Guard or Reserves to use for "any qualifying exigency" arising out of the fact that a covered military member is on active duty or called to active duty status in support of a contingency operation. Qualifying exigencies may include:

- Short-notice deployment
- Military events and related activities
- Child care and school activities
- Financial and legal arrangements
- Counseling
- Rest and recuperation
- Post-deployment activities

### Eligibility

If you have been employed with Bright Horizons for at least 12 months and have worked at least 1,250 hours in the previous 12 months, you are eligible for Military FMLA.

### Length of Leave

Up to 12 weeks within a rolling 12 month period. Under some circumstances, you may take FMLA intermittently, which means taking leave in blocks of time or by reducing your normal weekly or daily work schedule, as medically necessary.

### Benefits

If you are taking Military FMLA, you can continue to participate in all health plans in which you were enrolled prior to the first day of the leave, for up to a maximum of 12 weeks. Bright Horizons and you will co-pay insurance premiums during this 12 week period.

To continue health insurance coverage, please refer to the FMLA policy.

*Time Away From Work*     57



BH000069

**Exhibit U**



2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 58

## California Pregnancy Disability Leave (PDL)

Time is permitted for your disability related to pregnancy.

**Eligibility**
No length-of-service requirement. If eligible for FMLA, leaves will run concurrently.

**Length of Leave**
Up to four months of leave (88 working days). May be taken intermittently or on a reduced work schedule as determined by the healthcare provider.

**Benefits**
You can continue to participate in all benefit plans in which you were enrolled prior to the first day of the leave, for up to a maximum of 88 days. Bright Horizons and you will co-pay insurance premiums during this period. If proper payment is not received, your benefits will be cancelled and you will be offered COBRA. After co-payment ends, your benefits will cease. If you are enrolled in the health and/or dental plan prior to your leave, you will be able to continue your coverage through COBRA.

**Return to Work**
Under most circumstances, upon return from PDL, you will be reinstated to the same job or to an equivalent job with equivalent pay, benefits, and other employment terms and conditions. In addition, your use of PDL will not result in the loss of any employment benefit that you earned or were entitled to before using PDL.

## California Family Rights Act (CFRA)

Time is permitted in California for the birth of your child or the placement of a child with you for adoption or foster care; to care for your spouse, child, or parent who has a serious health condition; or for a serious health condition that makes you unable to perform your job.

**Eligibility**
The same eligibility conditions apply as for FMLA. CFRA and FMLA leaves run concurrently with the exception that your pregnancy is not considered a serious health condition that would allow you to take CFRA leave. A woman who is disabled by pregnancy is entitled to pregnancy disability leave (PDL). Please refer to the PDL policy.

**Length of Leave**
Up to 12 weeks within a rolling 12 month period measured backward from the first day of the leave.

Under some circumstances, you may take CFRA intermittently, which means taking leave in blocks of time or by reducing your normal weekly or daily work schedule as medically necessary.

Time off from work because of your disability due to pregnancy, childbirth, or a related medical condition is not counted as time used for CFRA leave but is counted as time used for FMLA leave. If you are pregnant, you may have the right to take a pregnancy disability leave in addition to CFRA leave; contact your supervisor regarding your individual situation. Any leave taken for the birth, adoption, or foster care placement of a child does not have to be taken in one continuous period of time. CFRA leave taken for the reason of birth or placement of a child will be granted in minimum amounts of two weeks. However, the company will grant a request for a CFRA leave (for birth/placement of a child) of less than two weeks duration on any two occasions. Any leave taken must be concluded within one year of the birth or placement of your child.

**Return to Work**
Under most circumstances, upon return from CFRA, you will be reinstated to the same job or to an equivalent job

58   *Time Away From Work*


BH000070

Exhibit U

2012_Employee_Handbook_FINAL_Layout 1  4/24/2012  10:55 AM  Page 59



with equivalent pay, benefits, and other employment terms and conditions. In addition, your use of CFRA will not result in the loss of any employment benefit that you earned or were entitled to before using CFRA.

## California Paid Family Leave (PFL)

Provides paid leave for workers in California who take time off from work to bond with a new child or to care for a child, spouse, parent, or domestic partner who is seriously ill and unable to care for him/herself.

### Eligibility

All California workers who are covered by the State Disability Insurance (SDI) program are also eligible for PFL benefits. If you are requesting PFL benefits, you must complete leave of absence paperwork and follow the procedure as it applies to the applicable leave. PFL is a paid benefit that is paid by California State Disability Insurance (SDI) that you receive when you take time off to care for family members. PFL will run concurrently with applicable Bright Horizons leave for which you are eligible.

### Length of Leave

The PFL program provides a maximum of six weeks of paid family leave benefits in a 12 month period. Sick time will offset any California Paid Family Leave payments received during this period. Therefore, sick time should not be used during this period.

### Return to Work

PFL does not guarantee that you will be reinstated to the same or equivalent position. In order for your job to be protected, you must qualify for Family Medical Leave (FMLA), Pregnancy Disability Leave (PDL), or California Family Rights Act (CFRA).



## New Jersey Paid Family Leave

Provides paid leave for workers in New Jersey who take time off from work to bond with a new child or to care for a child, spouse, parent, or domestic partner who is seriously ill and unable to care for him/herself.

### Eligibility

All New Jersey workers who are covered by the Temporary Disability Insurance (TDI) program are also eligible for Paid Family Leave benefits. If you are requesting TDI benefits, you must complete leave of absence paperwork and follow the procedure as it applies to the applicable leave. TDI is a paid benefit that is paid by New Jersey State Temporary Disability Insurance (TDI) that you receive when you take time off to care for family members. New Jersey Paid Family Leave will run concurrently with applicable Bright Horizons leave for which you are eligible.

### Length of Leave

The New Jersey Paid Family Leave program provides a maximum of six weeks of paid family leave benefits in a 12 month period. Sick time will offset any New Jersey Paid Family Leave payments received during this period.

### Return to Work

New Jersey Paid Family Leave does not guarantee that you will be reinstated to the same or equivalent position. In order for your job to be protected, you must qualify for federal Family Medical Leave (FMLA) or New Jersey Family Medical Leave.

Time Away From Work          59



BH000071

Exhibit U



## Extended Medical Leave

### Eligibility
Provides additional leave after Family Medical Leave or Medical Leave has been exhausted. An Extended Medical Leave of Absence can be offered in some cases to allow the additional time needed to continue recovering from a medical condition.

### Length of Leave
Up to 12 weeks.

### Benefits
In order to maintain benefits you must be paid a minimum of 30 hours of vacation and/or sick time per week. After accrued sick and vacation time has been paid your benefits will cease. If you are enrolled in any health-related benefit plans prior to your leave and your coverage has ended, you will be able to continue your coverage through COBRA.

### Return to Work
Every effort will be made to have you return to work. However, due to the need for precise staffing in our field and other legitimate business needs, a return to work will be subject to the conditions of employment at the time of return. We are not able to guarantee that your position, pay, or schedule will be maintained except in cases where state or federal law mandate otherwise. You must provide your supervisor with a signed Certification by Physician for Employee to Return to Work form indicating that you are ready to return to work.

## Breastfeeding Period

Bright Horizons provides reasonable break time for one year after the child's birth for a nursing mother to express breast milk for her nursing child as frequently as needed by the nursing mother, unless greater provisions are allowed by state law. The frequency of breaks needed to express milk as well as the duration of each break may vary based on the mother's need. Break time for breastfeeding may or may not be paid and is compensated in accordance with state and federal requirements.

Nursing mothers will be provided a place, other than a bathroom, that is shielded from view and free from intrusion from colleagues and the public, to express breast milk or nurse. A nursing space may either be dedicated for nursing mothers or made available when needed.







BH000072

Exhibit U



# Workers' Compensation

For your protection as one of Bright Horizons' employees, you must report all personal injuries or accidents occurring at work, no matter how minor, to your supervisor immediately after the accident occurs. Failure to report may limit or prohibit payment of workers' compensation benefits.

Workers' compensation coverage is provided to all Bright Horizons employees. In addition to covering your cost of medical care necessary for job-related accidents or illness, it also provides for partial income protection for your time away from work as a result of your job-related accident or illness. State law determines the amount of income protection. In most states there is a "waiting period," which starts the day after the accident/illness or the first full day of disability related to the accident/illness. The waiting period varies from state to state and is determined by state law. You must provide your supervisor with an updated doctor's note for all ordered job restrictions or time away from work.

If you are away from work due to a job-related accident or illness that is covered under workers' compensation, Bright Horizons' leave of absence policies will run concurrently with Workers' Compensation, as applicable.

## Pay and Benefits

You may use any accrued applicable sick and vacation time during the wait period or to supplement your workers' compensation income.

While you are receiving workers' compensation benefits, you will be allowed to continue participating in any benefit plans in which you have enrolled prior to the first day of the leave (for up to a maximum of 12 weeks). Bright Horizons and you will co-pay insurance premiums during this 12 week period. You will receive payment coupons in the mail from the benefits department. If payment is not received, your benefits will be cancelled.

If you are not able to return to work within 12 weeks of the date of your accident or illness, you will be eligible to continue any health-related benefit plan coverage under COBRA.

## Return to Work

It is your responsibility to keep your supervisor informed of your progress and to provide as much advance notice as possible of the date that you expect to return to work.

You must provide your supervisor with a signed Certification by Physician for Employee to Return to Work form indicating that you are ready to return to work. Since the JPA is designed to evaluate the achievement of performance goals, it is important that each review include your recent performance. Therefore, if your absence exceeds 30 days, your date of next review will be extended by the amount of time equal to your time away from work.

If a healthcare provider indicates that you are capable of returning to work, but there are restrictions on the type of work you can perform, Bright Horizons will make reasonable accommodations for the restrictions and provide modified duty to employees injured at work, whenever possible.

If your location is not able to accommodate your light-duty restrictions resulting from your work-related injury, you may request additional evaluation through the interactive process defined in our Accommodations for Equal Opportunity Policy (see the *Environment We Create* section).



*Time Away From Work*    61

BH000073

**Exhibit U**



# Notes

BH000074

Exhibit U



2012_Employee_Handbook_FINAL_Layout 1  5/22/2012  1:39 PM  Page 63

## Notes

BH000075

2012_Employee_Handbook_FINAL_Layout 1 5/22/2012 1:39 PM Page 64

# Notes

BH000076

**Exhibit U**



© 2012 Bright Horizons Family Solutions. All Rights Reserved.

BH000077

Exhibit U



## Employee Handbook
## Acknowledgement Statement

I have received the Bright Horizons Employee Handbook and any location-specific policies, if applicable. I understand and agree that it is my responsibility to read and familiarize myself with the provisions of the Bright Horizons Employee Handbook. Also, I understand that this handbook reflects company-wide policies and that supplemental location-specific policies may apply. I acknowledge that I have received all applicable location-specific policies and agree to follow them.

In the event I leave the company with a negative sick and/or vacation time balance, I understand I will be required to repay any outstanding balance. The outstanding balance will be deducted from my final paycheck, unless superseded by state regulations.

I agree that I will not disclose any confidential information concerning either the company or any of its clients either during my employment or for one year after leaving the company. Disclosure of this confidential information is a serious matter and may result in discipline up to and including termination.

Also, I understand that the Employee Handbook is designed to be a guide to employee conduct — it is not to be considered a contract either expressed or implied — and that my employment is at-will. As a result, my employment with the company can be terminated by the company or by me at any time and for any reason, with or without cause, and with or without notice. Moreover, Bright Horizons may amend these policies, except for the employment-at-will status, without notice.

*Yulisa E. Romero*

Employee Name (please print)

Employee Signature

07-20-08

Date

*(Please complete this page, detach, and return it to your supervisor.)*

EXHIBIT

3



# LIFTING RELEASE

I, _Yulisa E. Romero_ declare that I have not in the past had any accident that restricts my ability to lift 35 pounds. I fully understand that the ability to lift children is part of my ability to perform my job.

_____
Signature

_07-14-08_____
Date



Accredited by the
National Academy
of Early Childhood
Programs

Mattel Child Development Center • 333 Continental Blvd. • Mail Stop M1-0107 • El Segundo, CA 90245-5012 • Tel:310-252-3311 • FAX:310-252-3315 • Email: CHILDDEV@Mattel.com

*Managed by Bright Horizons Family Solutions*

EXHIBIT
4

BH000180

Exhibit U

152



**Bright Horizons**
FAMILY SOLUTIONS

## JOB DESCRIPTION

**JOB TITLE:** Teacher

**SUPERVISOR'S TITLE:** Director

**Status:** Non-Exempt

**Supervisor's Name:**

### PRIMARY PURPOSE

Provide a safe and nurturing environment for children that encourages their social, emotional, physical and intellectual development. Design and implement developmentally appropriate curriculum according to guidelines established by Bright Horizons and the National Association for the Education of Young Children (NAEYC). Incorporate Bright Horizon's mission, culture, goals, values (HEART Principles), philosophies, policies, and development of an inclusive environment. Review important decisions with his/her supervisor, and maintain positive relationships with parents/guardians, children and coworkers. Ensure safety and supervision of children at all times by meeting the physical demands of the position.

### MAJOR FUNCTIONS/RESPONSIBILITIES

*Interaction Between Staff and Children*

- Interact frequently, affectionately, and respectfully by smiling, touching, and holding children. Speak in a friendly, calm, soft, courteous manner within close proximity of the child.

- Respect and observe children's interests. Intervene when needed to maintain safety. Enhance children's play with language, toys and activities.

- Communicate directly with each child at the child's level.

- Engage and communicate constructively with individual children during activities and routines. Take every opportunity to positively extend children's thinking and actions.

- Be available and responsive to children's needs, questions, and requests.

- Encourage and model social behavior and expectations which are developmentally appropriate.

- Acknowledge feelings with sensitivity and demonstrate appropriate expression of emotions.

- Practice positive discipline techniques in guiding children's behavior according to Bright Horizons' *Guidelines for Positive Discipline.*

- Be attentive, flexible and supportive of children and their families during transitions to and from classrooms.

*Curriculum*

- Implement a developmentally appropriate curriculum which reflects observations and assessments of individual children and goals jointly developed with parents/guardians.

- Design an environment which responds to children's individual developmental levels, physical and emotional needs and current interests by consulting appropriate Bright Horizons' resources (i.e., *Environmental Checklist*).

- Provide a variety of developmentally appropriate materials and activities which foster social skills and encourage children to think, problem solve, question, and experiment.

- Foster positive self-concept by supporting individuality, independence, and the ability to make choices.

- Encourage creative expression.

- Demonstrate respect for diversity by providing anti-bias, non-sexist language, images, and experiences which reflect both location and global communities.

- Plan a daily schedule which provides a balance of activities: quiet/active, indoor/outdoor, fine/gross motor, etc.



EXHIBIT

BH000382

**Exhibit U**

- Plan and implement child-oriented, self-initiated activities while limiting large group, staff-initiated activities.
- Provide more than one option for group activity and maintain flexibility in changing planned activities, according to children's interests.
- Create documentation of children's accomplishments through anecdotal notes, documentation panels and/or portfolios.

*Parent/Guardian Communication*

- Acknowledge parents/guardians and all classroom visitors.  Demonstrate a friendly, courteous and professional demeanor.
- Respond to parent/guardian comments and concerns with sensitivity, interest, and respect.  Maintain confidentiality.
- Establish and maintain a primary caregiving relationship with individual children and their families which includes initial meeting with families during orientation period.
- Invite input from parents/guardians regarding their child's development and care.
- Communicate verbally and in writing with parents/guardians daily regarding the development and specific activities of the children in their primary care.
- Plan and facilitate in regular parent/guardian conferences to discuss orientation, transitions, and developmental goals for their child based on appropriate assessment tools, (i.e., *Developmental Profiles*).
- Assist in planning and attend location/classroom events and meetings.
- Share resources with parents/guardians through discussions, articles, parent/guardian boards, newsletters, and community contacts.

*Physical Environment, Health, Safety, and Nutrition*

- Maintain and follow all safety and health rules of the location.
- Supervise children at all times.  Demonstrate awareness of entire group whether working with a small group or individuals.
- Know the number of children in your group and maintain ratios at all times.
- Maintain accurate attendance records throughout the day.
- Complete appropriate paperwork (i.e., accidents, medication, and allergies).
- Encourage children to utilize appropriate health, safety and nutritional practices.
- Keep the environment and equipment safe, clean, and attractive.  Encourage respect for classroom materials. Notify designated individual in advance when supplies are needed.
- Arrange space in clearly defined, well organized activity areas.
- Organize a variety of materials on low, open shelves for children to use independently

*Professionalism*

- Maintain confidentiality about issues concerning other staff members, children and families or Bright Horizons management and operations.  Must not involve parents/guardians in location concerns.
- Demonstrate knowledge of ages and stages of development.  Understand the general areas of physical, social, cognitive and emotional development for this age group.
- Support organizational mission, philosophies values, goals, and policies to parents/guardians, coworkers, and community.
- Ensure continuity of care for children by reporting to work on time and maintaining consistent attendance, arranging and communicating leave requests in advance.

3/2008
HR - Job Description – Teacher

2 of 4

BH000383

**Exhibit U**

- Respect and adhere to staffing schedules which may be adjusted as program needs change and may include working in another classroom.
- Demonstrate flexibility and openness to new ideas in child care practices.
- Attend staff meetings, training sessions, and other location events.
- Respond to location and organizational needs by attending regional training, contributing to a newsletter, serving on a task force, or substituting at another location.
- Continue professional growth by attending courses, asking for feedback, and reading professional literature.
- Receive constructive criticism with an attitude that indicates a willingness to improve. Give feedback in a respectful manner.

### Teamwork

- Establish and maintain a relationship of cooperation and respect with coworkers.
- Assume a fair share of work. Look for ways to be helpful. Demonstrate initiative.
- Assume additional classroom and location responsibilities as needed: kitchen, pets, children's files, etc.
- Offer and share ideas and materials with coworkers.
- Participate actively in teaching team through communication, collaboration, and curriculum planning.
- Communicate directly, work to resolve conflicts quickly, and avoid gossip.
- Exercise care in expressing views regarding the personal attributes or professional conduct of coworkers. Statements are based on first-hand knowledge and relevant to the interests of children and programs.

### Physical Demands

- Follow state, federal and Bright Horizons' guidelines including immunizations, employment physical, and required health and safety training.
- Ensure children's safety while performing the following job functions:
  - Frequently lift, move, or hold children with a range of weight from 10 to 40 pounds. (Occasionally lift, move, or hold weight more than 40 pounds).
  - Supervise and interact daily with children outdoors for extended periods in varied weather conditions.
  - Demonstrate full range of motion to lift, reach, squat, climb, sit, and otherwise fully participate in activities.
  - Respond immediately and appropriately to multiple or unexpected situations or emergencies.
  - Maintain mental and physical alertness and an appropriate level of energy to perform essential job requirements.

### REQUIREMENTS (Must meet State requirements)

#### Education

- Must meet state requirements for Teacher and additional center/school requirements may apply
- High School diploma/GED required. Related college-level course work or CDA course work preferred CDA or working towards an Associate's or Bachelor's degree is preferred.

#### Experience

- Must meet state experience requirements for Teacher, 12 months of professional teaching experience preferred
- With Regional Manager approval, extensive teaching experience may substitute for education

9/2008
HR – Job Description – Teacher

3 of 4

BH000384

Exhibit U

*Melissa*

requirements, provided professional development plan is in place.

- Demonstrated knowledge of developmentally appropriate curriculum practice.

### DECISION MAKING AUTHORITY

- Must have prior approval from supervisor to:
  - take time off from scheduled work hours/days or alter schedule
  - release a child to someone other than a known parent/guardian
  - discuss behavior or developmental concerns with a parent/guardian
  - purchase supplies or spend petty cash
  - contact a parent/guardian regarding a child's temperature or illness
  - administer medication (in compliance with state requirements)
  - seek outside support services for individual children
  - schedule a field trip
  - transition a child into another classroom

- May take action, but must inform Director when you:
  - care for a child with a significant injury
  - acknowledge and listen to a parent/guardian concern
  - file an abuse and neglect complaint
  - record an unusual incident

*The above statements are intended to describe the general nature of work performed, not an exhaustive list of all essential functions and responsibilities.*

I acknowledge that I have received and understand the above job description.

_____          09-04-09
Employee Signature                                          Date
*(Please provide a copy to the employee and put the original in the employee's personnel file.)*

9/2008
HR – Job Description – Teacher                                                    4 of 4

BH000385

          Exhibit U



# BARKHORDARIAN
### ——— L A W   F I R M ———
1930 Wilshire Boulevard, Suite 1207
Los Angeles, California 90057
t. 323.450.2777    f. 323.594.8227

June 27, 2012

Bright Horizons Children's Centers
200 Talcott Avenue South
Watertown, MA  02472

RE: YULISA ROMERO vs. BRIGHT HORIZONS CHILDREN'S CENTER
EAMS CASE NBR(s):
CLAIM NO:  UNKNOWN
VENUE: VNO

To Whom It May Concern:

This office represents the employee in a claim for industrial injuries which occurred on CT: 06/01/08-06/27/12. Enclosed please find copies of Disclosure Statement, Venue Authorization, declaration required by Labor Code §4906, Employee's Claim for Workers' Compensation Benefits and Application for Adjudication of Claims.

The employee was not given an Employee's Claim Form (DWC-1), as required by Labor Code §5401 therefore, enclosed please find one.  Please fill in the employer's portion, return a legible copy to us at once and forward a copy to your workers' compensation carrier.  If you fail to satisfy the requirements of Labor Code §5401, you may be subject to penalties.

More than 30 days have passed since the date of injury.  The employee is electing to exercise the right of free choice of treating physician in accordance with Labor Code §4600 and hereby designates: Dr. Charles Boyer located at 4201 Long Beach Boulevard, Suite 430, Long Beach, California 90807 as the primary treating physician or facility.

Please notify this office immediately if you have established a Medical Provider Network (MPN) in accordance with Labor Code §4616.  If so, immediately provide this office with a copy of the plan approved by the administrative director and a list of all physicians in the network.  You have certain obligations before you can take medical control.  These requirements will not be waived.  Failure to comply with the new law will result in your forfeiture of medical control.

Also, inform this office if the employee has chosen to be treated by a personal physician, personal chiropractor or personal acupuncturist that was designated prior to the injury.  If so, please send us copies of the designation.

Pursuant to Labor Code §4600.3, every employee shall be given an affirmative choice at the time of employment and at least annually thereafter to designate or change the designation of a health care organization or a personal physician, personal chiropractor or a personal acupuncturist which is to be memorialized in writing and maintained in the employee's personnel records.  Please provide copies of proof such choice was given and any such designation made.



EXHIBIT

PENGAD 800-631-6989

BH000521

**159**      **Exhibit U**

If you have made, or intend to make, the representation that defendant has in excess of 30 days of control over the employee's medical treatment per Labor Code §4600.3 (H.C.O.) and if the Workers' Compensation Appeals Board or a court of law finds such representation to be in any manner false, we will consider such representation to be a material statement made with the intent to discourage the employee from claiming benefits or pursuing a claim in violation of the law, (i.e. intentional interference with applicant's right to select a physician of applicant's own choosing, misrepresentation regarding the employee's rights, frivolous delay in the administration of benefits, ect.). The employee hereby demands compliance with the requirements of Labor Code §4600.3 or §4600.6 and related regulations governing H.C.O.'s, the employer and the workers' compensation carrier/administrator and any violations of these provisions of law will be regarded as material to the employee and reserved for trial.

We request that you provide copies of the following documents to this office within the next 10 days:

1. A declaration under penalty of perjury that defendant has the legal right to assert medical control in this case beyond 30 days; and

2. Copies of the following documents:

   a. All documents which verify that the H.C.O. claimed to be applicable in this case is legally valid.

   b. All documents which verify that the employer has complied with all legal and contractual obligations which allegedly permit medical control in excess of 30 days.

   c. Evidence that the employer has contracted with an H.C.O. at the time of this injury.

   d. Evidence that the employee was given an affirmative choice to designate or change the designation of a personal physician at the time employment was offered and at least annually.

   e. Evidence that the H.C.O. designation was in the employees personnel file, even if the designation was by default.

   f. A list of all the physicians participating in the H.C.O. program pertaining to this case.

Your failure to provide the information as requested violates the employee's due process rights and prejudices the employee's right to prompt medical treatment.

Upon receipt of the above-referenced documents, the employee will refrain from self-procuring medical treatment, assuming your full compliance with the law and our requests. Regardless of compliance, applicant hereby requests a change of treating physician, pursuant to Labor Code §4600.3(4)(e). However, we still demand that your H.C.O. doctors provide the employee with the requested medical treatment immediately or the employee reserves the right to opt out of the program or a dispute will arise as per Regulation 9785 and Labor Code §§4600 and 4603.2 and we thereby reserve the right to obtain a medical/legal QME report to resolve the issue of the need for continuing treatment.

If the above-referenced documents are not timely provided or there are any violations of Labor Code §§4600.3 or 4600.6 or related regulations by the employer, the H.C.O. or the carrier/administration, we will consider your claim of medical control in excess of 30 days to be waived.

Insurance Code §1871.4(a)(4) makes it a felony to "make or cause to be made any knowingly false or fraudulent statements regarding entitlement to benefits with the intent to discourage an injured worker from claiming benefits or pursuing a claim; and Labor Code §3820 makes one engaging in such conduct subject to severe monetary penalties.

BH000522

**Exhibit U**

Pursuant to Labor Code §132a, it is unlawful to discriminate against an employee for claiming an industrial injury.

If you fail to provide benefits pursuant to Labor Code §§4600 and 4650, we will seek penalties.

Should the employee be unable to return to the employee's usual and customary job, this letter shall be deemed by the employee to be a demand for rehabilitation services. Labor Code §4636 requires that the employer assign a qualified rehabilitation representative to meet with the employee when aggregate total disability continues for 90 days. In such event, we demand that such meeting be held in our office. Do not contact the employee directly to set up such meeting.

If rehabilitation benefits are provided, consistent with Rocha, the enclosed Employee's Claim for Workers' Compensation Benefits and this letter shall constitute a lien for attorney's fees and our demand that 15% of all rehabilitation benefits be withheld for reasonable attorney's fees. The employee's signature on the enclosed claim form constitutes consent to the above request for attorney fees.

We hereby demand production of the following with respect to the employee which are in your possession or in the possession of your insurance carrier or your agents or their agents:

1. All medical reports
2. Wage statements
3. All investigation reports
4. Any motion picture films, television tapes or pictures which may have been or will be taken of the employee;
5. Any statements prepared by any Qualified Rehabilitation Representative;
6. Any statement made by our client with reference to the client's injury;
7. A history (print-out) of all benefits paid, including the dates and amounts;
8. Statements by co-workers;
9. Employment records and personnel file;
10. Policy number, policy limits and copy of policy;
11. Material Safety Data Sheets.

This is a continuing demand until resolution of this matter.

Thank you for your anticipated cooperation.

Very truly yours,

BARKHORDARIAN LAW FIRM

By: _____

Richard Barkhordarian, Esq.
Attorneys for Applicant

cc: Dr. Charles Boyer

Department of Industrial Relations
Division of Workers' Compensation

## DISCLOSURE STATEMENT

You are not required to be represented by an attorney in the handling of your workers' compensation case.

If you choose to be represented by an attorney, your attorney's fees will be deducted from your benefits. Attorney's fees normally range from 12% to 15% of the amount awarded. The actual amount of your attorney's fees will depend upon the complexity of your case and the benefits obtained for you and may therefore exceed 15% of the amount awarded. The fee has to be approved by the Workers' Compensation Appeals Board. If your attorney has also represented you before the Rehabilitation Unit, there may also be a fee in conjunction with his representation.

There are certain circumstances when your employer or its insurance carrier may be liable for attorney's fees. (Labor Code Section 4064).

However, at no charge you may contact the Office of Benefits Assistance and Enforcement and talk to an Information and Assistance Officer regarding questions concerning your workers' compensation benefits. This person may be able to resolve your problems without the need for litigation. Call 800-736-7401.

If you choose to be represented by an attorney, you and your attorney must sign this form. A copy of this form must be sent to your employer (Labor Code Section 4906). If at any time you no longer wish to be represented by the attorney, you may withdraw from representation by notifying the attorney. If you withdraw from representation, you will still be responsible for the attorney's fee found by a workers' compensation judge to be the fair value of any work the attorney performed in your case.

It is the declared policy of this state that workers who are injured in the course and scope of their employment cannot be discriminated against (Labor Code Section 132a).

## EMPLOYERS

Any employer who discharges or threatens to discharge or in any manner discriminates against any employee because the employee has filed or make known his intention to file an application for adjudication with the Workers' Compensation Appeals Board or because the employee has received a rating, award or settlement, is guilty of a misdemeanor and the employee's compensation shall be increased by one-half, but in no event more than ten thousand dollars ($10,000), together with costs and expenses not in excess of two hundred fifty dollars ($250).

BH000524

Any such employee shall also be entitled to reinstatement and reimbursement of lost wages and work benefits caused by the acts of the employer.

DATED: _____6/26/12_____          DATED: _____6/26/12_____

BARKHORDARIAN LAW FIRM

By _____          _____
                                                                        Applicant

Attorney: Give a copy to applicant.

Any person who makes or causes to be made any knowingly false or fraudulent material statement or representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

-2-

BH000525

## ADDENDUM TO APPLICATION AND ANSWER TO
## DECLARATION OF APPLICANT

CASE NAME: Yulisa E. Romero vs. Bright Horizons Childrens

WCAB NO(S): _____

Pursuant to the requirements of Labor Code Section 4906(g), I declare as follows:

1.   I have not violated Labor Code Section 139.3.

2.   I have not offered, delivered, received or accepted any rebate, refund, commission, preference, patronage, dividend, discount or other consideration, whether in the form or money or otherwise, as compensation or inducement for any referred examination or evaluation.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at Los Angeles, California on _6/26/12_.

By: _____
                Applicant

## APENDICE A LA SOLICITUD Y RESPUESTA A LA
## DECLARACION DEL SOLICITANTE

NOMBRE DEL CASO: Yulisa E. Romero vs. Bright Horizons Childrens

NUMERO DE LA CORTE: _____

Conforme con los requisitos enunciados en la Sección 4906(g) del Código de Trbajo, yo declaro lo siguiente:

Yo no he infringido la Sección 139.3 del Código de Trabajo de California.

Yo no he ofrecido, entregado, recibido o aceptado ninguna rebaja, reembolso, commisión, preferencia, patrocinio, dividendo, descuento, u otra compensacion o incentivo con referencia a cualquier examen o evaluacion medica.

Yo declaro bajo penalidad de perjurio de acuerdo con las leyes de California que lo anteriormente mencionado es verdad y correcto y que esta declaración fué ejecutada en Los Angeles, California en _6/26/12_.

Por: _____
                Solicitante

BH000526

164                                                          Exhibit U

Uniform Assigned Name: BARKHORDARIAN LAW LOS ANGELES
EAMS Administrator Name: Richard Barkhordarian
EAMS Administrator's Phone: (323)450-2777
EAMS Administrator's Email: richard@barklawfirm.com
Re: Unassigned

## PROOF OF SERVICE

I reside in the county of Los Angeles, State of California, I am over the age of eighteen and not a party to the within action; my business address 1930 Wilshire Blvd., Suite 1207 Los Angeles, California 90057.  On the date shown below, I served the foregoing document(s), described as:

1.-APPLICATION FOR ADJUDICATION OF CLAIM
2.-DISLCOSURE STATEMENT
3.-4906(g) DECLARATION
4.-VENUE AUTHORIZATION

On the intended parties in this action by placing the true copies thereof in a sealed envelope addressed as stated on the attached mailing list.

XX     As follows: I am "readily familiar" with the firm's practices of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Executed on June 27, 2012 at Los Angeles, California.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Name Alma Y. Orellana                    Signature: _____

-1-

BH000528

MAILING LIST

Yulisa E. Romero

# Redacted

Bright Horizons Children's Centers
200 Talcott Avenue South
Watertown, MA  02472

Travelers Property Casulty Company of America
PO BOX 6510
Diamond Bar, CA  91765

Dr. Charles Boyer, DC
4201 Long Beach Blvd., Ste. 430
Los Angeles, CA 90807

BH000529

Exhibit U

State of California
Department of Industrial Relations
DIVISION OF WORKERS' COMPENSATION

Estado de California
Departamento de Relaciones Industriales
DIVISIÓN DE COMPENSACIÓN AL TRABAJADOR



WORKERS' COMPENSATION CLAIM FORM (DWC 1)

PETICIÓN DEL EMPLEADO PARA LA COMPENSACIÓN DEL TRABAJADOR (DWC 1)

**Employee:** Complete the "Employee" section and give the form to your employer. Keep a copy and mark it "Employee's Temporary Receipt" until you receive the signed and dated copy from your employer. You may call the Division of Workers' Compensation and hear recorded information at (800) 736-7401. An explanation of workers' compensation benefits is included as the cover sheet of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

**Empleado:** Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia firmada y fechada de su empleador. Ud. puede llamar a la División de Compensación al Trabajador al (800) 736-7401 para oír información grabada. En la hoja cubierta de esta forma esta la explicación de los beneficios de compensación al trabajador.

Ud. también debería haber recibido de su empleador un folleto describiendo los beneficios de compensación al trabajador lesionado y los procedimientos para obtenerlos.

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

Toda aquella persona que a propósito haga o cause que se produzca cualquier declaración o representación material falsa o fraudulenta con el fin de obtener o negar beneficios o pagos de compensación a trabajadores lesionados es culpable de un crimen mayor "felonía."

**Employee—complete this section and see note above    Empleado—complete esta sección y note la notación arriba.**

1. Name. Nombre. Yulisa E Romero          Today's Date. Fecha de Hoy.  6/26/2012
2. Home Address. Dirección Residencial. Redacted
3. City. Ciudad. Long Beach          State. Estado. CA          Zip. Código Postal. Redacted
4. Date of Injury. Fecha de la lesión (accidente). CT. 6/1/08 – 6/27/12 Time of Injury. Hora en que ocurrió. ___a.m. ___p.m.
5. Address and description of where injury happened. Dirección/lugar dónde ocurrió el accidente. 333 Continental Blvd.
   El Segundo, CA 90245
6. Describe injury and part of body affected. Describa la lesión y parte del cuerpo afectada. Neck, Cervical Spine, Thoracic Spine, Lumbar Spine, Left Knee, Right Knee, Sleep Disorder and Psych.
7. Social Security Number. Número de Seguro Social del Empleado: REDACTED
8. Signature of employee. Firma del empleado.

**Employer—complete this section and see note below. Empleador—complete esta sección y note la notación abajo.**

9. Name of employer. Nombre del empleador. ___
10. Address. Dirección. ___
11. Date employer first knew of injury. Fecha en que el empleador supo por primera vez de la lesión o accidente. ___
12. Date claim form was provided to employee. Fecha en que se le entregó al empleado la petición. ___
13. Date employer received claim form. Fecha en que el empleado devolvió la petición al empleador. ___
14. Name and address of insurance carrier or adjusting agency. Nombre y dirección de la compañía de seguros o agencia administradora de seguros.
15. Insurance Policy Number. El número de la póliza de Seguro. ___
16. Signature of employer representative. Firma del representante del empleador. ___
17. Title. Título. ___          18. Telephone. Teléfono. ___

**Employer:** You are required to date this form and provide copies to your insurer or claims administrator and to the employee, dependent or representative who filed the claim within one working day of receipt of the form from the employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY.

**Empleador:** Se requiere que Ud. feche esta forma y que provéa copias a su compañía de seguros, administrador de reclamos, o dependiente/representante de reclamos y al empleado que hayan presentado esta petición dentro del plazo de un día hábil desde el momento de haber sido recibida la forma del empleado.

EL FIRMAR ESTA FORMA NO SIGNIFICA ADMISIÓN DE RESPONSABILIDAD.

☐ Employer copy/Copia del Empleador    ☐ Employee copy/Copia del Empleado    ☐ Claims Administrator/Administrador de Reclamos    ☐ Temporary Receipt/Recibo del Empleado

6/10 Rev.

BH000530

**Exhibit U**

## PATIENT STATUS

4201 Long Beach Blvd. Ste. 430
Long Beach, CA 90807
Phone (562) 285-0794 Fax (562) 285-0796

PATIENT NAME: _Yulissa Romero_       Date of Service: _7/7/12_

Employer: _Bright Horizons Children Center_ Date of Injury: _CT 6/1/08 - 6/27/12_

Patient's Condition: _____ Improving _____ Asymptomatic _____ Unchanged

_____ Aggravated _____ New Patient

**Employee:**

_____ Is Discharged

_____ Permanent & Stationary (with / without objective factors of permanent disability)

_____ Should continue / resume regular duty as of _____

_____ Should continue / resume light duty as of _____

_____ As per restrictions

_____ If light duty is not available patient is considered to be Total Temporarily Disabled and should not resume regular work.

___X___ Unable to return to work until _8/18/12_ and /or following next re-evaluation.

_____ Has been referred to _____

**The above employer has the following work restriction/limitation for the patient above:**

_____ Limited walking to ___15 min consecutively ___30min min consecutively ___60 min consecutively

_____ Limited standing to ___15 min consecutively ___30min min consecutively ___60 min consecutively

_____ Limited bending/stooping/kneeling to ___<5% of work day ___<10% of work day ___<20% of work day

_____ Limited Lifting to _____ lbs.

_____ No climbing

_____ No overhead working

_____ Limited use of _____ Left _____ Right     Arm / Hand / Wrist / Shoulder

_____ No operative vehicle / machine

_____ Other (s), specify: _____

**Physiotherapy & Chiropractic care:**

_____ Not prescribed ____To begin ____To be continued ____To be discontinued

Frequency of: ____3x/week ____2x/week ____1x/week ____As needed

**Acupuncture:**

____Not prescribed ____To begin ____To be continued ____To be discontinued

Frequency of: ____3x/week ____2x/week ____1x/week ____As needed

**Appointments:** ___Monday ___Tuesday ___Wednesday ___Thursday ___Friday

**Remarks:** These work restrictions/limitations apply for 6 weeks and/or until re-evaluations.

_____

_____

Primary Treating Doctor: EDWARD OPOKU, D.O. - PTP

Signature: _____

**EXHIBIT**

**BH000198**

**Exhibit U**

**BRIGHT HORIZONS FAMILY SOLUTIONS**

**LEAVE OF ABSENCE REQUEST FORM – CALIFORINA EMPLOYEES ONLY**

*THIS FORM MUST BE SUBMITTED TO THE BENEFITS DEPARTMENT*
*PRIOR TO LEAVE START DATE*

Bright Horizons Family Solutions recognizes that there are certain personal and/or medical circumstances when an employee needs to be absent from work for an extended period of time. Employees must complete and submit this form to their Center Director/Supervisor/Principal in order to request leave under one of the following categories: Personal (PLOA), Educational (ELOA), Military (MILLOA), Medical (MLOA), Family/Medical (FMLA), or Intermittent Family/Medical Leave (IFMLA).

**Employee Name:** Yulisa Romero          **Employee #:** _____

**Email Address While On Leave:** yulisaromero @ aol.com

**Address:** _ [Redacted]          **Phone #:** (562) 842 - 0736

**Work Location:** 333 Continental Blvd          **Center or Dept #:** _____

**Employment Status:** ☒ Full-Time  ☐ Part-Time          **Date of Hire:** 07 / ____ / 2008

Have you or your spouse (if spouse is employed by Bright Horizons) taken a leave of absence in the twelve (12) months immediately preceding your requested LOA start date?  ☐ Yes  ☒ No

If yes, indicate type of leave taken: _____
**Dates of leave:** From 07 / 11 / 12  To: 08 / 21 / 12

**Reason for current Leave of Absence request: (Review Leave of Absence Descriptions)**

☐ Personal (PLOA)  ☐ Educational (ELOA)  ☐ Military (MILLOA)  ☐ Domestic Violence (DV/SA)
☐ Medical (MLOA)  ☒ Family/Medical (FMLA)  ☐ Intermittent FMLA (IFMLA)  ☐ Workman's Comp (WC)

**Anticipated first day of leave:** 07 / 11 / 12  **Anticipated Return Date** 08 / 21 / 12
**Brief explanation of leave:** Medical Treatment for knees, lower back & neck

**LEAVE OF ABSENCE OVERVIEW**

Leaves of absence are unpaid; however, depending on the type of leave and whether or not disability benefits are utilized while on leave, employees must use all but one (1) week each of their accrued sick and/or vacation time. Accrued time usage requirements and benefit implications are listed in each leave section that follows. Substituting paid leave time for unpaid leave time does not extend the total length of the leave. Sick and vacation time accruals are suspended during unpaid leaves of absence. Tuition reimbursement and bonus payouts, if applicable, may be impacted by taking a leave of absence. Please speak to your Center Director/Supervisor/Principal about how this may affect you.

The length of any approved leave will be determined at the discretion of the Company based on individual circumstances and all applicable federal and state leave regulations. The first working day following the last day worked will be the first day of the employee's leave of absence. Any employee who accepts employment outside of Bright Horizons during an approved leave forfeits any right of re-employment. Eligible employees who stop working due to work-related injuries (Workers' Compensation) concurrently utilize their Family/Medical Leave of Absence (FMLA) if they meet the FMLA requirements on page 4.

Benefit coverage continuation under COBRA is limited to medical, dental and vision coverage only.

EXHIBIT

Q

BH000547

Exhibit U

## LEAVE OF ABSENCE DESCRIPTIONS

The following pages describe all Bright Horizons' leave categories as well as the vacation/sick time and benefit considerations for each leave.

**Please refer to the section that is applicable to the type of leave you are requesting.**

### PERSONAL LEAVE OF ABSENCE (PLOA)

Personal leaves of absence are not medical in nature and do not meet FMLA requirements. Employees must be employed for (90) days. PLOA will not exceed twelve (12) weeks in a twelve (12) -month period. For example, if an employee has taken eight (8) work weeks of PLOA in eight (8) months, an additional four week weeks of PLOA could be taken. PLOAs do not protect job status or benefit coverage. Due to the Company's need for precise staffing, return to work is subject to the conditions of employment at the time of return in accordance with state regulations.

**Vacation/sick time usage and benefit coverage:** Vacation time may be used; sick time may not be used. Employees must use all but one (1) week of vacation time while on personal leave but may use all accrued time if desired. After all accrued time is paid, the employee's benefits will end and s/he will be offered continuation coverage for medical, dental or vision benefits in accordance with COBRA regulations. If the employee returns to work, s/he must re-enroll in the benefits s/he had prior to the leave by completing new benefit enrollment paperwork and submitting it to the Benefits Department no later than 31 days after his/her return to full-time-status. Enrollment paperwork received outside the 31-day timeframe will not be processed and the employee must wait until the next Annual Benefits Enrollment period to re-enroll. Vacation and sick time accruals will resume as of the date the employee returns to full-time status.

### EDUCATIONAL LEAVE OF ABSENCE (ELOA)

Educational leaves of absence are approved for the purpose of participating in an educational program. Employees must have at least two (2) years of full-time continuous employment with Bright Horizons in order to be eligible for ELOA. An ELOA will cover the period of the program but cannot exceed six (6) months in a twenty-four (24) -month period. ELOAs do not protect job status or benefit coverage. Due to the Company's need for precise staffing, return to work is subject to the conditions of employment at the time of return in accordance with state regulations.

**Vacation/sick time usage and benefit coverage:** Vacation time may be used; sick time may not be used. Employees must use all but one (1) week of vacation time while on educational leave but may use all accrued time if desired. After all accrued time is paid, the employee's benefits will end and s/he will be offered continuation coverage for medical, dental or vision benefits in accordance with COBRA regulations. If the employee returns to work, s/he must re-enroll in the benefits s/he had prior to the leave by completing new benefit enrollment paperwork and submitting it to the Benefits Department no later than 31 days after his/her return to full-time-status. Enrollment paperwork received outside the 31-day timeframe will not be processed and the employee must wait until the next Annual Benefits Enrollment period to re-enroll. Vacation and sick time accruals will resume as of the date the employee returns to full-time status.

### MILITARY LEAVE OF ABSENCE (MILLOA)

Military leaves of absence are for all employees who receive governmental orders to report for U.S. military service. All employees are eligible upon hire for MILLOA and, if applying for MILLOA, must submit a copy of their military service orders along with this leave of absence request form. MILLOA is a job-protected leave and under most circumstances as long as the military service does not exceed (5) years and the employee was not dishonorably discharged, employees returning to work from MILLOA will be reinstated to either 1) his/her original job or 2) an equivalent job with equivalent pay, benefits and other employment terms and conditions. An employee's use of MILLOA will not result in the loss of any employment benefit that s/he earned or was entitled to before using MILLOA unless the employee chooses to return to work in a status that otherwise excludes the employee from being eligible to receive such benefits (i.e., an employee who was full-time prior to taking MILLOA who returns to work in a part-time capacity).

*Military Leave of Absence (MLOA) - continued*

*Updated 12.17.08*
*Benefits   LOA Request Form.doc*

*Page 2 of 8*

BH000548

**Exhibit U**

**Vacation/sick time usage and benefit coverage:** Vacation time may be used; sick time may not be used. Employees must use all but one (1) week of vacation time while on military leave but may use all accrued time if desired. After all accrued time is paid, Bright Horizons and the employee will co-pay insurance premiums for two

 (2) additional pay periods. After that, benefits will end and s/he will be offered continuation coverage for medical, dental or vision benefits in accordance with COBRA regulations. If the employee does not remit co-pays by the assigned pay period due dates, benefits will be cancelled and Bright Horizons will offer continuation coverage via COBRA as of the last date through which benefits were paid.

If the employee returns to work before the additional 2 pay periods are over and benefits were not cancelled due to non-payment, no action is required on the employee's part to continue benefit coverage. If the employee's benefits were cancelled at any time during the leave, s/he must re-enroll in the benefits s/he had prior to the leave by completing new benefit enrollment paperwork and submitting it to the Benefits Department no later than 31 days after his/her return to full-time status. If the employee participated in the Company 401(k) Plan prior to taking MILLOA, the employee has the right to "make up" the contributions they were not able to make while on MILLOA as well as the right to receive the Company matching contributions they missed while on MILLOA. For more information on this 401(k) provision, please contact the Benefits Department.

## MEDICAL LEAVE OF ABSENCE (MLOA)

Medical leaves of absence are for an employee whose own medical condition or employment status does not qualify them for FMLA. Employees must be employed for (90) days. MLOAs will not exceed twelve (12) weeks in a twelve (12) –month period. MLOAs do not protect job status or benefit coverage. Due to the Company's need for precise staffing, return to work is subject to the conditions of employment at the time of return in accordance with state regulations.

**Vacation/sick time usage and benefit coverage:** Vacation and sick time must be used. Employees must use all but one (1) week of vacation and sick time while on medical leave but may use all accrued time if desired. After all accrued time is paid, Bright Horizons and the employee will co-pay insurance premiums for two (2) additional pay periods. After that, benefits will end and she/he will be offered continuation coverage for medical, dental or vision benefits in accordance with COBRA regulations. If the employee does not remit co-pays by the assigned pay period due dates, benefits will be cancelled and Bright Horizons will offer continuation coverage via COBRA as of the last date through which benefits were paid. If the employee returns to work before the additional 2 pay periods are over and benefits were not cancelled due to non-payment, no action is required on the employee's part to continue benefit coverage. If the employee's benefits were cancelled at any time during the leave, s/he must re-enroll in the benefits s/he had prior to the leave by completing new benefit enrollment paperwork and submitting it to the Benefits Department no later than 31 days after his/her return to full-time status.

Enrollment paperwork received outside the 31-day timeframe will not be processed and the employee must wait until the next Annual Benefits Enrollment period to re-enroll. Vacation and sick time accruals will resume as of the date the employee returns to full-time status.

**Certification by Health Care Provider (CHCP):** For all medical conditions, Bright Horizons requires a Certification by Health Care Provider (CHCP) that has been completed by the physician who is treating the employee for the condition for which the employee is requesting MLOA. The employee must return the completed CHCP to the Benefits Department no later than fifteen (15) days after the first day of the MLOA. If the CHCP is not received by the due date, the MLOA will be converted to PLOA, benefits will end (unless the employee has and is using accrued vacation and sick time in excess of 2 pay periods, in which case benefits will end as soon as accrued time has been paid) and s/he will be offered continuation coverage for medical, dental or vision benefits in accordance with COBRA regulations.

**MLOA and Disability Benefits:** Employees with disability insurance through Bright Horizons are able to complete and submit their disability claim by calling 1-800-538-8439 or logging online to www.thehartfordatwork.com. Upon verification of eligibility by Bright Horizons and your submission of a disability claim, Hartford determines if your illness or injury is considered a disability as well as the number of weeks during which you may collect disability payments. **Employees approved for disability may not use sick time while receiving payment from the provider. Once disability benefits end and if you are still on leave you can resume using your accrued sick time.** Employees on leave for routine maternity may only utilize disability benefits during the portion of the leave they are deemed to be disabled by a physician.

BH000549

**Exhibit U**

## FAMILY/MEDICAL LEAVE (FMLA) AND INTERMITTENT FAMILY/MEDICAL LEAVE (IFMLA)

The Family and Medical Leave Act of 1993 requires employers to provide up to twelve (12) weeks of unpaid, job-protected leave to eligible employees for certain family and/or medical reasons. Employees are eligible if they have worked for the Company for at least twelve (12) months and 1,250 hours in the previous twelve (12) months. Unpaid leave must be granted for the following reasons:

- To care for the employee's child after birth, adoption or placement with employee for foster care
- To care for the employee's spouse, child or parent who has a serious health condition
- An employee's own serious health condition that prevents the employee from performing his/her job

In cases where FMLA is 1) used for birth, adoption, foster care or serious health condition of a child and 2) both parents are employed by the Company, Bright Horizons will not grant more than twelve (12) weeks of total FMLA to be used between the two employees.

**Vacation/sick time usage and benefit coverage:** Vacation and sick time must be used. Employees must use all but one (1) week of vacation and sick time while on FMLA leave but may use all accrued time if desired. After all accrued time is paid, Bright Horizons and the employee will co-pay insurance premiums for the duration of the leave and the employee will remit payments along with a payment coupon every two (2) weeks. If the employee does not remit co-pays by the due dates noted on the coupons, benefits will be cancelled and Bright Horizons will offer continuation coverage via COBRA as of the last date through which benefits were paid. If the employee returns to work before the leave period ends and benefits were not cancelled due to non-payment, no action is required on the employee's part to continue benefit coverage. If the employee's benefits were cancelled at any time during the leave due to non-payment and the employee returns within the 12-week leave period, s/he will be automatically re-enrolled, as of the return to work date, in the benefits s/he had prior to the leave. If the employee does not return to work after twelve (12) weeks of leave have expired, the employee will be separated from the Company and offered continuation coverage, if applicable, via COBRA.

Employees must return to work for thirty (30) days as a full time employee or regularly scheduled part time employee or s/he will be required to repay any insurance premiums paid by Bright Horizons during his or her FMLA, unless s/he is unable to return to work due to a medical condition.

If the employee does not return at the end of the leave but does return within six (6) months when their benefits ended, s/he can only re-enroll in the benefits s/he had prior to the leave by completing new benefit enrollment paperwork and submitting it to the Benefits Department no later than 31 days after his/her return to full-time status. Enrollment paperwork received outside the 31-day timeframe will not be processed and the employee must wait until the next Annual Benefits Enrollment period to re-enroll. Vacation and sick time accruals will resume as of the date the employee returns to full-time status as long as the return date is within six (6) months from the first day on leave. If the employee returns to work later than six (6) months from the first day on leave, s/he must re-establish benefit eligibility before re-enrolling in benefits.

**Certification by Health Care Provider (CHCP):** For all medical conditions Bright Horizons requires a Certification By Health Care Provider (CHCP) that has been completed by the physician who is treating the employee for the condition for which the employee is requesting FMLA.

The employee must return the completed CHCP to the Benefits Department no later than fifteen (15) days after the first day of the FMLA. If the CHCP is not received by the due date, the FMLA will be converted to PLOA, benefits will end (unless the employee has and is using accrued vacation time in excess of 2 pay periods, in which case benefits will end as soon as accrued time has been paid) and s/he will be offered continuation coverage for medical, dental or vision benefits in accordance with COBRA regulations.

**FMLA and Disability Benefits:** Employees with disability insurance through Bright Horizons are able to complete and submit their disability claim by calling 1-800-538-8439 or logging online to www.thehartfordatwork.com. Upon verification of eligibility by Bright Horizons and your submission of a disability claim, Hartford determines if your illness or injury is considered a disability as well as the number of weeks during which you may collect disability payments. Employees approved for disability may not use sick time while receiving payment from the provider. Once disability benefits end if you are still on leave you can resume using your accrued sick time. Employees on leave for routine maternity may only utilize disability benefits during the portion of the leave they are deemed to be disabled by a physician.

BH000550

Exhibit U

## Intermittent FMLA (IFMLA) Certification by Health Care Provider Recertification Requirements

Employees may request intermittent FMLA (IFMLA) for their own serious health condition or that of their spouse, qualifying child or parent.  IFMLA can be taken in segmented periods of time or as a temporary reduction in an employee's normal weekly or daily work schedule.  IFMLA can be taken in increments to the shortest period of time that the payroll system allows.  Employee must receive approval from Center Director/Supervisor/Principal in advance of taking any time under IFMLA.  Employees approved for IFMLA are required to resubmit certification of the continuing health condition from the health care provider every ninety (90) days.  If recertification is not submitted, IFMLA status will be cancelled as of the last day of the most recent certified 90-day time period and the employee's status will be determined by his/her Center Director/Supervisor/Principal and HR Manager, if necessary.  **Employees on IFMLA must track all used IFMLA hours on the tracking sheet provided by the Benefits Department upon approval of IFMLA and then submit the completed sheet at the end of the month to their Center Director/Supervisor/Principal for approval and forwarding to the Benefits Department.  The Benefits Department must receive the approved form within the first 5 days of the month for the month prior (i.e. IFMLA for May must be submitted by June 5th).**

### RETURN-TO-WORK REQUIREMENTS FOR MLOA, FMLA AND IFMLA

Employees returning to work from MLOA, FMLA or IFMLA for own serious health condition must provide a completed **Certification by Physician for Employee to Return to Work** form.  Under most circumstances, employees returning to work from FMLA or IFMLA will be reinstated to either 1) his/her original job or 2) an equivalent job with equivalent pay, benefits and other employment terms and conditions.  An employee's use of FMLA or IFMLA will not result in the loss of any employment benefit that s/he earned or was entitled to before using FMLA or IFMLA unless the employee chooses to return to work in a status that otherwise excludes the employee from being eligible to receive such benefits (i.e., an employee who was full-time prior to taking FMLA or IFMLA who returns to work in a part-time capacity).

## CALIFORNIA-STATE SPECIFIC LEAVE GUIDELINES

### Pregnancy Disability Leave (PDL)

This leave is for California employees only.  Time is permitted for your disability related to pregnancy.  Employees are eligible upon hire, if eligible for FMLA, leaves will run concurrently.  Employees have up to four (4) months of leave (eighty-eight (88) working days) This leave maybe be taken intermittently or on a reduced work schedule as determined by the health care provider.  If eligible for FMLA, refer to FMLA selection.  If not eligible for FMLA, PDL will run concurrently with Medical Leave.  .  After all accrued time is paid; Bright Horizons and the employee will co-pay insurance premiums for two (2) additional pay periods.  After that, benefits will end and she/he will be offered continuation coverage for medical, dental or vision benefits in accordance with COBRA regulations.  If the employee does not remit co-pays by the assigned pay period due dates, benefits will be cancelled and Bright Horizons will offer continuation coverage via COBRA as of the last date through which benefits were paid.  If the employee returns to work before the additional 2 pay periods are over and benefits were not cancelled due to non-payment, no action is required on the employee's part to continue benefit coverage. If the employee's benefits were cancelled at any time during the leave, s/he must re-enroll in the benefits s/he had prior to the leave by completing new benefit enrollment paperwork and submitting.

### California Family Rights Act (CFRA)

This leave is for California employees only.  Time is permitted for the birth of your child, or placement of a child with you for adoption or foster care, to care for your spouse, child, or parent who has a serious health condition, or for a serious health condition that makes you unable to perform your job.  The same eligibility conditions apply as for FMLA.  CFRA and FMLA leaves run concurrently with the exception that your pregnancy is not considered a serious health condition that would allow you to take CFRA leave.  A woman who is disabled by pregnancy is entitled to PDL.

BH000551

Exhibit U

<u>California Paid Family Leave (PFL)</u>
This leave is for California employees only.   Provides paid leave for workers who take time off from work to care for a child, spouse, parent, or domestic partner who is seriously ill and unable to care for him/herself, or to bond with a new child.  All California workers who are covered by the State Disability Insurance (SDI) program are also eligible for Paid Family Leave (PDL) benefits.  Any employee requesting PDL benefits must complete the Leave of absence paperwork and follow the procedure as it applies to the applicable leave.  PDL paid benefit paid by the California State Disability Insurance (SDI) that the employee receives when he or she takes time off to care for family member.  PFL will run concurrently with applicable Bright Horizons Family Solutions leave for which an employee is eligible. The PFL program provides a maximum of six (6) weeks of paid family leave benefits in a 12-month period.

## POLICY ON DOMESTIC VIOLENCE/SEXUAL ASSAULT LEAVE OF ABSENCE (DV/SA)

<u>Eligibility:</u>
A Domestic Violence/Sexual Assault Leave of Absence (DV/SA LOA) is available immediately upon employment to an employee who meets all of the following criteria:
- Is a full-time employee or part-time employee working 20 or more hours per week;
- Is a victim of domestic violence or sexual assault; and
- Needs to take time off of work to address issues arising from the domestic violence or sexual assault, such as but not limited to:
  o seeking medical attention or mental health counseling;
  o obtaining services from a victim services organization, such as a domestic violence shelter or rape crisis center;
  o participating in safety planning activities, such as relocation or securing a home; or
  o seeking legal assistance.

<u>Unpaid Leave:</u>
Employees may take up to 30 days, or longer if required by law, of unpaid DV/SA LOA within a rolling twelve-month period. An employee on DV/SA LOA must use accrued vacation and/or sick time before unpaid leave is used. Employees may reserve up to one week of both vacation and sick time should they elect to do so.  However, an employee cannot extend the length of the leave by substituting paid leave time for unpaid leave time.  Employees do not accrue sick or vacation time while on DV/SA LOA.  However, if employees utilize paid time (i.e. sick or vacation) while on DV/SA LOA, they accrue on those hours.  DV/SA LOA will run concurrently with FMLA entitlements if applicable.   Bright Horizons will determine the length of any approved DV/SA LOA at its sole discretion on a case by case basis and in accordance with applicable federal and state regulations.

<u>Employment Outside of Bright Horizons:</u>
Bright Horizons will consider employment outside of Bright Horizons during an approved DV/SA LOA a conflict of interest and contrary to the purpose of the approved leave.
By accepting outside employment, employees will affect their ability to return to work and forfeit their right of re-employment.

<u>Benefits:</u>
Bright Horizons will continue benefits elected by the employee during DV/SA LOA up to 30 days or as required under law.  The employee must maintain his or her co-payments normally deducted from each paycheck. Employees should contact the Benefits Department if they have questions about insurance coverage during DV/SA LOA.  After co-payment ends, their benefits will cease if they have not returned to work. If they are enrolled in any health related benefit plans, they may be able to continue their coverage through COBRA.

BH000552

Exhibit U

**Requesting a DV/SA LOA:**
To apply for a DV/SA LOA, employees must complete the Leave of Absence Request Form and the leave must be approved by both their supervisor and the Benefits Department. Employees will also need a certification regarding the violence to establish their eligibility for the DV/SA LOA. Employees can meet the certification requirement by providing one of the following:

- A copy of a police report or court record related to the domestic violence or sexual assault situation, or
- A signed written statement from a victim services organization, attorney, court advocate, doctor or other professional from whom the employee sought assistance to address the domestic violence or sexual assault situation.

**Returning to Employment:**
Under most circumstances, upon employees return from DV/SA LOA, Bright Horizons will reinstate them to the same job or to an equivalent job that has equivalent pay, benefits, and other employment terms and conditions.

**Nondiscrimination:**
Bright Horizons will not discriminate against employees on the basis of their status as a victim of domestic violence and/or sexual assault. In addition, Bright Horizons will not discriminate against employees for requesting or using the DV/SA LOA. Employees will not lose their employment benefits they earned or were entitled to before using the DV/SA LOA.

**Definitions:**

- Domestic Violence shall mean a pattern of coercive behavior that is used by one person in a current or former intimate relationship to gain power and control over the other person in the relationship. This behavior may include physical violence, sexual abuse, emotional and psychological intimidation, verbal abuse, stalking, and economic control.

- Sexual Assault shall mean sexual contact made without an individual's consent, including rape, attempted rape, or unwanted sexual touching or fondling.

**WORKMAN'S COMPENSATION (WC)**

If you cease working due to a work-related injury (Worker's Compensation) and you qualify for FMLA, then FMLA will run concurrently with your time away from work due to the work-related injury.

If you do not qualify for FMLA while receiving workers' compensation, you are allowed to continue participating in any benefit plans in which you are enrolled prior to the first day of your leave to a maximum of twelve (12) weeks. To continue benefits during your leave, you must submit payment coupons with your portion of the payment. This co-payment is due by the first check date following your last payroll check.

BH000553

Exhibit U

## BRIGHT HORIZONS FAMILY SOLUTIONS LEAVE OF ABSENCE REQUEST FORM
### ACKNOWLEDGEMENTS AND ELECTIONS

I, <u>Yulisa Romero</u> ("Employee"), certify that I have read this Leave of Absence Request Form in its entirety and understand my obligations while on leave of absence.  In addition, I acknowledge / elect the following:

### ACKNOWLEDGEMENT OF VACATION AND SICK TIME USAGE

☒ While on Leave of Absence, I acknowledge that I must use all but one (1) week each of accrued sick and/or vacation time (depending on the type of leave and whether or not disability benefits are paid, sick time may not be used). I acknowledge that I am responsible for notifying my Director of the number of vacation and/or sick hours to be used each payroll cycle.

### ACKNOWLEDGEMENT OF CERTIFICATION BY HEALTH CARE PROVIDER REQUIREMENTS

☒ I acknowledge that if I am applying for a Medical Leave of Absence or FMLA for myself or my qualifying family member's medical condition, I must remit a Certification by Health Care Provider (CHCP) within the first 15 days of my leave.  I understand that if I do not remit the CHCP within the first 15 days of my leave, my leave will be converted to a Personal Leave of Absence and, if I originally requested FMLA, my position is no longer protected and I can no longer maintain active benefit coverage after mandatory vacation and sick time usage is exhausted.

### ACKNOWLEDGEMENT OF INTERMITTENT FMLA (IFMLA) RECERTIFICATION REQUIREMENTS

☐ If I am requesting IFMLA, I acknowledge that I am responsible for having my health care provider recertify myself or my qualifying family member's continuing health condition every 90 days.  If recertification is not submitted, IFMLA status will be cancelled at the end of the 90-day period and my status will be converted to active or unprotected leave status.

### ACKNOWLEDGEMENT OF CERTIFICATION TO RETURN TO WORK REQUIREMENT

☒ I acknowledge that if I am requesting leave for my own serious health condition or for maternity, I must submit a completed Certification by Physician for Employee to Return to Work form prior to or on the date I return to work.  I acknowledge that if I do not provide this certification prior to or on the date I return to work, I may be asked to leave my worksite until certification to return to work is obtained.

### BENEFITS ELECTIONS AND RESPONSIBILITIES WHILE ON LEAVE

☐ While on Leave of Absence, I acknowledge that I am responsible for timely remittance of all insurance premium co-pays but not limited to including: medical, dental, vision, disability, and voluntary life insurance; attributed to me in accordance with Bright Horizons' Leave of Absence policies.  As such, I elect the following (choose one):

☒ I wish to continue all benefits for the entirety of my leave. <u>I understand that if I fail to remit insurance premium co-pays in a timely manner, my benefits will be cancelled back to the last co-pay remittance date at which time COBRA will be offered.</u>  I also understand that if I am on FMLA and my benefits are cancelled due to non-payment, I will be automatically reinstated to the medical/dental/vision benefits I had prior to going on LOA if/when I return to work.  I understand that because I am voluntarily cancelling my benefits, I must submit new enrollment benefit paperwork in order to be reinstated to the medical/dental/vision benefits I had prior to going on LOA.

☐ I wish to discontinue all benefits for the entirety of my leave OR

I wish to discontinue (choose all that apply): ☐ medical ☐ dental ☐ vision benefits for the entirety of my leave.

☐ I wish to discontinue (choose all that apply): ☐ voluntary life insurance ☐ disability insurance benefits for the entirety of my leave.  I understand that if I voluntarily discontinue either or both of these benefits but return within six (6) months, I must submit new enrollment benefit paperwork in order to be reinstated to the same benefits I had prior to going on LOA.  I understand that if I do not return to full-time employment status within six (6) months, I will be required to complete the carrier's evidence of insurability (EOI) form and will be subject to carrier's reinstatement approval before the Benefits Department can reinstate me to these benefits.

Employee Signature: _____   Date: <u>07·12·12</u>

Center Director/Supervisor/Principal Signature*: _____   Date: _____
*Request WILL NOT be processed without Center Director Supervisor Principal signature.

Updated 12-13-08
Benefits  LOA Request Form.doc

Page 8 of 8

BH000554

Exhibit U



**Bright Horizons**
FAMILY SOLUTIONS®

07/20/2012

Yulisa B Romero

Redacted

Dear Yulisa,

Bright Horizons has been notified of your request for a Family Medical Leave of Absence (FMLA)  In order for you to meet the full requirements of the Family Medical Leave Act, the Certification of Health Care Provider Form must be submitted to Bright Horizons within fifteen (15) days of the date of disability or within fifteen (15) days from the date of this letter, 08/04/2012.

Pending receipt of this completed form, Bright Horizons is preliminarily designating your leave as FMLA. The Certification of Health Care Provider Form can be returned by mail to the address below or by faxing it to 617-673-8641.

Bright Horizons Family Solutions
200 Talcott Avenue South
Watertown, MA  02472
Attn: Benefits, Melissa Aupperlee

You have a right under the Family Medical Leave Act to take up to twelve (12) weeks of unpaid leave in a rolling 12-month period.  Bright Horizons will maintain your benefits during any period of unpaid leave under the same conditions as if you continued to work and you will be reinstated to the same or equivalent job  However, if you do not return to work following FMLA leave for a reason other than (1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave or (2) other circumstances beyond your control, you may be required to reimburse Bright Horizons for the share of benefits (insurance premiums, child care discount, etc.) paid on your behalf during your FMLA leave

Under the California Family Rights Act (CFRA), you have the right to take up to 12 weeks within a rolling 12-month period measured backward from the first day of the leave. CFRA is permitted for the birth of your child, placement of a child with you for adoption or foster care; to care for your spouse, child, or parent who has a serious health condition; or for a serious health condition that makes you unable to perform your job. Any time taken under the CFRA policy runs concurrently with FMLA

Upon the expiration of your FMLA, if you need additional leave, your benefits will be cancelled and you will be offered COBRA.  If you are currently enrolled in benefits, please see attached payment coupons. You will now be fully responsible for submitting payment to cover the premiums deducted from your bi-weekly paycheck  You may make arrangements to have your co-pays deducted from your pay check prior to the start of your leave  If you do not make these co-pays prior to going out on leave, your first co-payment is due on the first pay date following your last paycheck from Bright Horizons. Please note, if we do not receive payment within thirty (30) days of the due date, your insurance will be cancelled as of your last payment. If you wish to cancel your coverage while on FMLA, please notify the Benefits Department in writing  If your coverage is cancelled for any reason, you must complete a new enrollment form upon your return.  If, for any reason, you do not return to a full-time status within six (6) months from the date your benefits were cancelled, you will be subject to wait the designated waiting period in order to re-enroll. Vacation and sick time accruals will resume as of the date you return to full-time status.

If you are requesting to take a Family Medical Leave of Absence for your own illness or injury, you will be required to present a Fitness-for-Duty Certificate prior to your return to work. The Fitness-for-Duty Certificate must indicate any restrictions that would prevent you from completely performing your job functions  Not providing the completed Fitness-for-Duty Certificate prior to your scheduled return to work date will result in a delay in your return to work date.

Please contact your supervisor at least one week prior to the expiration of your Family Medical Leave of Absence to schedule your return to work.

Sincerely,

Leave of Absence Representative

CC  Hawase Negussie

*Enclosures*
*Certification of Health Care Provider Form*
*Notice of Eligibility and Rights & Responsibilities*

EE# 00116374/Div 5/Center 0764

EXHIBIT
10

PENGAD 800-631-6989

BH000090

Exhibit U

## Notice of Eligibility and Rights & Responsibilities
### (Family and Medical Leave Act)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division


U.S. Wage and Hour Division

OMB Control Number: 1235-0003
Expires: 2/28/2015

In general, to be eligible an employee must have worked for an employer for at least 12 months, have worked at least 1,250 hours in the 12 months preceding the leave, and work at a site with at least 50 employees within 75 miles. While use of this form by employers is optional, a fully completed Form WH-381 provides employees with the information required by 29 C.F.R. § 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. Part B provides employees with information regarding their rights and responsibilities for taking FMLA leave, as required by 29 C.F.R. § 825.300(b), (c).

### [Part A – NOTICE OF ELIGIBILITY]

TO:   Yulisa E. Romero
        Employee

FROM:   Melissa Aupperlee
          Employer Representative

DATE:  07/20/2012

On 07/17/2012, you informed us that you needed leave beginning on 07/11/2012 for:

_____ The birth of a child, or placement of a child with you for adoption or foster care;

__✓__ Your own serious health condition;

_____ Because you are needed to care for your _____ spouse; _____ child; _____ parent due to his/her serious health condition.

_____ Because you are the _____ spouse; _____ son or daughter; _____ parent; _____ next of kin of a covered servicemember with a serious injury or illness.

This Notice is to inform you that you:

__✓__ Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)

_____ Are not eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):

          _____ You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately _____ months towards this requirement.

          _____ You have not met the FMLA's 1,250-hours-worked requirement.

          _____ You do not work and/or report to a site with 50 or more employees within 75-miles.

If you have any questions, contact _____, or view the FMLA

poster located in _____

### [PART B-RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period. However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by _____ (if a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

__✓__ Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request __✓__ is/ ___ is not enclosed.

_____ Sufficient documentation to establish the required relationship between you and your family member.

_____ Other information needed:

_____

_____

_____ No additional information requested

Page 1                        CONTINUED ON NEXT PAGE                  Form WH-381  Revised January 2009

EEP 00116874 /Dev S/Ouster 0764

BH000091

**Exhibit U**

If your leave does qualify as FMLA leave you will have the following responsibilities while on FMLA leave (only checked blanks apply):

_____ Contact _____ at _____ to make arrangements to continue to make your share of the premium payments on your health insurance to maintain health benefits while you are on leave. You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.

✓ You will be required to use your available paid __✓_ sick, __✓_ vacation, and/or _____ other leave during your FMLA absence. This means that you will receive your paid leave and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.

_____ Due to your status within the company, you are considered a "key employee" as defined in the FMLA. As a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us. We ___have/___ have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us.

_____ While on leave you will be required to furnish us with periodic reports of your status and intent to return to work every _____. (Indicate interval of periodic reports, as appropriate for the particular leave situation).

If the circumstances of your leave change, and you are able to return to work earlier than the date indicated on the reverse side of this form, you will be required to notify us at least two workdays prior to the date you intend to report for work.

If your leave does qualify as FMLA leave you will have the following rights while on FMLA leave:

• You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as:

_____ the calendar year (January – December).

_____ a fixed leave year based on _____.

_____ the 12-month period measured forward from the date of your first FMLA leave usage.

✓ a "rolling" 12-month period measured backward from the date of any FMLA leave usage.

• You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered servicemember with a serious injury or illness. This single 12-month period commenced on _____.

• Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.

• You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)

• If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered servicemember's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

• If we have not informed you above that you must use accrued paid leave while taking your unpaid FMLA leave entitlement, you have the right to have __✓_ sick, __✓_ vacation, and/or ___ other leave run concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy. Applicable conditions related to the substitution of paid leave are referenced or set forth below. If you do not meet the requirements for taking paid leave, you remain entitled to take unpaid FMLA leave.

_____ For a copy of conditions applicable to sick/vacation/other leave usage please refer to _____ available at: _____.

_____ Applicable conditions for use of paid leave:

_____
_____
_____
_____

Once we obtain the information from you as specified above, we will inform you, within 5 business days, whether your leave will be designated as FMLA leave and count towards your FMLA leave entitlement. If you have any questions, please do not hesitate to contact: Benefits Helpdesk at (877) 534-7301.

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
It is mandatory for employers to provide employees with notice of their eligibility for FMLA protection and their rights and responsibilities. 29 U.S.C. § 2617; 29 C.F.R. § 825.300(b), (c). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION.

Page 2                                                                 Form WH-381 Revised January 2009

EE# 00116214 /Div S/Center 016A

BH000092

Exhibit U



## BI-WEEKLY BENEFIT REMITTANCE SLIPS

Bright Horizons employees are paid on a bi-weekly schedule. After you have used any vacation or sick time, when applicable, and you will no longer be receiving a payroll check your first payment is due. Therefore, your first payment would be due bi-weekly on the Friday you would otherwise be paid. Payments should then be submitted bi-weekly going forward. You can make several payments at one time, or submit them bi-weekly.

| For My Records | Bi-Weekly Benefit Remittance Slip | |
|---|---|---|
| | Employee:Romero, Yulisa E. Employee ID.00116874 | |
| For Check Date: _____ | For Check Date: | |
| | PACHM | $80.45 |
| | | $ |
| | | $ |
| Check #: _____ | LTD | $0=9 |
| | | $ |
| Date Mailed: _____ | | $ |
| | | $ |
| | | Total $80.84 |
| Amount Enclosed | *Please return this coupon with payment | |

| For My Records | Bi-Weekly Benefit Remittance Slip | |
|---|---|---|
| | Employee:Romero, Yulisa E Employee ID.00116874 | |
| For Check Date: _____ | For Check Date: | |
| | PACHM | $80.45 |
| | | $ |
| | | $ |
| Check #: _____ | LTD | $0=9 |
| | | $ |
| Date Mailed: _____ | | $ |
| | | $ |
| | | Total $80.84 |
| Amount Enclosed | *Please return this coupon with payment | |

Please return coupons and payments to:

Bright Horizons
200 Talcott Avenue South
Watertown, MA  02472
Attn:  Melissa Aupperlee

BE# 00116874 /Div 5 /Center 0764

BH000093

Exhibit U

| For My Records | Bi-Weekly Benefit Remittance Slip | |
|---|---|---|
| | Employee:Romero, Yulisa E.        Employee ID:00116874 | |
| For Check Date: _____ | For Check Date: | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓PACHM | $80.45 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| Check #: _____ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓LTD | $ 039 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| Date Mailed: _____ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | | Total: $ 81 04 |
| Amount Enclosed: | *Please return this coupon with payment | |

| For My Records | Bi-Weekly Benefit Remittance Slip | |
|---|---|---|
| | Employee:Romero, Yulisa E.        Employee ID:00116874 | |
| For Check Date: _____ | For Check Date: | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓PACHM | $80.45 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| Check #: _____ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓LTD | $ 039 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| Date Mailed: _____ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | | Total: $ 81 04 |
| Amount Enclosed: | *Please return this coupon with payment | |

| For My Records | Bi-Weekly Benefit Remittance Slip | |
|---|---|---|
| | Employee:Romero, Yulisa E.        Employee ID:00116874 | |
| For Check Date: _____ | For Check Date: | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓PACHM | $80.45 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| Check #: _____ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓LTD | $ 039 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| Date Mailed: _____ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | | Total: $ 81 04 |
| Amount Enclosed: | *Please return this coupon with payment | |

| For My Records | Bi-Weekly Benefit Remittance Slip | |
|---|---|---|
| | Employee:Romero, Yulisa E.        Employee ID:00116874 | |
| For Check Date: _____ | For Check Date: | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓PACHM | $80.45 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| Check #: _____ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓LTD | $ 039 |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| Date Mailed: _____ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $ |
| | | Total: $ 81 04 |
| Amount Enclosed: | *Please return this coupon with payment | |

BH000094

Exhibit U

**Appendix B**
Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



OMB Control Number: 1215-0181
Expires: XX/XX/XXXX

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: _Yulisa Romero_

Employee's job title: _Infant Teacher_   Regular work schedule: _Tues 7:45-6:30 /Wed 7:00-5:45 Thur 7:45-6:30 /Fri 7:00-5:30_

Employee's essential job functions: _____

Check if job description is attached: _X_

RECEIVED
AUG 03 2012

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: _Yulisa_   _Edita_   _Romero_
First            Middle            Last

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: _DR. Charles Boyer, DC_

Type of practice / Medical specialty: _Chiropractor_

Telephone: (_802_) _285-0794_   Fax: (_802_) _285-0794_



EXHIBIT
11
82

BH000102
Exhibit U

1. Approximate date condition commenced: _____

Probable duration of condition: _____

**Mark below as applicable:**
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
___No ___Yes. If so, dates of admission:

_____

Date(s) you treated the patient for condition:

_____

Will the patient need to have treatment visits at least twice per year due to the condition? ___No __✓Yes.

Was medication, other than over-the-counter medication, prescribed? ___No __✓Yes,

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___No __✓Yes. If so, state the nature of such treatments and expected duration of treatment:

Physical therapy

2. Is the medical condition pregnancy? __✓No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___No ___Yes.

If so, identify the job functions the employee is unable to perform:

Unable to perform full Range of Motion on/Spine or Knees.
Unable to lift 40 pounds.

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

_____

_____

_____

_____

_____

_____

BH000103

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No. ⟨Yes⟩

If so, estimate the beginning and ending dates for the period of incapacity: 45 days
*Pending MRI Test Results & Ortho evaluation*

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No ___Yes.
*Patient is on total temporary disability for 45 days pending MRI & ortho*

If so, are the treatments or reduced number of hours of work medically necessary?
___No ⟨Yes⟩

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

*2x wk         for 45 days*

Estimate the part-time or reduced work schedule the employee needs, if any: *Pending MRI Results*

_____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No ⟨Yes⟩

Is it medically necessary for the employee to be absent from work during the flare-ups? ____
No ___ Yes. If so, explain:

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _____ times per _____ week(s) _____ month(s)

Duration: _____ hours or ___ day(s) per episode

BH000104

Exhibit U

Signature of Health Care Provider

7-25-12

Date

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Form WH-380-E November 2008

BH000105

Exhibit U

**Appendix B**
Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



OMB Control Number: 1215-0181
Expires: XX/XX/XXX

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: _Bright Horizons Children Center_

Employee's job title: _Infant Teacher_   Regular work schedule: Tue. 7:45-6:30/wed 7:00-s
Thr. 7:45-6:30 / Fri. 7:0-s

Employee's essential job functions: _____

Check if job description is attached: X

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: _Yulisa_        _Edita_          _Romero_
First          Middle              Last

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: _Dr. Edward Opshis_

Type of practice / Medical specialty: _Occupational Medicine_

Telephone: ( _562_ ) _285-0794_          Fax:( ___ )



EXHIBIT
12

186

BH000188
Exhibit U

# BRIGHT HORIZONS FAMILY SOLUTIONS

## Certification by Physician for Employee to Return to Work

The purpose of this form is to certify that the employee is fit to return to work and perform the essential functions of the job description review by me.

---

**This Section to be completed by the Employee**

Name of Employee: _Yulisa Romero_

Employee ID#:_____      Location#:_____

Job Title: _Infant Teacher_

---

**This Section to be completed by the Attending Physician**

☐ Yes, the employee is able to perform the essential functions of the employee's position as listed on the attached form as of (insert date)
___/___/_____.

☒ No, the employee is unable to perform the essential functions of the employee's position as listed on the attached form until (insert date)
_9_/_4_/_2012_

☐ No, the employee is unable to perform the essential functions of the employee's position as listed on the attached form until (insert date), but can return with the following accommodations:

_____

_____

---

**Health Care Provider Information**

Name (printed): _Opoku, Edward_

Signature: _Dr. Edward Opoku_        _805114 5 CA_

Date: _8_/_8_/_2012_  Type of Practice/Specialty: _Occupational Medicine_

BH000189

Exhibit U

_____

**Signature of Health Care Provider**      **Date**    8/18/20?

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years, 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Page 4          Form WH-380-E   November 2008

BH000190

**188**      **Exhibit U**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery?   No __ ✓ Yes.

   If so, estimate the beginning and ending dates for the period of incapacity: 7/4/2012 — 9/4/2012

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___ No ⟨✗ Yes.⟩

   If so, are the treatments or the reduced number of hours of work medically necessary? ~~No~~ ⟨✗ Yes.⟩

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   3x/weekly   for 1 hour visits

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___ No ✗ Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups? ____ No ✗ Yes. If so, explain:

   Therapy treatment rest.

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency: _____ times per _____ week(s) _2_ month(s)

   Duration: _____ hours or _1_ day(s) per episode

BH000191

**Exhibit U**

1. Approximate date condition commenced: _November 15, 2058_

Probable duration of condition: _____

**Mark below as applicable:**
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
___✗No ___Yes. If so, dates of admission:

_____

Date(s) you treated the patient for condition:

_____

Will the patient need to have treatment visits at least twice per year due to the condition? ___No ✗Yes.

Was medication, other than over-the-counter medication, prescribed? ___No ✗Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___No ✗Yes. If so, state the nature of such treatments and expected duration of treatment:

_Physical therapy (2x for 6 weeks indefinite), Chiropractor (intlmin)_

2. Is the medical condition pregnancy? ✗No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___No ✗Yes.

If so, identify the job functions the employee is unable to perform:

_Kneeling, squatting, walk up/down stairs, standing longer than 1hr._

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

_____

_____

_____

_____

_____

_____

Page 2                    CONTINUED ON NEXT PAGE                    Form WH-380-E  November 2008

BH000192

**Exhibit U**

**STAPLES copy&print**center

## Complimentary Self-Serve Fax Cover Sheet

To: Hawani

Fax #: (3)07 252 - 3315

Date: O8·20-12

Number of Pages (Including Cover): 6

From: Yulisa Renero

Phone #: (562) 842·0736

Reply Fax #:

Urgent ☒  Confidential ☐  Confirm Receipt ☐

### We'll do it right the first time — guaranteed.

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more

that was easy.

BH000193

Exhibit U

08/27/2012  03:37   5622850796          PAIN FREE MANAGEMENT          PAGE  04/05

# Edward Opoku, D.O.

4201 Long Beach Blvd. Ste, 430 Long Beach, CA 90807 Phone # (562) 285-0794 Fax # (562) 285-0796

### DISABILITY SLIP


RECEIVED
SEP  4 2012
By_____

Date: AUGUST 18, 2012

## To Whom It May Concern:

THIS IS TO CERTIFY THAT <u>YULISSA ROMERO</u> IS UNDER MY PROFESSIONAL CARE, AND HAS BEEN PLACED ON <u>TOTAL TEMPORARY DISABILITY</u>/ MODIFIED WORK / REGULAR DUTY FROM <u>08/18/12 TO 09/29/12</u> FOR THE FOLLOWING CONDITIONS OF:

- C/S SP/ST                847.0
- L/S SP/ST                847.2
- BILAT. KNEE SP/ST        844.9
- STRESS & ANXIETY         300.0
- DEPRESSION               311

IF YOU HAVE ANY FURTHER QUESTIONS, PLEASE FEEL FREE TO CALL MY OFFICE (562)285-0794.

*Signature on File*
PRIMARY TREATING PHYSICIAN
EDWARD OPOKU, D.O.


EXHIBIT
13

BH000121

**STAPLES copy&printcenter**

## Complimentary Self-Serve Fax Cover Sheet

To: Melissa Upparlee

Fax #: (617) 673-8641

Date: 09-01-12

Number of Pages (including Cover):

From: Yulisa Romero (Abuttel(ch in Cal.)

Phone #: (562) 842-0736

Reply Fax #:

Urgent ☐   Confidential ☐   ☒ Confirm Receipt ☐

Ms. Melissa,

I am faxing over a Dr's Note (Patient Status) from my Worker's com doctor stating the new date to return to work being Total Temporarily disabled until 10/16/12

We'll do it right the first time — guaranteed.

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more

that was easy.®

5/0631rw_089815

BH000118

EXHIBIT

Exhibit U

## PATIENT STATUS

4201 Long Beach Blvd, Ste. 430
Long Beach, CA 90807
Phone (562) 285-0794 Fax (562) 285-0796

PATIENT NAME: _Yulissa Romero_          Date of Service: _4/01/12_

Employer: _Bright Horizons childrens ctr_          Date of Injury: _____

Patient's Condition: _____ Improving _____ Asymptomatic _____ Unchanged

_____ Aggravated _____ New Patient

**Employee:**
_____ Is Discharged
__•__ Permanent & Stationary (with / without objective factors of permanent disability)
_____ Should continue / resume regular duty as of _____
_____ Should continue / resume light duty as of _____
_____ As per restrictions
_____ If light duty is not available patient is considered to be Total Temporarily Disabled and should not resume regular work.
__X__ Unable to return to work until _45 Days / 10/16/12_ and /or following next re-evaluation.
_____ Has been referred to _____

The above employer has the following work restriction/limitation for the patient above:
_____ Limited walking to ___15 min consecutively ___30min min consecutively ___60 min consecutively
_____ Limited standing to ___15 min consecutively ___30min min consecutively ___60 min consecutively
_____ Limited bending/stooping/kneeling to ___<5% of work day ___<10% of work day ___<20% of work day
_____ Limited Lifting to _____ lbs.
_____ No climbing
_____ No overhead working
_____ Limited use of _____ Left _____ Right     Arm / Hand / Wrist / Shoulder
_____ No operative vehicle / machine
_____ Other (s), specify: _____

**Physiotherapy & Chiropractic care:**
_____ Not prescribed _____ To begin _____ To be continued _____ To be discontinued
Frequency of: _____ 3x/week _____ 2x/week _____ 1x/week _____ As needed

**Acupuncture:**
_____ Not prescribed _____ To begin _____ To be continued _____ To be discontinued
Frequency of: _____ 3x/week _____ 2x/week _____ 1x/week _____ As needed

**Appointments:** _____ Monday _____ Tuesday _____ Wednesday _____ Thursday _____ Friday

Remarks: These work restrictions/limitations apply for 6 weeks and/or until re-evaluations.

_____

Primary Treating Doctor: _EDWARD OPUKU. DO PTP_

Signature: _____

BH000119

**Exhibit U**

## PATIENT STATUS

4701 Long Beach Blvd. Ste. 430
Long Beach, CA 90807
Phone (562) 285-0794 Fax (562) 285-0796

PATIENT NAME: Yulissa Romero                    Date of Service: 10/11/12

Employer: Bright Horizons                       Date of Injury: 10/11/08

Patient's Condition: _____ Improving _____ Asymptomatic _____✓ Unchanged

_____ Aggravated _____ New Patient

Employee:

_____ Is Discharged
_____ Permanent & Stationary (with / without objective factors of permanent disability)
_____ Should continue / resume regular duty as of _____
_____ Should continue / resume light duty as of _____
_____ As per restrictions
_____ If light duty is not available patient is considered to be Total Temporarily Disabled and should not resume regular work.
_____✓ Unable to return to work until ___45 days___ and /or following next re-evaluation.
_____ Has been referred to _____

The above employer has the following work restriction/limitation for the patient above:

_____ Limited walking to ___15 min consecutively ___30 min min consecutively ___60 min consecutively
_____ Limited standing to ___15 min consecutively ___30 min min consecutively ___60 min consecutively
_____ Limited bending/stooping/kneeling to ___<5% of work day ___<10% of work day ___<20% of work day
_____ Limited Lifting to _____ lbs.
_____ No climbing
_____ No overhead working
_____ Limited use of _____ Left _____ Right   Arm / Hand / Wrist / Shoulder
_____ No operative vehicle / machine
_____ Other (s) specify: _____

Physiotherapy & Chiropractic care:
_____ Not prescribed _____ To begin _____✓ To be continued _____ To be discontinued
Frequency of: _____ 3x/week _____✓ 2x/week _____ 1x/week _____ As needed

Acupuncture:
_____ Not prescribed _____✓ To begin _____ To be continued _____ To be discontinued
Frequency of: _____ 3x/week _____ 2x/week _____✓ 1x/week _____ As needed

Appointments: _____ Monday _____ Tuesday _____ Wednesday _____ Thursday _____ Friday

Remarks: These work restrictions/limitations apply for 6 weeks and/or until re-evaluations.

Primary Treating Doctor: Kambiz Nourian, DC on behalf of
                         EDWARD OPOKU, MD PTP.

Signature: _____

RECEIVED OCT 1 8 2012

EXHIBIT
15

BH000122
Exhibit U

# IGEN Medical, INC.

4201 Long Beach Blvd. Ste. 430
Long Beach, CA 90807
Phone (562) 285-0794 Fax (562) 285-0796

## PATIENT STATUS

PATIENT NAME: Romero ~/ulissa          Date of Service: 11/17/12

Employer: Bright Horizons Children Center     Date of Injury: 0/1/08

Patient's Condition: _____ Improving _____ Asymptomatic _____ Unchanged

_____ Aggravated _____ New Patient

**Employee:**
_____ Is Discharged
_____ Permanent & Stationary (with / without objective factors of permanent disability)
_____ Should continue / resume regular duty as of _____
_____ Should continue / resume light duty as of _____
_____ As per restrictions
_____ If light duty is not available patient is considered to be Total Temporarily Disabled and should not resume regular work.
___X___ Unable to return to work until 45 Days _____ and /or following next re-evaluation.
_____ Has been referred to _____

The above employer has the following work restriction/limitation for the patient above:
_____ Limited walking to ___15 min consecutively ___30min min consecutively ___60 min consecutively
_____ Limited standing to ___15 min consecutively ___30min min consecutively ___60 min consecutively
_____ Limited bending/stooping/kneeling to __<5% of work day __<10% of work day __<20% of work day
_____ Limited Lifting to _____ lbs.
_____ No climbing
_____ No overhead working
_____ Limited use of _____ Left _____ Right     Arm / Hand / Wrist / Shoulder
_____ No operative vehicle / machine
_____ Other (s), specify: _____

**Physiotherapy & Chiropractic care:**
_____ Not prescribed _____ To begin _____ To be continued _____ To be discontinued
Frequency of: _____ 3x/week _____ 2x/week _____ 1x/week _____ As needed

**Acupuncture:**
_____ Not prescribed _____ To begin _____ To be continued _____ To be discontinued
Frequency of: _____ 3x/week _____ 2x/week _____ 1x/week _____ As needed

**Appointments:** _____ Monday _____ Tuesday _____ Wednesday _____ Thursday _____ Friday
**Remarks:** These work restrictions/limitations apply for 6 weeks and/or until re-evaluations.

Primary Treating Doctor:  EDWARD OPOKU, DO PTP

Signature:

RECEIVED NOV 27 2012

EXHIBIT
16

BH000123

Exhibit U



November 28, 2012

Yulissa Romero

# Redacted

Dear Yulissa,

We are in receipt of documentation from your healthcare provider dated October 11, 2012. Since your leave began on July 6, 2012 we have granted multiple extensions of leave as an accommodation with the understanding that this additional time was not of an indefinite nature and would enable you to return to work and perform the essential functions of your job. At this juncture, Bright Horizons is requesting additional information from your healthcare provider that will allow us to have a full understanding of your situation and its expected duration, and can consider future accommodations for you in your role given your limitations to the extent that any persist.

Since August 3, 2012 we have received several certifications from your healthcare provider extending your leave. In order to properly evaluate your situation we will need a response to this letter by December 7, 2012. If your medical provider cannot provide any estimated date of return, we need to know this as well and the medical reason for why a return to work date cannot be provided.

Please return the completed Accommodation Request Form to me at the address below, or by faxing it to 617-673-8641, no later than December 7, 2012.

Bright Horizons Family Solutions
200 Talcott Avenue, South
Watertown, MA 02472
ATTN: Melissa/Benefits Department

You may contact the Benefits Helpdesk at 877-534-7301 if you have any questions regarding this information.

Sincerely,

Melissa Aupperlee
Leave of Absence Specialist

Cc: Center Director, Hawani Negussie
Human Resources Manager, Lisa Henley

Enclosures: Accommodation Request Form

EXHIBIT

PENGAD 800-631-6989

BH000124

**197**                                                        **Exhibit U**

12/22/2012  02:05    5622850796                PAIN FREE MANAGEMENT               PAGE 04/04

# IGEN Medical, INC.

4201 Long Beach Blvd. Ste. 430
Long Beach, CA 90807
Phone (562) 285-0794 Fax (562) 285-0796

## PATIENT STATUS

PATIENT NAME: Yulisa Romero _____ Date of Service: 12/22/12

Employer: Bright Horizons Childrens Center  Date of Injury: 6/27/17

Patient's Condition: _____ Improving _____ Asymptomatic _____ Unchanged

_____ Aggravated _____ New Patient

**Employee:**
_____ Is Discharged
_____ Permanent & Stationary (with / without objective factors of permanent disability)
_____ Should continue / resume regular duty as of _____
_____ Should continue / resume light duty as of _____
_____ As per restrictions
_____ If light duty is not available patient is considered to be Total Temporarily Disabled and should not resume regular work.
__X__ Unable to return to work until 45 Days _____ and /or following next re-evaluation.
_____ Has been referred to _____

**The above employer has the following work restriction/limitation for the patient above:**
_____ Limited walking to ___15 min consecutively ___30min min consecutively ___60 min consecutively
_____ Limited standing to ___15 min consecutively ___30min min consecutively ___60 min consecutively
_____ Limited bending/stooping/kneeling to __<5% of work day __<10% of work day __<20% of work day
_____ Limited Lifting to _____ lbs.
_____ No climbing
_____ No overhead working
_____ Limited use of _____ Left _____ Right _____ Arm / Hand / Wrist / Shoulder
_____ No operative vehicle / machine
_____ Other (s), specify: _____

**Physiotherapy & Chiropractic care:**
_____ Not prescribed _____ To begin _____ To be continued _____ To be discontinued
Frequency of: _____ 3x/week _____ 2x/week _____ 1x/week _____ As needed

**Acupuncture:**
_____ Not prescribed _____ To begin _____ To be continued _____ To be discontinued
Frequency of: _____ 3x/week _____ 2x/week _____ 1x/week _____ As needed

**Appointments:** _____ Monday _____ Tuesday _____ Wednesday _____ Thursday _____ Friday
**Remarks:** These work restrictions/limitations apply for 6 weeks and/or until re-evaluations.

Primary Treating Doctor: Edward Opoku, DO
Signature: _____

RECEIVED
DEC 27 2012

EXHIBIT
18

BH000127

Exhibit U

12/22/2012  02:05   5522858796                     PAIN FREE MANAGEMENT              PAGE  03/04

# BRIGHT HORIZONS

## ACCOMMODATION REQUEST – CALIFORNIA

QUESTIONS REGARDING EMPLOYEE'S RESTRICITONS AND CAPABILITIES
[Do not disclose information regarding medical cause – Disclose Only Non-Medical information regarding employee's functional limitations and capabilities]

Employee (Patient) Name: _____

Medical Professional's Name: _____

Address: _____

_____

Telephone Number: _____

Fax Number: _____

A. Questions to help determine whether an employee has a disability.

A person has a disability under California law if the person has a physical or mental condition that limits one or more major life activities.  The following questions may help determine whether an employee has a disability:

Does the employee have a physical or mental condition that limits a major life activity?
☑ Yes                    ☐ No

Is the limitation permanent?              ☐ Yes        ☒ No

If *not* permanent, how long will the limitation last? _____

What major life activity(ies) is/are limited by the physical or mental condition?
| | | |
|---|---|---|
| ☐ Caring for Self | ☑ Walking | ☐ Hearing |
| ☑ Lifting | ☐ Standing | ☐ Seeing |
| ☐ Interacting with Others | ☐ Sleeping | ☐ Reaching |
| ☐ Performing Manuel Tasks | ☐ Speaking | ☐ Concentrating |
| ☐ Thinking | ☐ Toileting | ☐ Learning |
| ☐ Reproduction | ☐ Sitting | ☐ Breathing |
| ☑ Working | ☐ Other (describe): _____ | |

B. Questions to help determine whether accommodation is needed.

What limitation(s) is/are interfering with job performance?
D Walking/ Standing Bends

What job function(s) is/are the employee having trouble performing because of the limitation(s)?
1) lifting heavy objects
2) Prolonged standing/ walking

How does the employee's limitation(s) interfere with his/her ability to perform the job function(s)?
Pt. unable to complete job duties

BH000128

Exhibit U

12/22/2012  02:05  5522858795                    PAIN FREE MANAGEMENT                    PAGE  02/04

. C. Questions to help determine effective accommodation options.

If an employee has a disability and needs an accommodation because of the disability, the employer must provide a reasonable accommodation, unless the accommodation poses an undue hardship or there is a direct threat of harm to the employee or others even after accommodation. The following questions may help determine effective accommodations.

After reviewing the attached job description, do you have any suggestions regarding possible accommodations to enable the employee to perform the essential functions of his/her job? If so, what are they?

1) Limited standing/walking no more than 1hr w/ breaks
2) Limited bending/squatting
3) No lifting objects greater than 25 lbs

How would your suggestions enable the employee to perform his/her essential job functions?

This will enable patient to possibly complete job duties

If you believe a leave of absence is required, please state how much leave will be required, whether the need for leave is indefinite and how providing the leave will enable the employee to return to work and perform the essential job functions, with or without reasonable accommodation.

Leave of absence for 40 days until futer evalu.

*NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information", as defined by GINA, includes an individual's family medical history, the results of an individual or family member's genetic tests, the fact that in individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.*

D. Comments

Medical Professional's Signature: _____

Date: 12/22/2012

BH000129

Exhibit U



December 28, 2012

Yulissa Romero

# Redacted

Dear Yulissa,

Bright Horizons is in receipt of documentation from your healthcare provider dated December 22, 2012 which indicates that you are unable to return to work for another 45 days. Your twelve weeks of leave under the Family Medical Leave Act, began on July 6, 2012 and expired on September 28, 2012. Your twelve weeks under the Bright Horizons Extended Leave of Absence began on September 29, 2012 and has expired on December 22, 2012. At this time we are approving your request for additional time off as an accommodation based on the supporting medical documentation we received from your healthcare provider, which would conclude on February 5, 2013.

Since your leave began on July 6, 2012 we have granted multiple extensions of leave as an accommodation with the understanding that this additional time was not of an indefinite nature and would enable you to return to work and perform the essential functions of your job. Based on the numerous leave extensions over the past several months, we are requesting that you provide additional information from your healthcare provider, which will allow us to have a full understanding of your situation, its expected duration and how any further accommodations would facilitate your ability to return to work with any reasonable degree of medical certainty.

In order to properly evaluate your situation we will need a response to this letter immediately following this additional 45 day period, by February 5, 2013. If your medical provider cannot provide any estimated date of return, we need to know this as well and the medical reason for why a return to work date cannot be provided.   We encourage you to engage in this interactive process and to provide us with this additional information that will allow us to consider any future accommodations requests if your request for leave can be granted and hopefully result in your ability to return to work for Bright Horizons at the end of this leave.

Please return the completed Accommodation Request Form to me at the address below, or by faxing it to 617-673-8641, on February 5, 2013

Bright Horizons Family Solutions
200 Talcott Avenue, South
Watertown, MA 02472
ATTN: Melissa/Benefits Department

If there is any reasonable accommodation that you and your healthcare provider feel would enable you to return to work earlier, at any time during this process, please contact me directly at (617) 673-8167, to discuss further.

I look forward to hearing from you and hope that you are feeling better.

Sincerely,

Melissa Aupperlee
Leave of Absence Specialist

Cc: Center Director, Hawani Negussie
Human Resources Manager, Lisa Henley

Enclosure: Accommodation Request Form

EXHIBIT
19

PENGAD 800-631-6989

BH000130

Exhibit U



STAPLES **copy&print**center

## Complimentary Self-Serve Fax Cover Sheet

To: Melissa Amperlee

Fax #: (617) 673-8641

Date:

Number of Pages (Including Cover): 2

From: Alisa Pomero

Phone #: (562) 843-0736

Reply Fax #:

Urgent ☒   Confidential ☒   Confirm Receipt ☐

RECEIVED FEB 6 2013 By

We'll do it right the first time — guaranteed.

Black & white copies • Color copies • Custom printing • Binding • Folding • White-format copying • Cut-to-n stamps • UPS shipping and more

that was ea

EXHIBIT 20

BH000132

**Exhibit U**

Romero, Yulisa

## PATIENT STATUS

PATIENT NAME: Romero, Yulisa  Date of Service: 2/2/2013

Employer:_  Date of Injury: 6/27/2012

Patient's Condition: _____ Improving _____ Asymptomatic _____ Unchanged

_____ Aggravated _____ New Patient

Employee:
_____ Is Discharged
_____ Permanent & Stationary (with / without objective factors of permanent disability)
_____ Should continue / resume regular duty as of
_____ Should continue / resume light duty as of
_____ As per restrictions
_____ If light duty is not available patient is considered to be Total Temporarily Disabled and should not resume regular work
__✓__ Unable to return to work until 4CCus  and /or following next re-evaluation.
_____ Has been referred to

The above employer has the following work restriction/limitation for the patient above:
_____ Limited walking to__15 min consecutively ___30min min consecutively ___60 min consecutively
_____ Limited standing to __15 min consecutively ___30min min consecutively ___60 min consecutively
_____ Limited bending/stooping/kneeling to __<5% of work day __<10% of work day __<20% of work day
_____ Limited Lifting to _____ lbs.
_____ No climbing
_____ No overhead working
_____ Limited use of _____ Left _____ Right    Arm / Hand / Wrist & Shoulder
_____ No operative vehicle / machine
_____ Other (s), specify:_____

Physiotherapy & Chiropractic care:
    Not prescribed _____ To begin _____ To be continued _____ To be discontinued
Frequency of: _____ 3x/week _____ 2x/week _____ 1x/week _____ As Needed

Acupuncture:
    Not prescribed _____ To begin _____ To be continued _____ To be discontinued
Frequency of: _____ 3x/week _____ 2x/week _____ 1x/week _____ As Needed

Appointments: ___Monday ___Tuesday ___Wednesday ___Thursday ___Friday

Remarks: These work restrictions/limitations apply for 6 weeks and/or until re-evaluations.

Primary Treating Doctor: , Osoku, Edward D.O

Signature:

RECEIVED
FEB 6 2013
By

Page 5 of 7

BH000133

Exhibit U



March 4, 2013

Yulissa Romero

# Redacted

Dear Yulissa,

On July 6, 2012 you were placed on a Family Medical Leave of Absence which expired on September 28, 2012. Additional information from your healthcare provider was submitted on August 31, 2012, indicating a return to work date of October 16, 2013. You did not return to work on October 16 and subsequently submitted a doctor's note indicating that your limitations would last for another 45 days but lacking additional clarifying information. In response, we requested additional information from your physician that would provide a full understanding of your situation and expected duration. An Accommodations Request Form was received, dated December 22, confirming you would only need an additional 45 days and you were expected to return to work February 5, 2013. On December 28, 2012 you were sent a letter granting you the additional time, through February 5. According to the letter sent December 28, if you were unable to return immediately following the 45 day period you would be required to provide information from your healthcare provider allowing us to have a full understanding of your situation, expected duration and how further accommodations would facilitate your ability to return to work with any reasonable degree of medical certainty. Unfortunately, you did not return to work on February 5 but instead provided another doctor's note extending your leave for 45 more days, through March 19, but your healthcare provider did not comment on if and how this accommodation would facilitate you to return to work with any reasonable degree of medical certainty.

Since your leave began, we have granted multiple extensions of leave as an accommodation with the understanding that this additional time was not of an indefinite nature and would enable you to return to work and perform the essential functions of your job. Repeated requests for leave have yielded no significant changes to your ability to return to work. Therefore, it appears that your request for leave is actually of an indefinite duration. Unless there is any additional information that would be helpful in providing assurance that this accommodation will in fact allow you to return on a full time basis we will assume that the need for leave is indefinite. We will need a response by March 19, 2013.

Please return the completed Accommodation Request Form to me at the address below, or by faxing it to 617-673-8641, by March 19, 2013.

Bright Horizons Family Solutions
200 Talcott Avenue, South
Watertown, MA  02472
ATTN: Melissa/Benefits Department

If there is any reasonable accommodation that you and your healthcare provider feel would enable you to return to work earlier at any time during this process, please contact me directly at 617-673-8716, to discuss further.

Sincerely,

Melissa Aupperlee
Leave of Absence Specialist.

Cc: Center Director, Gretchen McColley
Human Resources Manager, Rebecca Martin
Enclosure: Accommodation Request Form

EXHIBIT

21

204

BH000135

**Exhibit U**

RECEIVED
MAR 19 2013
By

STAPLES copy&printcenter

## Complimentary Self-Serve Fax Cover Sheet

To: Melissa Upreview

Fax#: (617) 673-8641

Date: 03-18-2013

Number of Pages (including Cover):

From: Wlisa Romero

Phone #: (562) 842-0736

Reply Fax #:

☒ Urgent  ☒ Confidential  ☒ Confirm Receipt

Dear Melissa,

I have attached my last Pertinent Status that states that now I am able to return to work with restrictions. Please confirm if the company can accomi me w/ restrictions. If not possible, please let me know ASAP, We'll do it right the first time — guaranteed. Thank

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more

that was easy

5/05bh

BH000137

PENGAD 800-631-6989

EXHIBIT
22

Romero, Yulisa

## PATIENT STATUS

PATIENT NAME:  Romero, Yulisa  Date of Service:

Employer: Bright Horizons Childrens Cent  Date of Injury: 11/1/2008

Patient's Condition: _____ Improving _____ Asymptomatic _____ Unchanged

_____ Aggravated _____ New Patient

Employee:

_____ Is Discharged

_____ Permanent & Stationary (with / without onjective factors of permanent disability)

_____ Should continue / resume regular duty as of

___✗___ Should continue / resume light duty as of 3/16/2013

_____ As per restrictions

___✗___ If light duty is not available patient is considered to be Total Temporarily Disabled and should not resume regular work.

_____ Unable to return to work until _____ and /or following next re-evaluation.

_____ Has been referred to

The above employer has the following work restriction/limitation for the patient above:

___✗___ Limited walking to ___ 15 min consecutively ___ 30min min consecutively ___ 60 min consecutively

___✗___ Limited standing to ___ 15 min consecutively ___ 30min min consecutively ___ 60 min consecutively

___✗___ Limited bending/stooping/kneeling to __ <5% of work day __ <10% of work day __ <20% of work day

___✗___ Limited Lifting to 10 lbs.

_____ No climbing

_____ No overhead working

_____ Limited use of _____ Left _____ Right  Arm / Hand / Wrist / Shoulder

_____ No operative vehicle / machine

_____ Other (s), specify: _____

Physiotherapy & Chiropractic care:

_____ Not prescribed ____ To begin ____ To be continued ____ To be discontinued

Frequency of: ____ 3x/week ____ 2x/week ____ 1x/week ____ As Needed

Acupuncture:

_____ Not prescribed ____ To begin ____ To be continued ____ To be discontinued

Frequency of: ____ 3x/week ____ 2x/week ____ 1x/week ____ As Needed

Appointments: ___ Monday ___ Tuesday ___ Wednesday ___ Thursday ___ Friday

Remarks: These work restrictions/limitations apply for 6 weeks and/or until re-evaluations.

Primary Treating Doctor:  Onofri, Edward D.O.

Page 3 of 7

RECEIVED
MAR 1 9 2013
BY

BH000138
Exhibit U



March 19, 2013

Yulisa Romero

# Redacted

Dear Yulisa,

On March 19, 2013 you submitted documentation form your healthcare provider indicating the following restrictions.

- Limit walking and standing to 30 minutes, consecutively
- Limit bending, stooping, kneiling to 10% of work day
- Limit lifting to 10lbs.

However, your physician did not indicate a timeframe for these accommodations. In order to properly evaluate this request, we need additional information from your healthcare provider which clarifies the *duration or estimated duration of the accommodations indicated above*. If your medical provider cannot provide duration or estimated duration, we need to know this as well and the medical reason why this information cannot be provided. We welcome and encourage your engagement in this interactive process and ask that you to submit any additional information that will allow us to evaluate if you can safely perform the essential functions of your job or if leave is needed at this time. We will evaluate the updated healthcare information and make a determination as to any accommodations or leave time needed and follow-up with you to discuss this information.

Please return the completed Accommodation Request Form to me at the address below, or by faxing it to 617-673-8641 by <u>March 26, 2013</u>.

Bright Horizons Family Solutions
200 Talcott Avenue, South
Watertown, MA 02472
ATTN: Melissa/Benefits Department

I look forward to hearing from you and hope that you are feeling better.

Sincerely,

Melissa Aupperlee
Leave of Absence Specialist

Cc: Center Director, Gretchen McColley
Human Resources Manager, Rebecca Martin

EXHIBIT
23

PENGAD 800-631-6989

BH000139
Exhibit U

207



March 28, 2013

Yulisa Romero

# Redacted

Dear Yulisa,

An Accommodation Request Form was mailed out to you on January 7, 2013, requesting additional information from your healthcare provider, which needed to be completed by your HealthCare Provider and returned to me no later than March 12, 2013. As of today's date I have not yet received the completed Accommodation Request Form. I have enclosed a copy of the letter dated March 19, and the Accommodation Request Form. Please return the completed Accommodation Request Form **no later than April 4, 2013**; Your provider may fax the form to my attention at (617) 673-8641.

At this juncture, we are strongly encouraging you to respond and to engage in the interactive process which will help us to determine if additional leave time needs to be granted or if we can provide accommodations which may enable your to return to work.

If you have any questions please feel free to contact me at 617-673-8716. I look forward to hearing from you and hope that you are feeling better,

Sincerely,

Melissa Aupperlee
Leave of Absence Specialist

cc: Center Director: Gretchen McColley
Human Resources Manager: Rebecca Martin

*Enclosures: Accommodation Request Form, Original Accommodation Request Letter*



BH000141
Exhibit U

## BRIGHT HORIZONS

### ACCOMMODATION REQUEST – CALIFORNIA

QUESTIONS REGARDING EMPLOYEE'S RESTRICITONS AND CAPABILITIES
[Do not disclose information regarding medical cause – Disclose Only Non-Medical information regarding employee's functional limitations and capabilities]

Employee (Patient) Name: _Yolisa Romero_

Medical Professional's Name: _Dr. Edward Opoku._

Address: _____

Telephone Number: _____

Fax Number: _____

**A. Questions to help determine whether an employee has a disability.**

A person has a disability under California law if the person has a physical or mental condition that limits one or more major life activities.  The following questions may help determine whether an employee has a disability:

Does the employee have a physical or mental condition that limits a major life activity?
☑ Yes     ☐ No

Is the limitation permanent?     ☐ Yes     ☐ No

If not permanent, how long will the limitation last?  _Unknown at this restoration for 45 days then_
_should be re-evaluated_

What major life activity(ies) is/are limited by the physical or mental condition?

| | | |
|---|---|---|
| ☐ Caring for Self | ☑ Walking | ☐ Hearing |
| ☐ Lifting | ☑ Standing | ☐ Seeing |
| ☐ Interacting with Others | ☐ Sleeping | ☐ Reaching |
| ☑ Performing Manual Tasks | ☐ Speaking | ☐ Concentrating |
| ☐ Thinking | ☐ Toileting | ☐ Learning |
| ☐ Reproduction | ☐ Sitting | ☑ Breathing |
| ☐ Working | ☐ Other (describe): _____ | |

**B. Questions to help determine whether accommodation is needed.**

What limitation(s) is/are interfering with job performance?  _Pt has trouble w/ lifting heavy objects, prolonged stdg/walkg >30min._
_Pt has also [illegible] w/ bendg/stoopg/crawlg/kneelg_

What job function(s) is/are the employee having trouble performing because of the limitation(s)?
1) _Lifting objects >15 lbs_
2) _Bendg/crawlg_
3) _Prolonged stdg/walkg_

How does the employee's limitation(s) interfere with his/her ability to perform the job function(s)?  _Pt cannot perform above duties while carryg for children_
_therefore interfers w/ job tasks_

EXHIBIT
25

PENRAD 800-631-8688

BH000143
Exhibit U

**C. Questions to help determine effective accommodation options.**

If an employee has a disability and needs an accommodation because of the disability, the employer must provide a reasonable accommodation, unless the accommodation poses an undue hardship or there is a direct threat of harm to the employee or others even after accommodation. The following questions may help determine effective accommodations.

After reviewing the attached job description, do you have any suggestions regarding possible accommodations to enable the employee to perform the essential functions of his/her job? If so, what are they?

*[handwritten] Pt should be able to sit every hour for 15 mins to reduce stress on knees/back. Limited in the amount she has to lift.*

How would your suggestions enable the employee to perform his/her essential job functions?

*[handwritten] It would enable her to be productive while not hurting her back or knees*

If you believe a leave of absence is required, please state how much leave will be required, whether the need for leave is indefinite and how providing the leave will enable the employee to return to work and perform the essential job functions, with or without reasonable accommodation.

*NOTICE: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information", as defined by GINA, includes an individual's family medical history, the results of an individual or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.*

**D. Comments**

Medical Professional's Signature: *[signature]*

Date: *[handwritten] 4/4/2020*

*Note— this form should be filed in the employee's Medical File – Yellow*

BH000144
Exhibit U



April 15, 2013

Ms. Yulisa Romero

# Redacted

Dear Yulisa:

Effective April 15, 2013 your leave under the Extended Medical Leave of Absence has expired.  Based on the updated information contained in the Accommodations Form completed by your health care provider; we have, unfortunately, determined that the documentation indicates, at this time, further leave as an accommodation would be not be effective in enabling you to return to work and perform the essential functions of your job.

Should you wish to explore the possibility of transferring to another center which may have an open position and may be able to accommodate your restrictions please contact me by April 22, 2013.  Should we not hear from you by that time, your employment with Bright Horizons will end effective April 15, 2013, the date your Leave of Absence expired.  However please know when you are able to return to work, we strongly encourage you to reapply for a position at Bright Horizons whether it be at this center or another.

Please contact me with any questions or concerns that you may have.

Sincerely,

Hawani Negussie
Director

cc:  Benefits Department

EXHIBIT
2-7

BH000218
Exhibit U



STATE OF CALIFORNIA I Department of Fair Employment and Housing

EMPLOYMENT RIGHT TO SUE

## COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

DFEH NUMBER
181030-76344-R

COMPLAINANT
Yulisa Romero

NAMED IS THE EMPLOYER, PERSON, AGENCY, ORGANIZATION OR GOVERNMENT ENTITY WHO DISCRIMINATED AGAINST ME

| RESPONDENT | ADDRESS | PHONE |
|---|---|---|
| Bright Horizons Family Solution | 200 TALCOTT AVE S  Watertown MA 02472 | |

| NO. OF EMPLOYEES | MOST RECENT DISCRIMINATION TOOK PLACE | TYPE OF EMPLOYER |
|---|---|---|
| 100 | Apr 15, 2013 | Private Employer |

| CO-RESPONDENT(S) | | ADDRESS |
|---|---|---|
| CORPORATION SERVICE COMPANY WHI  Bright Horizons Family Solutions | | 2710 GATEWAY OAKS DR STE 150N Sacramento  Ca 95833 |
| Mattel Child Development Center | | 33 Continental Blvd  El Segundo  Ca 90245 |

DATE FILED  Nov 19, 2013
MODIFIED    Nov 19, 2013

REVISED JULY 2013
PAGE 1/3



EXHIBIT

BH000003

**Exhibit U**



STATE OF CALIFORNIA | Department of Fair Employment and Housing                                    EMPLOYMENT RIGHT TO SUE

## COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

DFEH NUMBER
181030-76344-R

| | |
|---|---|
| I ALLEGE THAT I EXPERIENCED: | Discrimination |
| ON OR BEFORE | Apr 15, 2013 |
| BECAUSE OF MY | Association with a member of a protected class, Disability, Engagement in Protected Activity, Family Care or Medical Leave |
| AS A RESULT, I WAS | Denied a good faith interactive process, Denied a work environment free of discrimination and/or retaliation, Denied reasonable accommodation, Terminated |

**STATEMENT OF FACTS**

I started my employment at Bright Horizons Family Solutions ["BHFS"] in July 2008. BHFS provides private child care, back-up care, and early education for children at various locations, including directly at corporations. I was first employed as an assistant until September 2008, when I was promoted to teacher. In July 2012, I became disabled and was forced to take time off from work to recover. On March 19, 2013, I submitted documentation to BHFS from my doctor that I was able to return to work with reasonable accommodations. In response, BHFS sent a letter requesting more information, stating the additional information was needed to "allow us to evaluate if you can safely perform the essential functions of your job or if leave is needed at this time." I immediately contacted my doctor, who provided additional information to BHFS. I did not hear back from BHFS until late April 2013, when I received a letter [dated April 15, 2013] from BHFS which stated my leave "has expired" and that "further leave" would not permit me to return to work. The letter said I should contact BHFS if I wished to "explore" whether BHFS could employ me at another facility by April 22, 2013, and that if I failed to do so I would be terminated effective April 15, 2013. When I tried to respond, BHFS told me that I had been terminated effective April 15, 2013. I engaged in protected activity in seeking reasonable accommodations for my disability. BHFS failed to engage in a good faith interactive process and failed to reasonably accommodate my disability, and instead terminated me for my disability and my requests for reasonable accommodation of that disability.

DATE FILED  Nov 19, 2013                                                              REVISED JULY 2013
MODIFIED    Nov 19, 2013                                                              PAGE 2/3

BH000004

**Exhibit U**



STATE OF CALIFORNIA | Department of Fair Employment and Housing                    EMPLOYMENT RIGHT TO SUE

## COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

DFEH NUMBER
181030-76344-R

**SIGNED UNDER PENALTY OF PERJURY**

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right to sue. I understand that if I want a federal right to sue notice, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure and Right to Sue," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint, I am declaring under penalty of perjury under the laws of the State of California that, to the best of my knowledge, all information contained in this complaint is true and correct, except matters stated on my information and belief, and I declare that those matters I believe to be true.

Verified by Yulisa Romero, Complainant, and dated on Nov 19, 2013 at Long Beach, CA.

DATE FILED  Nov 19, 2013
MODIFIED    Nov 19, 2013

REVISED JULY 2013
PAGE 3/3

BH000005

Exhibit U