**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YULISA ROMERO,<br><br>              Plaintiff,<br><br>    v.<br><br>BRIGHT HORIZONS FAMILY SOLUTIONS LLC dba BRIGHT HORIZONS CHILDRENS CENTER, et al.,<br><br>              Defendants. | Case No.: CV 14-9952 DMG (PJWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, filed on December 4, 2015 [Doc. # 29], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Bright Horizons Family Solutions LLC and against Plaintiff Yulisa Romero.

DATED: December 7, 2015

                                                        DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE